IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY GRAY                              *

      Plaintiff                              *

vs.                                       *          Civil Action No.: CCB-02-CV-385

STATE OF MARYLAND, et al.                 *

      Defendants                             *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

ORDER

Upon consideration of Defendants State of Maryland and Brian Newcomer's

Motion for Enlargement of Time, and any response thereto, for good cause having been

shown, it is this _27_ day of _February_; 2002

ORDERED that the Motion for Enlargement of Time is granted to those

Defendants being represented by the Office of the Attorney General and they shall

respond to the Complaint no later than April 18, 2002.


                                 _____
                                 Catherine C. Blake
                                 United States District Court Judge

2002 FEB 27 P 4: 30

U.S. DISTRICT
DISTRICT OF MARYLAND
FILED