IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY GRAY                    *

    Plaintiff              *

v.                              *   Civil No.: CCB-02-CV-385

STATE OF MARYLAND, et al.       *

    Defendants             *

        *   *   *   *   *

ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File Opposition to Defendants' Motion to Dismiss, and after consideration of same and any response or opposition filed thereto, it is this 25 day of April, 2002, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff Motion is hereby granted; and it is further hereby

**ORDERED**, that Plaintiff shall have until May 16, 2002 in which to file his Opposition to Defendants' Motion to Dismiss.

                                          _____
                                          JUDGE, United States District Court
                                          for the District of Maryland

Copies To:

    Kathleen Duckett McCann, Esquire
    Donald E. Hoffman, Esquire
    Kevin Karpinski, Esquire