IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY | * | |
| Plaintiff | * | |
| v. | * | Civil No.: CCB-02-CV-385 |
| STATE OF MARYLAND, et al. | * | |
| Defendants | * | |

\* \* \* \* \*

ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File Opposition to Defendant Stinnett's Motion to Dismiss, and after consideration of same and any response or opposition filed thereto, it is this _8_ day of _May_, 2002, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff Motion is hereby granted; and it is further hereby

**ORDERED**, that Plaintiff shall have until May 27, 2002 in which to file his Opposition to Defendants' Motion to Dismiss.

_____
JUDGE, United States District Court
for the District of Maryland

Copies To:

Kathleen Duckett McCann, Esquire
Donald E. Hoffman, Esquire
Kevin Karpinski, Esquire