IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY | * | |
| Plaintiff | * | |
| v. | * | Civil No.: CCB-02-CV-385 |
| STATE OF MARYLAND, et al. | * | |
| Defendants | * | |

\* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Consent Motion to Extend Time to File Opposition to Defendants, State of Maryland, Brian Newcomer and Richard Sheldon's Motion to Dismiss, and after consideration of same and any response filed thereto, it is this **17** day of May, 2002, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Consent Motion is hereby granted; and it is further hereby

**ORDERED**, that Plaintiff shall have until May 27, 2002 in which to file his Opposition to Defendants' Motion to Dismiss.

_____
CATHERINE C. BLAKE,
District Court Judge

Copies To:

Kathleen Duckett McCann, Esquire
Donald E. Hoffman, Esquire
Kevin Karpinski, Esquire
Joel L. Katz, Esquire