IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY GRAY  :

v.  :   Civil No. CCB-02-385

STATE OF MARYLAND, et al.  :

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The motion to dismiss filed by the State of Maryland, Newcomer and Sheldon, docket number [10-1], is **granted in part, denied with prejudice in part, and denied without prejudice in part**;

2. Counts I- VII against the State of Maryland are **dismissed**;

3. Count VII against Newcomer and Sheldon is **dismissed in part**;

4. Counts II, III, V, and VI against Defendants Newcomer and Sheldon in their individual and official capacities are **dismissed**;

5. Defendant Stinnett's Motion to Dismiss, docket number [13-1] is **granted in part, denied with prejudice in part, and denied without prejudice in part**;

6. Counts I and IV against Stinnett in his official capacity are **dismissed**.

7. Counts II, III, V, and VI against Defendants Stinnett in his individual and official capacities are **dismissed**;

8. Count VII against Stinnett is **dismissed in part**;

9. Defendant Calvert County's Motion to Dismiss, docket number [4-1] is **granted in part, denied with prejudice in part, and denied without prejudice in part**;

10. Counts II, III, V, and VI against Calvert County are **dismissed**;

11. Count VII against Calvert County is **dismissed in part**;

12. Plaintiff Gray's Motion to File Amended Complaint, docket number [7-1] is **granted**;

13. Discovery for the claims which require proof that Gray was injured as a result of the custom or policy of Calvert County will be stayed until Gray's other claims have been resolved; and

14. The Clerk shall send copies of this Order to counsel of record.

<div style="display:flex; justify-content:space-between;">
<div>
_9/18/02_
Date
</div>
<div>
_/s/ Catherine C. Blake_
Catherine C. Blake
United States District Judge
</div>
</div>