IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY GRAY                    *
    Plaintiff
                                                        *

vs.                                 Civil Action No. CCB-02-385
                                                        *

STATE OF MARYLAND, ET AL.
    Defendants           *

\*\*\*\*\*\*

## AMENDED SCHEDULING ORDER

| | |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | February 4, 2003 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | February 18, 2003 |
| Defendant's Rule 26(a)(2) disclosures re experts | March 18, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | March 25, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | April 1, 2003 |
| **Discovery deadline; submission of status report** | April 30, 2003 |
| Requests for admission | May 7, 2003 |
| **Dispositive pretrial motions deadline** | May 30 2003 |

Date: 10/16/02

/s/ Catherine C. Blake
Catherine C. Blake
United States District Judge

*All other provisions of the original Order remain in effect.* /ccb

(28)