IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY GRAY            *

    Plaintiff         *

v.                      *       Civil No.: CCB-02-CV-385

STATE OF MARYLAND, et al.   *

    Defendants        *

        *   *   *   *   *

## PLAINTIFF'S DESIGNATION OF EXPERTS

COMES NOW Plaintiff, Anthony Gray, by and through his attorneys Alan Hilliard Legum and Alan Hilliard Legum, P.A., and in accordance with this Court's Scheduling Order states as follows:

1. The Plaintiffs intend to use the following as expert witnesses at their trial:

    A.    Patrick J. Sheehan, M.D.
           7350 Van Dusen Road, Suite 240
           Laurel, Maryland 20707

Dr. Sheehan is expected to testify as to Plaintiff's cognitive disability, associated vulnerability, and as to the emotional trauma sustained by Plaintiff which arose from his incarceration in regard to this case. There is no report for Dr. Sheehan at this time. Dr. Sheehan's CV is attached.

    B.    Thomas C. Borzilleri, PhD.
           6905 Rockledge Drive, Suite 600
           Bethesda, Maryland 20817

Dr. Borzilleri will testify as to the Plaintiff's future economic damages. There is no report for Dr. Borzilleri at the present time. Dr. Borzilleri's CV is attached.

EXHIBIT A

C.          Philip Bussey, PhD., CRC
            Bussey, Davis & Associates, Inc.
            9500 Annapolis Road, Suite B-6
            Lanham, Maryland 20706-2060

Dr. Bussey is expected to testify that due to Anthony Gray's incarceration, he will suffer future work incapacities and future loss of income. There is no report for Dr. Bussey at the present time.

D.          Edward Mamet
            ECJM Consultants, Inc.
            P.O. Box 1559
            Cooper Station
            New York, New York 10276

Mr. Mamet is an expert in police policies and procedures and will testify that the conduct of the defendants in this case fell below the standard of care applicable to police investigations and interrogation practices.

E.          George Kirkman, Ph.D.
            5996 Western Way
            Lake Worth, Florida 33463

Dr. Kirkman is an expert in police policies and procedures and will testify that the conduct of the defendants in this case fell below the standard of care applicable to police investigations and interrogation practices.

F.     Any of the health care providers who have examined or treated the Plaintiff, as reflected in the records produced in discovery, who would be expected to testify in accordance with their medical records.

                                        Alan Hilliard Legum
                                        ALAN HILLIARD LEGUM, P.A.
                                        275 West Street, Suite 305
                                        Annapolis, Maryland 21401
                                        (410) 263-3001
                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this ___19___ day of February, 2003, a copy of the foregoing Plaintiff's Designation of Experts was sent to: Donald E. Hoffman, Esquire, 1201 Reisterstown Road, Pikesville, Maryland 21208; and to Kevin Karpinski, Esquire, 100 E. Pratt Street, Suite 1540, Baltimore, Maryland 21202 and to Joel L. Katz, Esquire, Joel L. Katz, L.L.C., 2060 West Street, Annapolis, Maryland 21401.

_____
Alan Hilliard Legum

## CURRICULUM VITAE

### PATRICK J. SHEEHAN, M.D.

ADDRESS:   4720 Jasmine Drive                    7350 Van Dusen Road
           Rockville, Maryland 20853             Suite 240
           301-929-1986                          Laurel, MD 20707
                                                 301-776-5753

DATE OF BIRTH: ███████ 15, ████

HEIGHT:    6'1"           WEIGHT:   205 pounds

HEALTH:    Excellent

S.S.N.     ████████████

### LICENSURE:

Maryland, July 1, 1972, License No. D14088

Certified in Psychiatry by the American Board of Psychiatry and Neurology, January 1976

### TRAINING:

Columbia College, New York, New York--------A.B. June 1965
Upstate Medical Center, Syracuse New York---M.D. June 1970

Residency in Adult Psychiatry, Upstate Medical Center
Syracuse, New York-------------------------------1970-1972

Third Year of Residency at Walter Reed Army Medical
Center, Washington, D.C.-------------------------1972-1973

Diplomate of National Board of Medical Examiners,
Certificate No. 111408---------------------------July 1, 1971

### MILITARY SERVICE:

June 1969 - August 1969---------Medical Clerk at Fitzsimmons Army
                                Hospital, Denver, Colorado

July 1972 - July 1973-----------Third year of Psychiatric Residency
                                at WRAMC

July 1973 - July 1975-----------Two years military obligation at
                                the Pentagon and WRAMC

-2-

Patrick J. Sheehan, M.D.

## WORK EXPERIENCE:

1970-1972----------------- Part-time employment at St. Joseph's Hospital. Did psychiatric work-ups and did work-ups for all methadone patients at St. Joseph's Methadone Clinic.

1972-1973----------------- Consultant to Drug and Alcohol Unit at Walter Reed during residency training.

June 1973-1974------------ Psychiatrist for the Pentagon and consulting psychiatrist to Ft. Meyer Mental Health Center; consulting psychiatrist to Drug and Alcohol Abuse Program, Ft. Meyer.

June 1974-1975------------ Psychiatrist for Army Physical Disability Review Council, WRAMC. Reviewed all psychiatric disability cases for the Army; psychiatric consultant for Commanding General, U.S. Army Physical Disability Agency. Rewrote Army Regulation 635- 40, Psychotic Section on Disability Ratings published in April 1975.
Supervisor for Psychiatric Resident at Walter Reed.

August 1972
October 1976-------------- Part-time psychiatric consultant to Prince George's Emergency Psychiatric Service.

1972-1975----------------- Part-time private practice.

1975-Present-------------- Full-time private practice.

1975-1979---------- Supervisor, Department of Psychiatry, Prince George's General Hospital.

Chairman, CT Task Force, Greater Laurel-Beltsville Hospital 1982, 1983.

Chairman, Medical Staff Fundraiser, 1982, Greater Laurel Beltsville Fundraiser went over $180,000.

Chairman, Department of Psychiatry at Greater Laurel Beltsville Hospital , 1982-1984, re-elected Chairman 1984-1986.

Medical Member of Transition Health Task Force for County Executive, Parris Glendening, 1983, 1986.

-3-

Patrick J. Sheehan, M.D.

Legislative Representative for Med Chi, 1983-1993, for 21st District.

Chief Consultant for Psychiatry Specialty, Prince George's County Medical Society, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994

Peer Review Consultant, Prince George's Foundation, 1983-1984.

Peer Review Consultant, Delmarava Foundation, 1985-1994.

Elected member of the Executive Committee of the Suburban Maryland Psychiatric Society, 1987, 1988.

Member of Prince George's Blue Ribbon Commission on Health, 1992, 1993, 1994.

Member of Medical Advisatory Committee for County Executive Parris Glendening, 1992, 1993, 1994.

Member of Med Chi Drug Committee

Chairman of Ethics Committee, Laurel Regional Hospital, 1992, 1993, 1994.

Physician member of Health Transition Task Force for Governor Glendening, 1994-95

Human Services Subcommittee for Prince George's County, 1991

Psychiatric Consultant for National Security Agency.

Consultant to American Psychiatric Associations' Joint Commmision on Government Affairs 1996, 1997

PROFESSIONAL ORGANIZATIONS:

American Psychiatric Association
Washington Branch of American Psychiatric Association
Laurel (Maryland) Medical Society
Medical & Chirurgical Faculty of Maryland
Prince George's County (Maryland) Medical Society

-4-

Patrick J. Sheehan, M.D.

REFERENCES:

Louis Ripich, M.D., 510 Maple Drive, Fayettsville, New York 13066

Ellen Cook Jacobsen, M.D., 9 1/2 Ledyard, Cazenovia, New York 13055

Exall L. Kimbro, Jr., M.D., 7350 Van Dusen Road, Suite 240, Laurel, Maryland 20707

AWARDS:

United Press International - Honorable Mention - All Ivy Football Team, 1964.

Prize Room award from the Dean of Columbia College for outstanding contributions to Columbia College, 1964.

Columbia College Class of 1913 Trophy for highest scholastic average on varsity football team, 1965.

Army Commendation Medal, 1975.

From the Board of Trustees of Greater Laurel Beltsville Hospital "for the acquisition of the CT Scanner for the man who made it happen", 1983.

Laurel Medical Society President's award - for meritorious service to the Laurel Community and the Greater Laurel Beltsville Hospital, 1985.

Prince George's County Medical Society Award, 1987.

Prince George's County Medical Society Award, 1988, "In recognition and appreciation of his dedication and tireless efforts to effectively promote the goals and objectives of the Prince George's County Medical Society's Political Action Committee".

An award from the Senate of Maryland for "outstanding legislative contributions of behalf of the Prince George's County Medical Society". President of the Senate, Senator Thomas V. Mike Miller, Jr., presented the award at the Society's annual banquet to honor installation of officers, 1990.

Prince George's County Medical Society award in "recognition and appreciation of Dr. Sheehan's tireless and enthusiastic efforts in

-5-

Patrick J. Sheehan, M.D.

working to improve the effectiveness of the Prince George's Medical Society's Political Action Committee", 1990.

Award from Prince George's County Medical Society, presented to Patrick J. Sheehan, M.D., member of the Political Action Committee, in "recognition and appreciation of your outstanding leadership in working to strengthen and improve effectiveness of the Society's Political Action Committee", 1991.

Prince George's County Hospice Award "Special Thanks for fundraising efforts", December, 1991.

Suburban Psychiatric Society Award "Proudly recognizes Patrick Sheehan, M.D. for Distinguished Service to The Psychiatric Community, March 1991."

Prince George's County Medical Society Award, "in recognition for his legislative efforts on behalf of Prince George's County Medical Society", January 18, 1992.

Laurel Medical Society Ambassador Award, Annual Dinner, March 28, 1993.

Award from Prince George's County Medical Society, January 1994.

Award from Dimensions Healthcare System, Laurel Regional Hospital, and President of Medical & Dental Staff, April, 1999: "For your energetic, selfless devotion and support to your patients, colleagues and friends as well as over 2 decades of clinical excellence, leadership and outstanding physician advocacy of the Laurel Regional Hospital Medical and Dental Staff. Chairperson, Nominating Committee Medical and Dental Staff 1978-1999. Chairperson, Department of Psychiatry and Ethics Committee."

CVPJS:2001