## ALLEN, KARPINSKI, BRYANT & KARP, P. A.
### ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET

## BALTIMORE, MARYLAND 21202-1089

DANIEL KAR᠁*
YVETTE M. ᠁NT*
KEVIN KARᏞ᠁ ᏞI*
J. CHRISTOPHER BOUCHER ᐃ
VICTORIA M. SHEARER
MATTHEW D. PETER

OF COUNSEL
DONALD C. ALLEN

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

\* ADMITTED IN MD AND D.C.
ᐃ ADMITTED IN MD, D.C. AND IL

February 28, 2003

Alan Hilliard Legum, Esquire
Alan Hilliard Legum, P.A.
275 West Street
Suite 305
Annapolis, Maryland 21401

     RE:    322-120
              Case No.: CCB-02-CV-385
              *Anthony Gray v. Calvert County, et al.*

Dear Mr. Legum:

This acknowledges receipt of Plaintiff's expert designation in the above-referenced matter. The designation does not comply in any material respect with the requirements of Federal Rule of Civil Procedure 26. Please forward to me an expert designation that complies with the Federal Rules of Civil Procedure within five (5) days of the date of this letter. As you know, I am entitled to reports from your experts, a listing of the cases in which they have testified and a fee schedule. I need this information as soon as possible to evaluate whether I need to name rebuttal experts.

Sincerely yours,

ALLEN, KARPINSKI, BRYANT
& KARP

*Kevin Karpinski/rs*

By: Kevin Karpinski

KK:bjap


EXHIBIT
B