**ALLEN, KARPINSKI, BRYANT & KARP, P.A.**
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

DANIEL KARP*
YVETTE BRYANT*
KEVIN KARPINSKI*
J. CHRISTOPHER BOUCHER △
VICTORIA M. SHEARER
MATTHEW D. PETER

OF COUNSEL
DONALD G. ALLEN

* ADMITTED IN MD AND D.C.
△ ADMITTED IN MD, D.C. AND IL

March 14, 2003

via facsimile
Alan Hilliard Legum, Esquire
Alan Hilliard Legum, P.A.
275 West Street
Suite 305
Annapolis, Maryland 21401

RE:   322-120
      Case No.: CCB-02-CV-385
      *Anthony Gray v. Calvert County, et al.*

Dear Mr. Legum:

As you will recall, Mr. Hoffman contacted you regarding Plaintiff's deficient designation of experts. To date, you still have not complied in any respect with Federal Rule of Civil Procedure 26. Accordingly, I write to advise that Defendants intend to move to strike your experts unless: (1) you comply completely with Federal Rule of Civil Procedure 26 within five (5) days of the date of this letter; and (2) Plaintiff agrees to an extension of time equal to thirty (30) days upon receipt of supplementation for Defendants to name experts.

Sincerely yours,

ALLEN, KARPINSKI, BRYANT
& KARP

*Kevin Karpinski //MP*

By: Kevin Karpinski

KK:bjap

cc:   Donald E. Hoffman, Esquire (via facsimile)

EXHIBIT
C