J. JOSEPH CURRAN, JR.
ATTORNEY GENERAL

CARMEN M. SHEPARD
DEPUTY ATTORNEY GENERAL

DONNA HILL STATON
DEPUTY ATTORNEY GENERAL

OFFICES OF



THE ATTORNEY GENERAL
DEPARTMENT OF MARYLAND STATE POLICE
1201 REISTERSTOWN ROAD
PIKESVILLE, MARYLAND 21208
(410) 653-4223
FAX (410) 653-4270
TOLL-FREE 1-800-525-5555

BETTY STEMLEY SCONION
PRINCIPAL COUNSEL

SHARON BENZIL MCCANN
DEPUTY COUNSEL

MARK H. BOWEN
ASSISTANT ATTORNEY GENERAL

DONALD E. HOFFMAN
ASSISTANT ATTORNEY GENERAL

RICHARD M. KASTENDIECK
ASSISTANT ATTORNEY GENERAL

H. SCOTT CURTIS
ASSISTANT ATTORNEY GENERAL

February 20, 2003

**VIA TELECOPIER AND FIRST CLASS MAIL**

Alan Hilliard Legum, Esquire
275 West Street, Suite 305
Annapolis, Maryland 21401

      Re:    Anthony Gray v.
           State of Maryland, et al.
           <u>Civil Action No.: CCB-02-CV-385</u>

Dear Mr. Legum:

    I have received from your office, a telefax copy of Plaintiff's Designation of Experts and subsequent <u>curriculum</u> <u>vitae</u> of Dr. Patrick J. Sheehan, on February 19, 2003, and February 20, 2003, respectively. I am concerned that Plaintiff's Designation of Experts does not meet the requirements of Fed. R. Civ. P. 26(a)(2) or Local Rule 104.10.

    If you believe my concern is in error, or you have otherwise complied with the rules, kindly contact me so that we may discuss the matter. If I do not hear from you upon receipt of this letter, I expect immediate compliance with Fed. R. Civ. P. 26(a)(2).

    Another concern I have is with Plaintiff's issuance of several subpoenas compelling the production of documents on March 6, 2003. Although, I am aware that Mr. Katz has issued such subpoenas to my individual clients, I have reason to believe Plaintiff's Counsel have issued and served other such subpoenas without notifying me. Failing to provide prior notice to each party I find to be a violation of Fed. R. Civ. P. 45(b)(1).

    If you, or Mr. Katz, have issued any such subpoenas requiring production of documents and things before trial, about which you have failed to provide me prior notice, I expect immediate notification of same as well as an explanation for your actions. Likewise, if you believe I have misinterpreted the rules I would welcome the immediate opportunity to discuss the matter with you.

**EXHIBIT D**

Thank you for your anticipated cooperation.

Cordially,

Donald E. Hoffman
Assistant Attorney General

/bjj

cc: Kevin Karpinski, Esquire

2