IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY GRAY                          *

    Plaintiff                      *

vs.                                   *    Civil Action No.: CCB-02-CV-385

STATE OF MARYLAND, et al.             *

    Defendants                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF DONALD E. HOFFMAN

I, Donald E. Hoffman, swear or affirm that this Affidavit is based on my personal knowledge, I am over 18 years of age, a citizen and resident of the State of Maryland, and am competent to give testimony.

1. On or about February 19, 2003, your undersigned affiant received a telefax copy of Plaintiff's Designation of Experts. On February 20, 2003, a copy of a curriculum vitae for Dr. Patrick J. Sheehan was received from Plaintiff's counsel.

2. On February 20, 2003, I wrote a letter to Plaintiff's Counsel, Alan H. Legum, Esquire, concerning the inadequacy of the Plaintiff's Designation of Experts. See letter attached hereto and made a part hereof.

3. On February 21, 2003, at 1:35 p.m., I spoke with Alan H. Legum, Esquire, by telephone regarding my letter of February 20, 2003. Mr. Legum stated that obviously the Plaintiff's Designation did not comply with Fed. R. Civ. P. 26(a)(2). He promised to call me by, no later than Monday, February 24, 2003, to further discuss the matter.



EXHIBIT E

4. Plaintiff's counsel did not make a subsequent telephone call to the undersigned affiant as promised.

I solemnly affirm under the penalty of perjury and upon personal knowledge that the contents of the foregoing paper are true.

_____
Donald E. Hoffman