## AFFIDAVIT OF ALAN LEGUM

The undersigned, Alan Legum, makes oath in due form of law as follows:

1. I, Alan Legum, am over 18 years of age, a resident of Anne Arundel County, Maryland, and am competent to testify as a witness.

2. On Friday, February 21, 2003, I received a letter from Donald Hoffman expressing concern over the sufficiency of Plaintiff's designation of experts.

3. I telephoned Mr. Hoffman to discuss this, and other, issues in the case.

4. I explained to Mr. Hoffman that it was not possible to obtain expert reports prior to the taking of all parties' depositions and, as of that date, such depositions had not been taken.

5. I suggested to Mr. Hoffman that Plaintiff wait until said depositions have been taken to submit expert reports, and that Defendants could then have 30 days from the date of submission of Plaintiff's expert information in which to designate Defendants experts.

6. Mr. Hoffman said he would think about it and get back to me. We then went on to discuss other aspects of the case and I indicated I would call him on Monday in regards to those other matters.

7. On Monday, February 24, 2003, I had a hearing in the morning and depositions in the afternoon and I was unable to get back to Mr. Hoffman that day. I was under the impression he would call me regarding my suggestion about designation of experts. He never called.

8. I believe Mr. Hoffman and I had a misunderstanding vis-a-vis who was going to call who. There was no intent on my part to avoid the issue.

SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

April 4, 2003
Date

*Alan Legum* (signature)
Alan Legum

EXHIBIT 2