# ALAN HILLIARD LEGUM, P. A.
### ATTORNEYS AT LAW
275 WEST STREET, SUITE 305
ANNAPOLIS, MARYLAND 21401

ALAN HILLIARD LEGUM
KATHLEEN DUCKETT McCANN

ANNAPOLIS: 410-263-3001
BALTIMORE: 410-269-5800
WASHINGTON: 301-261-2126
TOLL FREE: 800-218-0085
FAX: 410-267-8564

March 19, 2003

VIA FACSIMILE
410-727-0861

Kevin Karpinski, Esquire
Allen, Karpinski, Bryant & Karp, P.A.
Suite 1540
East Pratt Street
Baltimore, Maryland  21202

Re:  Anthony Gray v. Calvert County, et al.
     Case No.: CCB-02-CV-385

Dear Mr. Karpinski:

This is in response to your letter to Mr. Legum dated March 14, 2003. Mr. Hoffman did contact Mr. Legum regarding Plaintiff's designation of experts, however, Mr. Legum explained to Mr. Hoffman that it would be difficult to obtain reports from our experts prior to the taking of the parties' depositions and the experts' review of the transcripts. Mr. Legum suggested waiting until after those depositions have been completed and the experts have had a chance to review them before submitting their reports. Mr. Hoffman indicated that he would give the suggestion some thought and get back to Mr. Legum. To date, we have not heard back from Mr. Hoffman.

We suggest submitting a joint proposed amendment to the Scheduling Order for Judge Blake's consideration. We would have no problem granting you and Mr. Hoffman thirty days from the date you receive our expert reports in which to name experts. We would be willing to draft such a proposed amendment for your review and ultimate submission to the Judge.

Please let us know whether you agree to this proposal.

Sincerely,

Kathleen Duckett McCann
ALAN HILLIARD LEGUM, P.A.

KDM/sm

cc: Donald E. Hoffman, Esquire (via facsimile)
    Joel L. Katz, Esquire (via facsimile)

EXHIBIT 3