**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ANTHONY GRAY** | * | |
| Plaintiff | * | |
| v. | * | Civil No.: CCB-02-CV-385 |
| **STATE OF MARYLAND, et al.** | * | |
| Defendants | * | |

\* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhbit 1 (Dr. Patrick Sheehan's report), which is an attachment to Plaintiff's Opposition to Defendants' Motion to Strike Expert Disclosure or, in the Altnernative, Motion to Compel, exists only in paper format and if scanned will be larger than 1.5MB.  It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.


    April 7, 2003                                                    /S/
Date

                                        Alan Hilliard Legum          0460
                                        Printed Name              Bar No.

                                         275 West Street, Suite 305
                                        Address

                                         Annapolis, Maryland 21401
                                        City/State/Zip

                                          (410 263-3001      (410) 267-8564
                                        Phone No.              Fax No.