# EXHIBIT A

Motions

1:02-cv-00385-CCB Gray v. State of Maryland, et al

# U.S. District Court

## District of Maryland

Notice of Electronic Filing

The following transaction was received from Karpinski, Kevin Bock entered on 3/19/2003 at 3:36 PM EST and filed on 3/19/2003

**Case Name:** Gray v. State of Maryland, et al
**Case Number:** 1:02-cv-385
**Filer:** Calvert County, Maryland
Lawrence Stinnett
**Document Number:** 29

**Docket Text:**
Joint MOTION to Strike *Plaintiff's Expert Disclosure or in the Alternative Motion to Compel Plaintiff's Compliance with Rule 26 of the Federal Rules of Civil Procedure and to Provide Defendants Additional Time to File their Expert Disclosures* by Calvert County, Maryland, Lawrence Stinnett. Responses due by 4/7/2003 (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E)(Karpinski, Kevin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=3/19/2003] [FileNumber=28811-0]
[30f54e33ba5341153fe34f23ef54befbce0e6af12cf1ebb56b81389742535feb74936
b402698dcf28ef8475dbdf3f68769980fa46f887a61febf7517d1225e31]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=3/19/2003] [FileNumber=28811-1]
[6b4fd28ff86cee6086fb0d030f03604bc462d863a9d334b2e43d0c478d8abf0a912e7
19b7b7555dd2eef469c54200d7ffc780f7ddefc02bc9348afbaaed4cf1a]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=3/19/2003] [FileNumber=28811-2]
[6866592d0dd18d53022242975d40e0ad34dd572789553c3d3025361f9ce403b3bd3c0
8e668b55582005b7165d7918a8f9847966bbaebec960cf04174ce880eba]]
**Document description:** Exhibit C
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046883720 [Date=3/19/2003] [FileNumber=28811-3]
[9ed3a67aa718858d12454cc0bacc0a6a4ca0b25fd966d5ef96d7e1a86948c700af065
ab9ebe83ba48983206ba9c292d0385fe287c228f9908708dfacb2253780]]
**Document description:**Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=3/19/2003] [FileNumber=28811-4]
[b2cd67cbb392965a9ec8af9b017eb75c82e9988572ffa74b6ce71a7a2648c756c2a24
d9bf3ed2f281f9edd1280f92c408e7d83d438b2798124d8efb02f9447b5]]
**Document description:**Exhibit E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=3/19/2003] [FileNumber=28811-5]
[1019547a6b6767c27721a6c519ff98a1faf3382d51385c0fa5c29c4008370bfa3c6f2
18c244e4b3f60957e7a30607bba8c0d5ae0d44d18bc218b6e774425ad1e]]

**1:02-cv-385 Notice will be electronically mailed to:**

Donald E Hoffman    dehoffman@mdsp.org

Kevin Bock Karpinski    akbklaw@aol.com

Joel L Katz    loophole.katz@verizon.net

Alan Hilliard Legum    legumlaw@aol.com

**1:02-cv-385 Notice will not be electronically mailed to:**

J Joseph Curran
Do Not Mail
Baltimore, MD 21202