# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ANTHONY GRAY**           *

    Plaintiff           *

v.                         *     Civil No.: CCB-02-CV-385

**STATE OF MARYLAND, et al.** *

    Defendants          *

        *    *    *    *    *

## PLAINTIFF'S DESIGNATION OF EXPERTS

COMES NOW Plaintiff, Anthony Gray, by and through his attorneys Alan Hilliard Legum and Alan Hilliard Legum, P.A., and in accordance with this Court's Scheduling Order states as follows:

1. The Plaintiffs intend to use the following as expert witnesses at their trial:

    A. Patrick J. Sheehan, M.D.
    7350 Van Dusen Road, Suite 240
    Laurel, Maryland 20707

    Dr. Sheehan is expected to testify as to Plaintiff's cognitive disability, associated vulnerability, and as to the emotional trauma sustained by Plaintiff which arose from his incarceration in regard to this case. There is no report for Dr. Sheehan at this time. Dr. Sheehan's CV is attached.

    B. Thomas C. Borzilleri, PhD.
    6905 Rockledge Drive, Suite 600
    Bethesda, Maryland 20817

    Dr. Borzilleri will testify as to the Plaintiff's future economic damages. There is no report for Dr. Borzilleri at the present time. Dr. Borzilleri's CV is attached.

    C.        Philip Bussey, PhD., CRC
Bussey, Davis & Associates, Inc.
9500 Annapolis Road, Suite B-6
Lanham, Maryland 20706-2060

Dr. Bussey is expected to testify that due to Anthony Gray's incarceration, he will suffer future work incapacities and future loss of income. There is no report for Dr. Bussey at the present time.

    D.        Edward Mamet
ECJM Consultants, Inc.
P.O. Box 1559
Cooper Station
New York, New York 10276

Mr. Mamet is an expert in police policies and procedures and will testify that the conduct of the defendants in this case fell below the standard of care applicable to police investigations and interrogation practices.

    E.        George Kirkman, Ph.D.
5996 Western Way
Lake Worth, Florida 33463

Dr. Kirkman is an expert in police policies and procedures and will testify that the conduct of the defendants in this case fell below the standard of care applicable to police investigations and interrogation practices.

    F.        Any of the health care providers who have examined or treated the Plaintiff, as reflected in the records produced in discovery, who would be expected to testify in accordance with their medical records.

Alan Hilliard Legum
ALAN HILLIARD LEGUM, P.A.
275 West Street, Suite 305
Annapolis, Maryland 21401
(410) 263-3001
Attorney for Plaintiffs

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 19 day of February, 2003, a copy of the foregoing Plaintiff's Designation of Experts was sent to: Donald E. Hoffman, Esquire, 1201 Reisterstown Road, Pikesville, Maryland 21208; and to Kevin Karpinski, Esquire, 100 E. Pratt Street, Suite 1540, Baltimore, Maryland 21202 and to Joel L. Katz, Esquire, Joel L. Katz, L.L.C., 2060 West Street, Annapolis, Maryland 21401.

Alan Hilliard Legum