April 30, 2003

Civil Clerk
United States District Court
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    **Anthony Gray v. State of Maryland, et al.**
             **Case No.: CCB-02-CV-385**

Dear Clerk:

    Please find enclosed Plaintiff's Exhibits 1 through 4, to be filed as Exhibits to Plaintiff's Opposition to Defendants' Motion to Strike Plaintiff's Expert Disclosure.

    Should you have any questions in this regard, please do not hesitate to contact me.

                                    Sincerely,

                                    Kathleen Duckett McCann

AHL/dlt
Enclosures
cc:    The Honorable Catherine C. Blake
       Donald E. Hoffman, Esquire
       Kevin Karpinski, Esquire
       Joel L. Katz, Esquire