**WALTER SIGNORELLI, ESQ.**
475 Tuckahoe Road
Yonkers, New York 10710
(914) 337 4337
E-mail: Walter2497@AOL

**PERSONAL**  Retired Law Enforcement Executive - Retired from New York City Police Department with the rank of Inspector, October 1998, after thirty-one years service. Attorney, NYS Bar, 1984.

**EDUCATION**  St. John's University School of Law
Sept 1979 - June 1983
Juris Doctorate, Cum Laude

Columbia University School of Management

John Jay College of Criminal Justice

**PROFESSIONAL QUALIFICATIONS:**

**Management and Administration**  Inspector, Deputy Inspector, Captain, NYC Police Department. Commanded precincts, divisions, districts.

**Investigations**  Supervised investigative units in Detective Bureau, Organized Control Bureau, and Narcotics Division.

**Licenses**  Admitted to practice law, New York State Bar Association, January 1984.

Licensed NYS Private Investigator

**Teaching**  Adjunct Professor, John Jay College of Criminal Justice. Courses taught: Criminal Investigations, and Police Personnel Administration.

## EMPLOYMENT EXPERIENCE

| | |
|---|---|
| March 2001 to Present | Westchester County Defense Panel |
| Oct. 1998 Present | Worldlink Investigative Services, Inc. President |
| Jan. 1998 to Present | John Jay College of Criminal Justice Adjunct Professor |
| March 1967 to Oct. 1998 | New York City Police Department |

## NYCPD CAREER ASSIGNMENTS

| Rank | Dates | Assignments: |
|---|---|---|
| Inspector | x/97-10/98 | Detective Borough Brooklyn, Executive Officer |
| Inspector | x/97-x/96 | Narcotics Division, MN Initiative |
| Inspector | x/-xxx | Narcotics Division, Executive Officer |
| Inspector | xx | License Division, Commanding Officer |
| Dep.Inspector | xxx | Chief of Patrol's Office, Community Policing |
| Dep.Inspector | xxx | Narcotics Division, Bronx, Acting CO |
| Dep.Inspector | xxx | 24th Precinct, Commanding Officer |
| Captain | xxx | Personnel Bureau, Staff Services, CO |
| Captain | xxx | 79th Precinct, Commanding Officer |
| Captain | xxx | OCCB, MNPMD, Commanding Officer |
| Captain | xxx | 46th Precinct, Executive Officer |
| Lieutenant | xxx | 50th Precinct, Desk Officer |
| Sergeant | xxx | 70th Precinct, CO, Anti-Crime |
| Sergeant | xxx | 88th Precinct, Patrol Supervisor |
| Sergeant | xxx | 17th Precinct, Patrol Supervisor |
| Police Officer | xxx | 80th Precinct |
| Police Officer | xxx | Police Academy |

**PROFESSIONAL SOCIETIES**

NYS Bar Association
NYS Defender's Association
Westchester County Bar Association
American Society of Professional Law Enforcement
Police Management Institute

WALTER SIGNORELLI, ESQ.
475 Tuckahoe Road
Yonkers, NY 10710
914 337 4337

EXPERT REPORTS OR TESTIMONY

| Date | Case | Court/Counsel |
|---|---|---|
| 8/24/2000 | Toombs v. NYC | US Eastern District<br>98 CV 4779 NG SMG<br>Frederick Brewington, Esq.<br>(deposition testimony) |
| 8/29/2000 | Banks v. NYC | US Southern District<br>99 CV 10815 VM AJP<br>Emery, Cuti, Brinckerhoff & Abady |
| 9/30/2000 | Hoffman v. Nassau County & Hernandez | NYS Supreme Court, Queens<br>Index 22919/96<br>Schneider, Klein, Weitz, Damashek & Shoot |
| 10/18/2000 | Laux v. Suffolk | US Eastern District<br>99 C 2479<br>John Wissell, Esq. |
| 5/18/2001 | McCormack v. NYC | NYS Supreme<br>NYC Law Department |
| 10/9/2001 | Bosone v Suffolk | NYS Supreme, Suffolk<br>Index 98/13365<br>Schneider, Klein, Weitz, Damashek & Shoot |
| 7/20/2001 | Messina v. Westchester County | NYS Supreme Court<br>Index 11529/97<br>Fitzgerald & Fitzgerald, PC |
| 7/30/2001 | Lamot v NYC | US Southern District<br>99 CV 11540<br>NYC Law Department |
| 6/19/01 | Prins v. Pennsylvania | US District, SE Pennsylvania<br>Salvatore Russo, Esq.<br>(Trial testimony) |

| | | |
|---|---|---|
| 10/22/01 | Calderon v NYC | NYS Supreme Court, Kings<br>Index 24573/95<br>Robert Simels, Esq. |
| 12/11/2001 | Grimes v. NYC Housing Authority | NYS Supreme Court, Kings<br>Index<br>DiJoseph,Portegello&Shuster<br>(Trial testimony) |
| 12/12/2001 | Lopez v Westchester County | NYS Supreme Court<br>Index 16724/97<br>Westchester County,<br>Office of County Attorney |
| 1/10/02 | Omair v. West 57th Street | NYS Supreme, NYC<br>DiJoseph,Portegello&Shuster<br>(Trial testimony) |
| 2/08/02 | Mack v. Town of Wallkill | US Southern District<br>00 CV 8965<br>Levine<br>(Deposition) |
| 3/08/02 | Pusz v. NYC | NYS Supreme Court, Kings<br>Index #27870/93<br>Silverstein & Bast |
| 6/07/02 | Bonar v. NYC | NYS Supreme Court, Bronx<br>Garbarini & Scher, PC |
| 10/30/02 | Singleton v. NYC | NYS Supreme Court, NYC<br>Index #31175/92<br>Lichtmacher, Esq. |
| 12/29/02 | McCray v. Lenawee County | U.S.District Court, Eastern<br>District of Michigan,<br>#02-72007 |
| 3/4/03 | Copeland et al v. Suffolk County | U.S. Eastern District<br>CV 00-4326<br>Fred Brewington, Esq. |
| 3/17/03 | Diaz v. NYC | U.S. Eastern District<br>01 CV 7757<br>Jon Norinsberg, Esq. |

| | | |
|---|---|---|
| 1/31/03 | Cusanelli v. NYC | NYS Supreme Court, NYC<br>Index 121242/95<br>Anthony Medico, Esq. |