## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GRAY** | * | |
| Plaintiff | * | |
| v. | * | Civil No.: CCB-02-CV-385 |
| **STATE OF MARYLAND, et al.** | * | |
| Defendants | * | |

\* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhbit 2 (ECJM Expert Report) and Exhibit 4 (C.V. of Edward Mamet with Case List), which are attachment to Plaintiff's Opposition to Defendants' Motion to Strike Expert Disclosure or, in the Altnernative, Motion to Compel, exists only in paper format and if scanned will be larger than 1.5MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_____April 30, 2003_____
Date

                                          Alan Hilliard Legum      0460
                                          Printed Name           Bar No.

                                          275 West Street, Suite 305
                                          Address

                                          Annapolis, Maryland 21401
                                          City/State/Zip

                                          (410 263-3001    (410) 267-8564
                                          Phone No.            Fax No.