**ALLEN, KARPINSKI, BRYANT & KARP, P.A.**
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

DANIEL KARP*
YVETTE M. BRYANT*
KEVIN KARPINSKI*
J. CHRISTOPHER BOUCHER ᐃ
VICTORIA M. SHEARER
MATTHEW D. PETER

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

OF COUNSEL
DONALD C. ALLEN

* ADMITTED IN MD AND D.C.
ᐃ ADMITTED IN MD, D.C. AND IL

April 30, 2003

The Honorable Catherine C. Blake
Chief Judge
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

RE:   322-120
      Case No: CCB-02-CV-385
      *Anthony Gray v. Calvert County, et al.*

Dear Judge Blake:

I represent two of the Defendants, Calvert County and Lawrence Stinnett, in the above-referenced matter. Pursuant to the Court's Scheduling Order, I am writing to provide the Court with a status report regarding the above-referenced matter. It is my understanding that Mr. Legum has submitted his own status report. Therefore, please let this serve as a status report on behalf of Defendants. The contents of this reports have been approved by Mr. Hoffman, counsel for the Co-Defendants.

A. <u>Status of Discovery</u>.

Discovery is currently scheduled to close today. On March 19, 2003, Defendants filed a joint motion to strike Plaintiff's expert disclosure or, in the alternative, to compel Plaintiff's compliance with Rule 26 of the Federal Rules of Civil Procedure and to provide Defendants with additional time to file their expert disclosure. In response, Plaintiff filed an opposition to Defendants' motion. In the opposition, Plaintiff requested that the Court issue a second Amended Scheduling Order, allowing Plaintiff until April 30, 2003 to provide his 26(a)(2) disclosure, extending discovery until July 11, 2003, and extending the time for filing of dispositive motions until August 13, 2003. On April 21, 2003, Defendants filed their reply.

I am in receipt of Mr. Legum's April 30, 2003 faxed status report. I would note that Mr. Legum's letter states that defense counsel have received expert reports and opinions of Dr. George Kirkham and Walter Signorelli, of ECJM Consultants. Mr. Legum fails to point out that those reports were faxed this morning. The only report received by defense counsel before this morning was the untimely submission of Dr. Sheehan.

Defense counsel would also like to point out that Plaintiff has served several document subpoenas for production later than the close of discovery. Defendants do not intend to respond

ALLEN, KARPINSKI, BRYANT & KARP, P.A.
ATTORNEYS AT LAW

The Honorable Catherine C. Blake
Page 2
April 30, 2003

to Plaintiff's untimely subpoenas. Plaintiff's untimely subpoenas in no event warrant an extension of the current discovery deadline.

It is the Defendants' position that they timely propounded discovery and have completed discovery in accordance with the Court's Scheduling Order.[1] As such, Defendants object to any extension of the current discovery deadline.

B.  Pending Motions.

As noted above, Defendants' motion to strike Plaintiff's expert disclosure is pending before the Court.

C.  Whether the Parties Intend to File Dispositive Pre-Trial Motions.

Defendants intend to move for summary judgment.

D.  Jury/Non-Jury Trial and Anticipated Length of Trial.

The case is scheduled to be tried to a jury. Trial should take five (5) days.

E.  Settlement Negotiations.

The parties have not discussed settlement. Defendants do not intend to make a settlement offer.

F.  Referral to a Magistrate Judge for ADR Conference.

I respectfully submit that referral of this matter for a settlement conference would not be beneficial.

G.  Consent to Proceed before a Magistrate.

The parties have not unanimously agreed to proceed before a Magistrate Judge.

H.  Other Matters.

The current deadline for filing dispositive pre-trial motions is May 30, 2003. Defendants will file their motions for summary judgment on or before May 30, 2003.

Thank you for Your Honor's time and attention.

---

[1] Defense counsel notes that one of Plaintiff's witnesses, Robert Short, was served with a subpoena but failed to appear for his deposition as duly noted on April 28, 2003. Defendants would object to any affidavit of Mr. Short or Mr. Short being called as a witness if the case proceeds to trial.

**ALLEN, KARPINSKI, BRYANT & KARP, P.A.**
ATTORNEYS AT LAW

The Honorable Catherine C. Blake
Page 3
April 30, 2003

Respectfully submitted,

ALLEN, KARPINSKI, BRYANT & KARP

By: Kevin Karpinski

KK/bkh
cc: Alan Hilliard Legum, Esquire
     Joel L. Katz, Esquire
     Donald E. Hoffman, Esquire