April 30, 2003

The Honorable Catherine C. Blake
United States District Court
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    **Anthony Gray v. State of Maryland, et al.**
               **Case No.: CCB-02-CV-385**

Dear Judge Blake:

     This correspondence is submitted to Your Honor as a Status Report in accordance with the Scheduling Order dated September 18, 2002 regarding the above matter.

## STATUS REPORT

    (A)   **Discovery**

     Discovery is incomplete at this time. The depositions of the parties experts have not been taken. Plaintiff has also issued a subpoena to state personnel for employment records of the defendants, which remain outstanding.

    (B)   **Motions**

     Defendants' Joint Motion to Strike Plaintiff's Experts is the only motion pending at this time. Plaintiff has filed an Opposition to said Motion, along with a Motion for a Second Amended Scheduling Order. Plaintiff has provided defendants with expert reports and opinions of Dr. George Kirkham and Walter Signorelli of ECJM Consultants.

*The Honorable Catherine Blake*
*April 30, 2003*
*Page Two*

    (C)    **Dispositive Motions**

Plaintiff does not intend on filing any dispositive motions at this time.

    (D)    **Trial**

Plaintiff anticipates that the jury trial of this matter would take approximately 5 days to try.

    (E)    **Settlement Negotiations**

The parties have not conducted serious settlement negotiations, as discovery is ongoing.

    (F)    **Referral of Case to Another Judge**

Plaintiff believes that it would be beneficial to refer this case to a Magistrate Judge for a settlement conference.

    (G)    **Consent to Proceed before a Magistrate Judge**

Plaintiff does not consent to proceed before a Magistrate Judge for the trial of this matter. See (F) above.

    (H)    **Other Matters to be Brought Before the Court**

None at this time.

Should you have any questions or concerns regarding the above, please do not hesitate to contact me at any time.

    Sincerely,

    Alan Hilliard Legum

AHL/dlt
cc:    Kevin Karpinski, Esquire
       Donald Hoffman, Esquire
       Joel Katz, Esquire