IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY | : | |
| | : | |
| v. | : | CIVIL NO. CCB-02-385 |
| | : | |
| STATE OF MARYLAND | : | |

...o0o...

**ORDER**

Having reviewed the defendants' Joint Motion filed March 19, 2003 and all related filings, it is hereby **ORDERED** that:

1. the motion to strike plaintiff's expert disclosure is **Denied**;

2. the motion to compel is **Granted**;

3. the plaintiff's request for an amended schedule is **Granted**;

4. any remaining information required to be provided by the plaintiff under Rule 26(a)(2) shall be forwarded to defense counsel no later than **May 19, 2003**;

5. the defendants may have until **June 19, 2003** to depose plaintiff's police procedure experts Mamet and Kirkham, if they choose to do so, and file defendants' expert disclosures in response;

6. the plaintiff may have until **July 7, 2003**, to depose defendants' expert(s), if he chooses to do so, and file any rebuttal disclosures;

7. depositions of Dr. Sheehan, Dr. Borzilleri, and Dr. Bussey and defendants' designation of experts in response to those witnesses may be deferred until any summary judgment motions are resolved;

8. the deadline for Rule 26(e)(2) supplementation and requests for admission is extended until **July 13, 2003**;

9. the deadline for dispositive motions is extended until **July 28, 2003**; and

10. the Clerk shall send a copy of this Order to counsel of record.

| | |
|---|---|
| May 14, 2003 | /s/ |
| Date | Catherine C. Blake |
| | United States District Judge |