IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GRAY** | * | |
| Plaintiff | * | Civil No. CCB-02-CV-385 |
| v. | * | |
| **STATE OF MARYLAND, et al.** | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME
TO SUBMIT THE FULL REPORTS OF TWO DAMAGES EXPERTS**

Plaintiff, ANTHONY GRAY, by his attorneys, Alan Hilliard Legum, Kathleen Duckett McCann, Alan Hilliard Legum, P.A., Joel L. Katz and Joel L. Katz, L.L.C., hereby requests additional time to submit to Defendants the full reports of two damages experts - Philip Bussey, Ph.D, CRC and Thomas C. Borzilleri, Ph.D under Rule 26(a)(2) for the reasons set forth below. Under the current Scheduling Order, the granting of Plaintiff's request will not prejudice the Defendants and will not require any other changes to the Court's latest Order dated May 14, 2003.

1. Thomas C. Borzilleri, Ph.D, and Philip Bussey, Ph.D, CRC, the experts expected to testify as to Plaintiff Gray's economic damages. Dr. Bussey is a vocational expert and Dr. Borzilleri is an expert on economic damages.

2. As of today, May 16, 2003, Dr. Bussey has been unable to meet with the Plaintiff.

3. Dr. Bussey does not believe he can submit a full report by May 19, 2003. He indicates he may need until June 15, 2003 to submit a full report.

4. Dr. Borzilleri requires Dr. Bussey's report in order to render a full and informed

opinion of Plaintiff's economic damages. Based on Dr. Bussey's time estimate, Dr. Borzilleri will require until June 30, 2003 to submit his full report.

5. The current Order does not require depositions of Plaintiff's experts Dr. Sheehan, Dr. Borzilleri, and Dr. Bussey, or Defendants' designation of rebuttal experts until any summary judgment motions are resolved. The deadline for submission of motions for summary judgment is July 28th.

6. Because Defendants are not required to designate their experts in response to Drs. Sheehan, Bussey and Borzilleri until the end of the summer - at the earliest - there is no prejudice in affording Plaintiff until July 7, 2003, to submit the remaining information required under Rule 26(a)(2) as to Drs. Bussey and Borzilleri.

7. Because this is a complex case involving complex damages issues, and because granting the requested extension will not prejudice Defendants in any way, it is reasonable to grant the Plaintiff until July 7, 2003 in which to submit the remaining information required under Rule 26(a)(2) as to Drs. Bussey and Borzilleri.

WHEREFORE, Plaintiff requests that this Honorable Court GRANT his Motion for Additional Time to submit the remaining information required to be provided under Rule 26(a)(2) as to Drs. Bussey and Borzilleri.

                                                    /S/
                                        Alan H. Legum
                                        ALAN HILLIARD LEGUM, P.A.
                                        275 West St., Ste. 305
                                        Annapolis, Maryland 21401
                                        410-263-3001

Joel L. Katz
JOEL L. KATZ, L.L.C.
2060 West Street
Annapolis, Maryland 21401
410-841-5333

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___16th___ day of May, 2003 in the above mentioned matter, I caused to be served, by and through E-Filing with the United States District Court, Plaintiff's Motion For Additional Time To Submit The Full Reports Of Two Damages Experts to Donald Hoffman, Esquire and Kevin Karpinski, Esquire.

　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　Alan H. Legum

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GRAY** | * | |
| Plaintiff | * | Civil No. CCB-02-CV-385 |
| v. | * | |
| **STATE OF MARYLAND, et al.** | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

UPON CONSIDERATION of Plaintiff's Motion for Additional Time To File Full Report Of Two Damages Experts, and Defendants' opposition thereto, if any, it is, on this ___ day of _____, 2003, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Plaintiff's Motion is GRANTED; and it is further

ORDERED, that the Plaintiff shall have until July 7, 2003 to submit to Defendants any remaining information required to be provided under Rule 26(a)(2) as to experts Dr. Bussey and Dr. Borzilleri.

_____
CATHERINE C. BLAKE
U.S. District Judge