IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: CCB-02-CV-385 |
| STATE OF MARYLAND, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Opposition to Plaintiff's Motion for Additional Time to Submit Full Reports of Two Damages Experts, and any response thereto, for good cause having been shown, it is this _____ day of _____;

ORDERED that the Opposition to Plaintiff's Motion for Additional Time to Submit Full Reports of Two Damages Experts is denied.

_____
Catherine C. Blake
United States District Court Judge