IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GRAY** | * | |
| Plaintiff | * | Civil No. CCB-02-CV-385 |
| v. | * | |
| **STATE OF MARYLAND, et al.** | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR ADDITIONAL TIME TO SUBMIT THE FULL REPORTS OF TWO DAMAGES EXPERTS

Plaintiff, ANTHONY GRAY, by his attorneys, Alan Hilliard Legum, Kathleen Duckett McCann, Alan Hilliard Legum, P.A., Joel L. Katz and Joel L. Katz, L.L.C., hereby replies to Defendant's Opposition to Plaintiff's Motion for Additional Time to Submit Full Report of Two Damages Experts and states as follows:

1. <u>Plaintiff hereby withdraws the designation of Dr. Borzilleri</u> and, therefore, requests the extension of time only as to Dr. Bussey.  Dr. Bussey will be the Plaintiff's only damages expert.

2. The Defendant has made no showing that it will be prejudiced in any way by granting Plaintiff the requested extension.

3. Plaintiff reiterates his request that he be granted until July 7, 2003 to submit the remaining information required under Rule 26(a)(2) as to Dr. Bussey.

WHEREFORE, Plaintiff requests that this Honorable Court GRANT his Motion for Additional Time to submit the remaining information required to be provided under Rule 26(a)(2) as to Dr. Bussey.

                                                    /S/
                                    Alan H. Legum
                                    ALAN HILLIARD LEGUM, P.A.
                                    275 West St., Ste. 305
                                    Annapolis, Maryland   21401
                                    410-263-3001


                                    Joel L. Katz
                                    JOEL L. KATZ, L.L.C.
                                    2060 West Street
                                    Annapolis, Maryland 21401
                                    410-841-5333

                                    *Attorneys for the Plaintiff*


## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this ___29th___ day of May, 2003 in the above mentioned matter, I caused to be served, by and through E-Filing with the United States District Court, Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion For Additional Time To Submit The Full Reports Of Two Damages Experts, and proposed Order, to Donald Hoffman, Esquire and Kevin Karpinski, Esquire.

                                                  /S/
                                    Alan H. Legum