IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ANTHONY GRAY**         *

    Plaintiff         *    Civil No. CCB-02-CV-385

v.         *

**STATE OF MARYLAND, et al.**    *

             *

    Defendants.

\* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

UPON CONSIDERATION of Plaintiff's Motion for Additional Time To File Full Report Of Two Damages Experts, and Defendants' opposition thereto, if any, it is, on this ___ day of _____, 2003, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Plaintiff's Motion is GRANTED in part; and it is further

ORDERED, that the Plaintiff shall have until July 7, 2003 to submit to Defendants any remaining information required to be provided under Rule 26(a)(2) as to Dr. Bussey.

 

CATHERINE C. BLAKE
U.S. District Judge