IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB-02-CV-385 |
| STATE OF MARYLAND, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OPPOSITION TO PLAINTIFF'S MOTION FOR ADDITIONAL TIME
TO SUBMIT THE FULL REPORTS OF TWO DAMAGE EXPERTS**

Calvert County and Lawrence Stinnett, two of the Defendants, by ALLEN, KARPINSKI, BRYANT & KARP and KEVIN KARPINSKI, their attorneys, respectfully submit this opposition to Plaintiff's Motion for Additional Time to Submit the Full Reports of Two Damage Experts.

1. On or about February 7, 2002, Anthony Gray (hereinafter referred to as "Plaintiff" or "Gray") filed suit against the State of Maryland, Calvert County, Maryland, Lawrence Stinnett, Brian Newcomer and Richard Sheldon, alleging that his constitutional rights were violated.

2. On October 16, 2002, this Court issued an amended scheduling order. In pertinent part, the order required Plaintiff to identify his experts on or before February 18, 2003. Plaintiff failed to timely identify experts in compliance with Federal Rule of Civil Procedure 26, resulting in Defendants filing a Motion to Strike Plaintiff's Expert Disclosure or, in the Alternative, to Compel.

3. On May 14, 2003, this Honorable Court denied Defendants' Motion to Strike Plaintiff's Expert Disclosure but granted Defendants' Motion to Compel. Pursuant to the Court's order, Plaintiff was required to provide "any remaining information required to be provided by the Plaintiff under Rule 26(a)(2)" by no later than May 19, 2003.

4. On May 16, 2003, Plaintiff filed this motion requesting additional time to submit the reports of Dr. Thomas Borzilleri and Dr. Philip Bussey.

5. Notwithstanding the amount of time this case has been pending, Plaintiff represents in his motion that as of this date, "Dr. Bussey has been unable to meet with the Plaintiff." Plaintiff further asserts that Dr. Borzilleri needs Dr. Bussey's report to render his report.

6. No explanation, much less a legitimate one, is provided by Plaintiff for why well over a year after this litigation was filed, Plaintiff still has not been evaluated by Dr. Bussey. Rather, Plaintiff takes the position that Defendants have not been prejudiced by the request and thus it should be granted.

7. The Court's scheduling order is not a "guide" as to when discovery is to be completed. Plaintiff has an obligation to comply with the Court's deadlines and must show "good cause" why he should be excused from complying with the Court's scheduling order.

8. It is plain that Plaintiff has not demonstrated good cause and thus his motion should be denied. It is inexcusable that fifteen (15) months after the filing of this suit,

Plaintiff has not been evaluated by his own expert, Dr. Bussey. Dr. Bussey's office is located in Lanham, Maryland. Plaintiff lives approximately only forty-six (46) miles from Dr. Bussey's office.

9. It is apparent that Plaintiff simply made no effort to see Dr. Bussey in sufficient time that a report could be generated consistent with the requirements of Federal Rule of Civil Procedure 26. Accordingly, good cause has not been shown why a further modification of the scheduling order should be granted and Defendants respectfully request that Plaintiff's motion be denied.

ALLEN, KARPINSKI, BRYANT & KARP

BY: \_\_\_\_/s/_____
KEVIN KARPINSKI
Suite 1540
100 East Pratt Street
Baltimore, Maryland 21202
410-727-5000
Attorneys for Defendants Calvert County and Lawrence Stinnett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2003, a copy of the foregoing Opposition to Plaintiff's Motion for Additional Time to Submit the Full Reports of Two Damage Experts was filed electronically with notice to:

Alan Hilliard Legum, Esquire
ALAN HILLIARD LEGUM, P.A.
275 West Street
Suite 305
Annapolis, Maryland 21401

Joel L. Katz, Esquire
JOEL L. KATZ, L.L.C.
2060 West Street
Annapolis, Maryland 21401
Attorneys for Plaintiff

Donald E. Hoffman
Assistant Attorney General
Maryland State Police
1201 Reisterstown Road
Pikesville, Maryland 21208
Attorney for Defendants State of Maryland, Brian Newcomer and Richard Sheldon

                                             /s/
                          Of Counsel for Defendants Calvert County and Stinnett