IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GRAY** | * | |
| Plaintiff | * | Civil No. CCB-02-CV-385 |
| v. | * | |
| **STATE OF MARYLAND, et al.** | * | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S AMENDED MOTION FOR ADDITIONAL TIME
TO SUBMIT THE FULL REPORTS OF DAMAGES EXPERT**

Plaintiff, ANTHONY GRAY, by his attorneys, Alan Hilliard Legum, Kathleen Duckett McCann, Alan Hilliard Legum, P.A., Joel L. Katz and Joel L. Katz, L.L.C., hereby submits this Amended Motion for Additional Time to Submit Full Report of Damages Expert and states as follows:

1. Contemporaneous with this filing, Plaintiff is submitting the remaining information to Defendants required under Rule 26(a)(2) as to Dr. Bussey. As previously stated, Plaintiff is withdrawing Dr. Borzilleri as an expert witness.

2. Plaintiff's request for additional time to submit such information required under Rule 26(a)(2) as to Dr. Bussey is amended to today's date - June 5, 2003.

WHEREFORE, Plaintiff requests that this Honorable Court GRANT his Motion for Additional Time to submit the remaining information required to be provided under Rule 26(a)(2) as to Dr. Bussey to June 5, 2003.

/S/
Alan H. Legum
ALAN HILLIARD LEGUM, P.A.

275 West St., Ste. 305
Annapolis, Maryland   21401
410-263-3001


Joel L. Katz
JOEL L. KATZ, L.L.C.
2060 West Street
Annapolis, Maryland 21401
410-841-5333

*Attorneys for the Plaintiff*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___5th___ day of June, 2003 in the above mentioned matter, I caused to be served, by and through E-Filing with the United States District Court, Plaintiff's Amended Motion For Additional Time To Submit The Full Reports Of Two Damages Experts, to Donald Hoffman, Esquire and Kevin Karpinski, Esquire.


_____/S/_____
Alan H. Legum