UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

June 11, 2003

Kathleen Duckett McCann, Esquire
Alan H. Legum, P.A.
275 West Street
Suite 305
Annapolis, MD 21401

Joel L. Katz, Esquire
2060 West Street
Annapolis, MD 21401

Kevin Karpinski, Esquire
Allen, Karpinski, Bryant & Karp, P.A.
Suite 1540, 100 East Pratt Street
Baltimore, MD 21202-1089

Donald E. Hoffman, Esquire
Assistant Attorney General
Maryland State Police
1201 Reisterstown Road
Pikesville, MD 21208

      Re:    <u>Anthony Gray v. Calvert County, et al., Civil No. CCB-02-385</u>

Dear Counsel:

      This will confirm the results of our telephone conference call on June 9, 2003.

      The plaintiff's Amended Motion for Additional Time (docket no. 41) is **Granted**; the initial Motion for Extension (docket no. 37) is **Denied as moot**.

      All dates set in ¶¶ 5-9 of the Order filed May 14, 2003 are hereby **Extended** for 60 days.

      Plaintiff's counsel may have until **June 16, 2003** to respond to the issue of reasonable expert fees raised in Mr. Karpinski's letter of June 9, 2003.

Case 1:02-cv-00385-CCB    Document 42    Filed 06/11/2003    Page 2 of 3

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                      Sincerely yours,

                                                /s/

                                      Catherine C. Blake
                                      United States District Judge