**RESUME OF EDWARD MAMET, CPP, CFE**
President, ECJM Consultants Inc.
PO Box 1559 - Cooper Station
New York, NY 10276
(212) 475-8215
E-mail: ecjm2@msn.com
EIN 13-4063060

**PERSONAL**   RETIRED LAW ENFORCEMENT EXECUTIVE - Retired from the New York City Police Department with the rank of **Captain**, November 1998, after almost forty years service.

**EDUCATION**

**Saint Francis College**, Brooklyn, New York
Sep 1972 - Feb. 1976
**A.S., B.S in Criminal Justice, 1976**
Minor: Business Administration.

**Long Island University**, Greenvale, New York
Sep 1976 - Feb. 1978
**M.P.A. in Public Administration, 1978**
Thesis - An Analysis Of Detective Organization In The New York City Police Department: Historical Perspectives.

**The New York City Urban Academy for Management**.
1982 Graduate (New York State Top Twenty Program)

**PROFESSIONAL QUALIFICATIONS**

**Management and Administration**
Captain, New York City Police Department.
Assistant City Personnel Director for Investigations, New York City Department of Personnel.
Director of Investigations, Office of Professional Discipline, New York State Education Department.

**Investigations**
Extensive law enforcement background with particular emphasis on investigations and case management. Spent twenty years in the Detective Bureau of the New York City Police Department as a Detective; Sergeant, Supervisor of Detectives; Lieutenant, Commander of Detectives and Captain. In depth knowledge of administrative investigations acquired while on two leaves of absence to other government agencies.

| | |
|---|---|
| **Teaching** | Adjunct Instructor, College Accelerated Program for Police.<br>**New York Institute of Technology, Greenvale, New York.** |
| | Lecturer, Criminal Justice Center.<br>**John Jay College of Criminal Justice, New York, New York** |
| | Faculty Member, Division of Social Studies.<br>**Brookdale Community College, Lincroft, New Jersey** |
| | General Topics Security Guard Instructor.<br>**State of New York Division of Criminal Justice Services** |
| | Guest Lecturer: Graduate Program, Criminal Justice Department<br>**Saint John's University, Queens, New York** |

**EMPLOYMENT EXPERIENCE**

| | |
|---|---|
| Feb. 1959 to<br>Oct. 1998 | **NEW YORK CITY POLICE DEPARTMENT**<br>**Captain of Police**<br>Held various line and staff positions throughout the department. Served in the Detective Bureau for twenty years in a variety of positions, from Detective to Captain. Was the Commanding Officer, Criminal Intelligence Section, Intelligence Division; Executive Officer of four patrol precincts and the Highway Patrol; a division commander within the Office of the Deputy Police Commissioner for Community Affairs and the Commandiing Officer, Patrol Borough Brooklyn South Crime Analsysis Section. |
| Nov. 1987 to<br>Oct. 1988 | **NEW YORK CITY DEPARTMENT OF PERSONNEL**<br>**Division of Investigation**<br>**Assistant City Personnel Director for Investigations**<br>While on leave from the NYCPD, managed a division of over 100 100 employees responsible for 45,000 cases of character, education and experience investigations. Analyzed and developed procedures relating to a computerized, investigative case management system. |
| Jan. 1981 to<br>Sep. 1984 | **NEW YORK STATE EDUCATION DEPARTMENT**<br>**Office of Professional Discipline**<br>**Director, Division of Investigation**<br>While on leave from the NYCPD, managed a statewide staff of investigators and support personnel dispersed among seven regional offices. Investigated over 6,000 cases a year of misconduct committed by licensed professionals. |

2

**EXPERIENCE**

**Administrative Study Consultant and Assessor:**
New York State Division of Criminal Justice Services.
(Law Enforcement Accreditation Program)

**Instructor:** New York State Division of Criminal Justice Services
(Security Guard Program)

**Assessor:** Commission On Accreditation For Law
Enforcement Agencies Inc.
(Law Enforcement Accreditation Program)

**Police Procedures Consultant:** US Department of Justice
(Civil Rights Division Police Misconduct Initiative)

**Guest Commentator:** MSNBCTV, Court TV, Channel 9 TV, WEVD Radio, WRTN Radio, WNYC Radio and Pacifica Radio.
(Police Practices and Law Enforcement Issues)

**Licensed Private Investigator:** State of New York

**PROFESSIONAL SOCIETIES**

**International Association of Chiefs of Police**

**Police Executive Research Forum**

**American Society for Industrial Security**
*Certified Protection Professional #2824*

**American Association for Professional Law Enforcement**

**American College of Forensic Examiners Inc.**

**Association of Certified Fraud Examiners**
*Certified Fraud Examiner*

**SUMMARY**

Awarded twenty-three citations for bravery and outstanding police work as well as three Educational Achievement Citations. The 1993, recipient of the coveted Theodore Roosevelt Association Police Award as well as the 1997, New York State Division of Parole Law Enforcement Recognition Award.

Updated: February 20, 2003

3

NEW YORK CITY POLICE DEPARTMENT CAREER ASSIGNMENTS OF
EDWARD MAMET

FEBRUARY 24, 1959 TO NOVEMBER, 30, 1998

| Rank | Dates | Assignment |
| --- | --- | --- |
| Patrolman | 2/24/59-8/18/59 | Police Academy |
| Patrolman | 8/18/59-8/8/62 | 79 Precinct |
| Patrolman | 8/8/62-10/19/63 | Narcotics Bureau |
| Detective 3rd Grade | 10/19/63-10/11/66 | Narcotics Bureau |
| Detective 2nd Grade | 10/11/66-4/8/69 | Narcotics Bureau |
| Detective 2nd Grade | 4/8/69-6/5/69 | 78 Precinct Detective Squad |
| Patrol Sergeant | 6/5/69-8/23/69 | 67 Precinct |
| Detective Sergeant | 8/23/69-12/3/70 | Auto Squad |
| Detective Sergeant | 12/3/70-2/22/71 | 12 Detective District |
| Detective Sergeant | 2/22/71-7/1/71 | 88 Precinct Detective Squad |
| Detective Sergeant | 7/1/71-1/1/72 | 1 Detective District Robbery Squad |
| Detective Sergeant | 1/1/72-10/1/73 | 10 Detective District Robbery Squad |
| Detective Sergeant | 10/1/73-11/16/73 | Brooklyn Robbery Squad |
| Lieutenant | 11/16/73-1/23/74 | Midtown South Precinct |
| Lieutenant | 1/23/74-2/17/75 | 70 Precinct |
| Lieutenant | 2/17/75-12/27/76 | Brooklyn South Area |
| Detective Lieutenant | 12/27/76-4/25/80 | 9 Precinct Detective Squad |
| Detective Lieutenant | 4/25/80-1/21/81 | Manhattan Sex Crimes Squad |
| Detective Lieutenant | 1/21/81-9/9/83 | Leave of Absence to NYS Ed Dept. |
| Detective Lieutenant | 9/9/83-3/24/8441 | Precinct Detective Squad |
| Captain | 3/24/84-6/9/86 | Patrol Borough Manhattan South |
| Captain | 6/9/86-1/27/88 | Highway Patrol |
| Captain | 1/27/88-10/11/88 | Leave of Absence to NYC Dept Pers |
| Captain | 10/11/88-6/18/90 | 90 and 75 Precincts |
| Captain | 6/18/90-12/20/93 | Community Affairs Division |
| Detective Captain | 12/20/93-4/25/95 | Intelligence Division |
| Captain | 4/25/95-11/30/98 | Patrol Borough Brooklyn South |

4