*Professional Vita*
*February 2002*
*Dr. George Kirkham*

In 1991, at age 49, Dr. George L. Kirkham (Doctorate in Criminology, University of California, Berkeley) was awarded the title of Professor Emeritus at the Florida State University School of Criminology and Criminal Justice, making him one of the youngest faculty members in the history of the university to receive the status as a result of outstanding contributions to a field of knowledge.

Dr. Kirkham, who has been characterized by syndicated columnist William F. Buckley, Jr., as ". . . an honor to his profession," has been the recipient of numerous awards for service to the law enforcement profession nationwide, including The Distinguished Service Award, The J. Edgar Hoover Award and the Freedom's Foundation at Valley Forge Award.

He is nationally and internationally known as "the professor who became a cop". In 1973, Dr. Kirkham took leave of his university post in order to study the police and the problems of crime in a way that no criminology professor had before. He personally went through a police academy as a recruit and spent six months working as a uniformed patrol officer on the streets of a high crime beat in a major American city.

This pioneering research project earned Dr. Kirkham widespread respect in both the law enforcement profession and the field of criminology. Over the years, his observations on the police have appeared in research and law enforcement journals in many other countries, including England, Canada, Germany, India, Australia and Russia. He has authored to date some 23 law enforcement training films and video tapes which are used to instruct police officers and administrators throughout the nation. Under grants from the U.S. Department of Justice, Dr. Kirkham's award winning film series, "Police: The Human Dimension" was distributed to the law enforcement training directors of all 50 states and the F.B.I. Academy. This series is also used at Peel Centre in London to train the British Metropolitan Police.

Dr. Kirkham has served as a consultant to over 50 American law enforcement agencies at the federal, state and local levels. He has been called upon more often than any other criminologist in the nation to serve as a case consultant and expert witness in civil and criminal actions involving police, jail and private security issues. His experience as a consultant to both plaintiffs and defendants throughout his professional career encompasses over 1,500 cases in 49 states.

In addition to receiving widespread professional recognition, Dr. Kirkham's work has also been the subject of considerable attention by the mass media and the American public: he was the subject of a CBS 60 MINUTES segment entitled "Ivory Tower Cop", and has made numerous national television appearances to discuss the subjects of crime and the police, including ABC's GOOD MORNING AMERICA and NBC's TOMORROW SHOW. His 1974 article, "A Professor's Street Lessons," was serialized in newspapers throughout the nation and has been read by more police worldwide than any article ever published by the F.B.I. during the fifty-seven year history of its LAW ENFORCEMENT BULLETIN.

Dr. Kirkham's personal autobiography, SIGNAL ZERO, was selected by Book-of-the-Month Club as one of its alternates and his views on the police have appeared in publications ranging from NEWSWEEK, TIME, U.S. NEWS & WORLD REPORT, READER'S DIGEST and PEOPLE MAGAZINE, to the UNITED STATES CONGRESSIONAL RECORD and INTERPOL.

Throughout his twenty years as a university criminologist, Dr. Kirkham's "hands on" research on the subjects of crime and the police has led him to work as an officer with four different law enforcement agencies and in assignments as diverse as uniformed patrol, crisis intervention, vice, criminal investigation, and undercover duty as part of an organized crime strike force.

| | | |
|---|---|---|
| **Personal Information:** | Date of Birth:<br>Nationality: | November 15, 1941<br>U.S.A. |

**Consulting Office:**

5596 Western Way
Lake Worth, FL 33463

1-800-488-9231
(561) 432-9312
FAX: (561) 432-9313

**Education:**

B.A. (Crim.)   California State University at San Jose (1964)
("With Distinction" and "Departmental Honors in Criminology")

M.S. (Crim.)   California State University at San Jose (1966)

D. Crim. University of California at Berkeley (1971)

**Present Occupation:**   Professor Emeritus, School of Criminology and Criminal Justice
The Florida State University, Tallahassee, Florida

**Law Enforcement Consultation:**

Experience as a private consultant and expert witness for both plaintiff and defense in over 1,200 cases of civil litigation arising from police actions, private security operations, and jail and confinement conditions in 49 states.

Executive Director and Certification Board Member of the National Academy of Police Specialists (N.A.P.S.)

Former Associate Member: International Association of Chiefs of Police (I.A.C.P.)

Former Member, Police Benevolent Association (P.B.A.)

Certified Police Officer, State of Florida (1973-1992)

Author, with Professor James D. White, of a series of police civil liability training films and instructional manuals currently in use throughout the United States (see "Publications") in the training of both line officers and administrators.

Member, Board of Directors, Americans for Effective Law Enforcement (1974-1979); A.E.L.E. is a non-profit legal research organization founded by Fred Inbau, John Henry Wigmore Professor of Law Emeritus at Northwestern University; it serves the law enforcement profession through amicus curiae briefs, publications, workshops, and research programs.

Member, Board of Directors, International Law Enforcement Stress Association (ILESA).
Director, National Conference on Stress in Policing (Orlando, Florida, 1978).
Served as an instructor, lecturer, or consultant to the following agencies and organizations:
    Governor Dukakis' Callahan Commission, Massachusetts Police Training Council (1988)
    British Metropolitan Police, Peel Centre (1988)
    New York City Police Department, Police Benevolent Association
    NBC News, for proposed documentary on convicted mass-murderer, Theodore Bundy

2

Detroit Police Officers' Association
Philadelphia Police Department
Pennsylvania State Police
Virginia State Police
Maine State Police
Yonkers, New York, Police Department
Police Officers Association of Michigan
Albuquerque, New Mexico Police Department
Cincinnati, Ohio Police Department
Dayton, Ohio Police Department
Roanoke, Virginia Police Department
Toronto Metropolitan Police
United States Military Police Training Center, Fort McLellan, Alabama
United States Treasury Department, Consolidated Federal Law Enforcement Training Center
Federal Bureau of Investigation, Quantico, Virginia
Northwestern Traffic Institute
International Association of Women Police
North Carolina Law Enforcement Officer's Association
Advisory Council on Sheriff Affairs, Lorain, Ohio
Florida Sheriff's Association
Florida Peace Officer's Association
State of Indiana, Fraternal Order of Police
Southern Police Institute
Law Enforcement Assistance Administration (L.E.A.A.)
Kenosha, Wisconsin Professional Police Association
Ohio Association of Police Chiefs
Western Colorado Peace Officers Association
National Association of State Directors of Law Enforcement Training (N.A.S.D.L.E.T.)
Florida Police Standards and Training Commission
Jacksonville, Florida Police Department
St. Petersburg, Florida Police Department
Tallahassee, Florida Police Department
Office of the State Attorney, 16th Judicial Circuit of Florida (for investigative evaluation of organizational and personnel problems within the Key West, Florida Police Department)
Member, Selection Board for Chief of Police for Fort Walton Beach, Florida
New Port Richey, Florida Police Department
National Institute for Occupational Health and Safety, U.S. Department of Health, Education and Welfare (for police stress research)
Leon County Sheriff's Department
Florida Highway Patrol
National College of District Attorneys
California District Attorneys Association
Florida Criminal Justice Educator's Association
Americans for Effective Law Enforcement (A.E.L.E.), Evanston, Illinois, Board Member 1975-1979
Florida Public Defenders Association
Florida Professional Practices Council
State of Utah Peace Officers Association
Columbia, South Carolina Criminal Justice Academy
Wisconsin Department of Justice
Police Task Force, Governor's Committee on Criminal Justice Standards and Goals (1974, Member: Florida)
Utah League of Cities
Hillsborough County, Florida Sheriff's Department

3

| | |
|---|---|
| Other Professional Experience: | Research Criminologist, Systems Analysis Division, Stanford Research Institute (1970), Menlo Park, California. |
| | Project Director and Research Associate, The Center for Interdisciplinary Studies, California State University at San Jose (1968-1970). |
| | Consulting Editor, Journal of Police Science and Administration (1976-1978). |
| | Editorial Consultant, Harper and Row Publishers, Media Division (1974-1978). |
| | Graduate, Florida Police Standards and Training Academy (1972). |
| | Police Patrolman, City-County of Jacksonville, Florida (1973). |
| | Police Officer, City of Tallahassee, Florida (1974-1991). |
| | Deputy Sheriff, Leon County, Florida (1978-1979). |
| | Agent, Organized Crime Division, Broward County Sheriff's Department under U.S. Department of Justice Grant (1975). |
| | Correctional Counselor, California Department of Corrections, Soledad State Prison (1965-1966). |
| | Director, H.E.W. Study of Jail Inmates on Work Release (Elmwood Rehabilitation Facility (1968-1970). |
| | Doctoral level counseling under supervision of psychoanalyst Bernard L. Diamond, M.D., at Langley Porter Neuropsychiatric Clinic (1966) and Mount Zion Hospital Outpatient Psychiatric Clinic (1967). |
| Publications: Books: | George L. Kirkham and Laurin Wollan, *Introduction to Law Enforcement* (New York: Harper and Row, 1979). |
| | George L. Kirkham, *Signal Zero: The True Story of a Professor Who Became a Cop* (New York: J.B. Lippincott, 1976). Selected by Book-of-the-Month Club as November 1976 alternate. Motion picture options sold: 1977, 1979, 1980, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992. |
| Educational Films/ Video Tapes Published: | George L. Kirkham and James D. White, *Police Human Relations: Non-Verbal Communication, Parts I, II, & III* (Tallahassee, Florida: The Florida State University and the Tallahassee Police Department, Freestyle Productions, 1989). |
| | George L. Kirkham and James D. White, *Police Civil Liability: Negligent Operation of Police Motor Vehicles* (New York: Harper and Row, 1978). |
| | George L. Kirkham and James D. White, *Negligent Use of Police Firearms* (New York: Harper and Row, 1978). |
| | George L. Kirkham and James D. White, *Police Use of Deadly Force* (New York: Harper and Row, 1979). |
| | George L. Kirkham and James D. White, *Excessive Force and the Police* (New York: Harper and Row, 1979). |
| | George L. Kirkham and James D. White, *Police Supervisory Liability* (New York: Harper and Row, 1979). |
| | George L. Kirkham and James D. White, *Police Officers and the Federal Civil Rights Act* (New York: Harper and Row, 1979). |
| | George L. Kirkham, *Police: The Human Dimension: "Stress"* (New York: Harper and Row, 1976). |

George L. Kirkham, *Officer Stress Awareness* (New York: Harper and Row, 1976).

George L. Kirkham, *Internal Adaptations to Stress in Modern Law Enforcement* (New York: Harper and Row, 1976).

George L. Kirkham, *External Reactions to Stress in Policing* (New York: Harper and Row, 1976).

George L. Kirkham, *The Police Marriage: Personal Issues* (New York: Harper and Row, 1976).

George L. Kirkham, *Police Children: Issues and Problems* (New York: Harper and Row, 1976).

George L. Kirkham, *The Police Marriage: Social Pressures Affecting It* (New York: Harper and Row, 1976).

George L. Kirkham, *Police Authority and Informal Discretion, Part I* (New York: Harper and Row, 1976).

George L. Kirkham, *Police Authority and Informal Discretion, Part II* (New York: Harper and Row, 1976).

George L. Kirkham, *Minorities and the Police* (New York: Harper and Row, 1976). Recipient of the Golden Eagle Award, Council on International Non-theatrical Events: selected to represent the United States in motion picture events abroad. Also awarded The Chris Plaque, Columbus Film Festival (1976).

George L. Kirkham, *Police Ethics: Part I* (New York: Harper and Row, 1976).

George L. Kirkham, *Police Ethics: Part II* (New York: Harper and Row, 1976).

George L. Kirkham, *The Police Officer in the Community Part I* (New York: Harper and Row, 1976).

George L. Kirkham, *The Police Officer in the Community: Part II* (New York: Harper and Row, 1976).

**Articles and Professional Papers:**

George L. Kirkham, "Police Firearms Accidents," *Police* (May, 1989), Vol. 12, No.3.

George L. Kirkham and James D. White, *Body Language and Policing: A Training Series, Parts I, II, & III* (Tallahassee, Florida: The Florida State University, 1990). Convener, "Death Behind Bars," (Panel Presentation on the problem of suicide in Jails and Prisons), Southern Conference on Corrections, (February, 1989).

George L. Kirkham and James D. White, "A Police Civil Liability Handbook," Harper and Row, 1976).

George L. Kirkham, "The Policeman and the Law: A Changing Perspective," *Barrister* (December, 1976).

George L. Kirkham, "The Criminologist as Police Officer; A Participant-Observation Study," paper presented to the American Society of Criminology; subsequently published in Donal E.J. MacNamara and Frank Reidel, *The Police: Problems and Prospects* (New York: Praeger, 1975).

George L. Kirkham, "On the Etiology of Police Aggression in Black Communities," paper presented to the American Society of Criminology (1974).

George L. Kirkham, "Doc Cop," *Human Behavior* (May, 1975).

George L. Kirkham, "A Professor's Street Lessons," *F.B.I. Law Enforcement Bulletin* (March, 1974); reprinted as "From Professor to Patrolman: A Fresh Perspective on the Police," *The Journal of Police Science and Administration* (May, 1974): also reprinted by numerous law enforcement journals throughout the world, including Interpol.

George L. Kirkham, "Jail Inmates on Work Furlough," with T. Conway Esselstyn, Ph.D., et. al., *Criminologica* (November, 1969). Also presented by Kirkham at the joint annual meeting of the American Society of Criminology and the American Association for the Advancement of Science (1968).

George L. Kirkham, "Evaluating Work Furlough," with Alvin Rudoff, Ph. D., et. al., *Federal Probation* (March, 1971).

George L. Kirkham, "The Potential Rehabilitative Role of Work Release Programs for Jail and Prison Inmates," paper presented at the First Inter-American Congress on Criminology, San Juan, Puerto Rico, 1971.

5

George L. Kirkham, "The Utility of Internships as an Educational Device in the Field of Criminology," paper presented (in absentia) at the Second Inter-American Congress of Criminology, Caracas, Venezuela (1971).

George L. Kirkham, "The *Female Homosexual,*" in Simon Dinitz and Walter C. Reckless, Critical *Issues in the Study of Crime* (Boston: Little, Brown and Company, 1968).

George L. Kirkham, "Homosexuality in Prison," in James M. Henslin, ed., *Studies in the Sociology of Sex* (New York: Appleton-Century-Crofts, 1971).

George L. Kirkham, "Gender Disorientation" in Edward Sagarin, ed., *Sex on the American Scene* (New York: Dell, 1962).

George L. Kirkham, "Transsexuals in a Formal Organizational Setting," in *The Journal of Sex Research* (May, 1969); Sagarin, *Odd Man In; Societies of Deviants in America* (Chicago: Quadrangle, 1968).

George L. Kirkham, "Cross-Dressing by Males" with Edward Sagarin, in *Sexual Behavior* (April, 1972).

---

**Research Grants**

"Work Release Programs for Jail Inmates: Their Economic and Rehabilitative Value" ($600,000, 1968, with T. Conway Esselstyn, Ph.D. and Alvin Rudoff, Ph.D.

"Model Police Interpersonal Communications Training Project," Law Enforcement Assistance Administration ($125,000, 1974).

"Training Municipal Police in Community Relations and Emotional Control Skills," Law Enforcement Assistance Administration ($50,000, 1973).

"Enrichment of the Criminology Curriculum at Florida State University" ($25,000, 1972).

"Training Correctional Personnel in Stress Management Techniques," National Institute of Corrections and Florida Division of Corrections (with Professor James D. White, 1979) ($10,000).

**National Recognition and Community Service Awards**

Innovative research and work in the field of law enforcement have been the subject of numerous national media programs and publications, including:
CBS "60 Minutes"
NBC "Tomorrow Show"
ABC "Good Morning America"
Newsweek
U.S. News & World Report
People Magazine
Reader's Digest

J. Edgar Hoover Award ". . . for outstanding contributions to effective law enforcement" (Miami Beach, 1976).

Distinguished Service Award, Reserve Law Officers Association of America, 1974.

26th Annual Freedom's Foundation at Valley Forge Award for the 1975 article, "What a Professor Learned When He Became A Cop."

"Award of Appreciation in Recognition of Outstanding Service on Behalf of Municipal Police in the State of Ohio," Ohio Association of Chiefs of Police, 1974.

"Award of Recognition," Toronto Metropolitan Police, 1976.

Optimist International Award for Outstanding Service to Law Enforcement," 1975.

6

"Award in Recognition of Outstanding Service to Law Enforcement Nationwide," Florida Peace Officers Association, 1974.

"Award for Outstanding Contributions to Law Enforcement Education and the American Justice System," California Association of Justice Educators, 1976.

"Award of Recognition," Southern Police Institute, University of Louisville, 1976.

Listed in "Who's Who in Law Enforcement" (1989).

Founder, Ernest Ponce de Leon Memorial Law Enforcement Scholarship at the Florida State University School of Criminology and Criminal Justice (1990).

---

**Academic Honors**

Awarded the Robert S. And Florence Moore Scholarship for doctoral study in Criminology (University of California, Berkeley, 1968).

Awarded the Stanley M. Tasheira Memorial Scholarship for doctoral study in Criminology (University of California, Berkeley, 1968).

Graduation Bachelor of Arts with Distinction and Departmental Honors in Criminology.

Citation for Academic Excellence as Dean's Scholar, California State University at San Jose, 1963.

Dean's Honor Scroll "... in recognition of outstanding achievement," San Jose City College, 1962.

Rotarian's Award for Scholarship, San Jose City College, 1962.

Member, National Honor Society in Sociology, Alpha Kappa Delta.

Member, National Honor Society in Psychology, Psy-Chi.

Member, California State University at San Jose Men's Scholastic Honor Fraternity, Tau Delta Phi.

Member, Alpha Gamma Sigma Collegiate Scholastic Honor Fraternity.

7