# Ken Barnes, M.S.

1043 S. Mustang Ave.
Yuma, Arizona 85364
(928) 376-0006 or 376-6963
Fax: (928) 376-0006 (Computer Fax)
Email: krbxpert@aol.com

June 1, 2003

Alan Hilliard Legum, P.S.
Ms. Debbie Terry
275 West Street - Suite 305
Annapolis, Maryland 21401

Re: CV and fee schedule

Dear Ms. Terry:

Thank you for contacting me regarding your roster of experts. This letter confirms my fees and services provided. My fees are $200.00 per hour for my time, plus transportation and lodging costs.

My retainer is $2,000.00, and must be paid in advance for my services. Costs will be billed against the retainer. Once the retainer is exhausted, I will bill you at my hourly rate, if necessary. I will send you periodic statements of the time I have spent on this matter and the current balance of the retainer. I charge a flat fee of $2,000.00 for one-day (8 hours) depositions and for courtroom testimony to avoid billing problems.

My services may include some or all of the following: an examination of the case materials, telephone conversations, case research, preparation of a written report outlining my findings if requested, meetings with you, testimony at deposition and at trial. Please do not hesitate to contact me at the above numbers should you have any questions, or need additional information.

I can serve prosecution or defense, in or out a penalty phase, anything within my qualifications. I have had one or two civil cases in Kentucky, however I did not retain the specific names or case numbers.

Regards,

Ken Barnes
Expert Witness

# CURRICULUM VITAE
Professor Kenneth R. Barnes
1043 S Mustang Ave
Yuma, Arizona 85366
Telephone: (928) 376-0006 or 376-6963
Computer Fax: (928) 376-0006
EMail krbxpert@aol.com

## EDUCATION

| | | |
|---|---|---|
| M.S. | Criminal Justice, CSU Long Beach, California | 1975 |
| B.S. | Political Science, NMSU, Las Cruces, New Mexico | 1974 |
| A.A. | Police Science, NMSU, Las Cruces, New Mexico | 1974 |
| Ph.D. | Graduate courses | |

## BACKGROUND SUMMARY

Over 20 years of progressive experience encompassing:

| | |
|---|---|
| Master Police Certification | Police Academy Instructor |
| Expert Witness | Corrections Academy Instructor |
| University Lecturer | College Corrections Program Professor |
| Law Enforcement Operations | Gangs & Tactical Operations |
| Use of Force | Police Tactics and Operations |
| Arrest Procedures | Crowd Control |
| High Speed Pursuits | Chemical Agents |
| Corrections Operations & Training: Adult and Juvenile | Probation/Parole Operations & Training |
| | High Speed Pursuits |
| Jail Detention Officer Training | Traffic/Felony Stops |
| Jail Operations and Management | High Risk Tactics |

Expertise: (Include, but not limited to)

Law Enforcement Management and Practices, Use of Force, Excessive Force, Officer Misconduct, High Speed Pursuits, Patrol Tactics, Traffic and Felony Stops, Wrongful death, Domestic Abuse, Chemical Weapons, Arrest Techniques, Probable Cause, Search, Policies and Procedures, Failure to Protect, Wrongful death, Juvenile/ Adult Detention, Firearms, Criminal trials and Civil Rights.

## DEMONSTRATION OF EFFECTIVENESS

Testified or provided depositions in dozens of cases on correctional operations and training cases. Qualified as an expert in state and federal courts, criminal and civil cases, for either plaintiff or defense.

(2)

       **...onceived, wrote, and initiated** Basic Law Enforcement curriculum, developed new m... ...ods to present Command Presence and Verbal control, Use of Force, Domestic Abuse... ...mergency Protective Orders, Felony Stops Programs. **Results:** Curriculum accept... state-wide in all law enforcement academies; improved training for over 8,000 Oklaho... ...a state officers, Oklahoma state program met national CLEA and all basic police curricu... ...m requirements standards.

       **...nitiated, planned, and executed** advance training programs for the State Law Enforc... ...ment Academy. Directed over 500 specialized training courses per year. **Result:** For th... ...irst time coordinated and managed the efforts of 50 monitors to provide required annual ...-service training, including advance and master courses for senior staff.

       **...nitiated and developed** Basic Reserve Officer Programs for the State Law Enforc... ...ment Academy. Dealt with 50 coordinators to facilitate and provide training. **Result...** New curriculum accepted by the State Academy more than 300 reserve officers were t... ...ned annually.

       **...Conceived, developed, and instructed** State Jail courses; delivered training statew... ...e to nearly 2,000 officers. **Result:** Courses trained over 2,000 additional jail superv... ...ors and employees.

       **...Founder and first Director of the State of New Mexico Corrections Academy.** Design... ...d, developed, initiated correctional and jails training through the State. Develop... ...ed training standards, policies and procedures, and directed the activities of over 150 tr... ...ing personnel. Developed training curriculum for both adult and juvenile institu... ...ons **Result:** First modern corrections academy that meet national standards and provid... ...l training for over 3,000 staff, adult and juvenile institutions. Developed progra... ...s for staff training, inmate protection, and welfare. Recognized by the American Correc... ...ions Association for new concepts for training and innovation. Conceived, wrote and in... ...ated Basic Jail Officer curriculum, Jail Supervisor and Administrator Training, and w... the State Jail Training Officer. **Result:** Jail curriculum was accepted state-wide for us... n all city and county jails and provided training for over 1,000 officers; Curric... ...um met national ACA, NIC, and CDC standards. I also provided ACA monitor... ...ng and assessment for consent degree for New Mexico State Prison.

       **...Conceived and developed** law enforcement and correction officer video progra... ...s to initially train rural officers and to provide on-going training in Community Polici... , Patrol Tactics, High Speed Pursuits, Airborne, Bloodborne Pathogens, Body Search... Cell Extraction, Facility management and technical forensics. **Result:** Hundreds of law ... nforcement, corrections and security agencies met on-going training and develop... ed new policies and procedures meeting CLEA, OSHA, ACA and CDC requir... ments.

(3) Assisted initial development to meet instructional requirements in the first U.S. based law enforcement academy to train foreign police cadets. Instructed Haitian Police Cadets in all aspects of law enforcement training. Developed lesson addendum, platform instruction, practical demonstrations and hands-on firearms training. **Result:** U.S. National Security Police carried out; professional police force for major Caribbean ally provided on time and on budget; complete new methodology proved to provide effective foreign democracy support developed.

Investigated and directed all criminal investigations within jurisdiction, including forensics, fingerprint, evidence preparation, and criminal prosecution. **Result:** Promoted to CIC, recovered thousands of dollars of stolen property, and resolved a serial murder case. Increased the rate of felony convictions by 20% within a two-year period.

## WORK EXPERIENCE

| | |
|---|---|
| Professor of Administration of Justice<br>Arizona Western College<br>Law Enforcement, Corrections, Legal Issues<br>Yuma, Arizona | Current |
| Criminal Justice Expert | Current |
| Rose State College<br>Adjunct Professor - Criminal Justice | 1997-98 |
| U.S. State Department -<br>United Nations International Police Task Force<br>Police Major, Commander of the Presidential<br>Protection Unit - Station Commander -<br>Liaison Officer to Minister of Police | March 1995 - May 1997 |
| Department of Justice – Instructor -<br>Provided instruction in law enforcement curriculum<br>and hands-on weapons training for first Haitian<br>National Police Force. | July 20 - December 2, 1995 |
| Independent Training Video Producer<br>Conceive, produced police / corrections video<br>training programs. | 1993 - On-going |
| Council on Law Enforcement Education and Training<br>Instructor - State Investigator<br>Developed and instructed in basic Law Enforcement<br>Academies, highway patrol academies, and Master Level<br>Officer training. State expert in street gangs and cult crimes | 1984-1993 |

(4)
Assist in the development of licensed security officer programs, developed lesson plans and operating regulations. Investigated applicant's background, private security agencies, licensing, operations, illegal acts.

State Trainer                                                                                            1984-85
Initiated, developed, and taught jail operations for all jail supervisors, officers and staff.

Elko Police Department                                                                           1982 - 1984
Uniform Patrolman to Detective, Lieutenant
Responsible to the Chief of the Department for all investigations from drugs to homicide.

New Mexico Department of Corrections                                                   1978-1982
Corrections Academy Superintendent
Completely remodeled curriculum and installed new programs to train all correctional employees, juvenile and adult detention. Result: A complete training program was established for all correctional civilian staff to sworn officers; I supervised 32 in-house instructors and coordinated training with 50 institutional training staff.

## AWARDS
Allt Honors Graduate, California State University, 1975
Honor Graduate, New Mexico State University, 1974
Merit Graduate, New Mexico State University 1974
New Mexico Department of Corrections Commendation Award,
Letter of Merit, 1979
New Mexico Law Enforcement Academy Commendation Award
Federal Bureau of Investigation Letter Of Merit
United Nations Medal of Merit - 2 awards

## REFERENCES:

Attorney General's Office Nevada, Ms. Cindi Desile (702) 486-3108
Attorney General's Office, Arkansas Ms. Michelle Odum (501) 682-2007
Attorney Randy Canny (303) 388-5014, Denver Colorado
City Attorney Metropolitan City Of Nashville, Mr. Tom DeClue (615) 862-6341
Attorney Lawrence Kenworthy 330 West 24th Street, Yuma, AZ 85364 (928) 783-0101

## SPECIAL EXPERTISE:

Street Gangs, in and out of prison
High Speed chases
Occult and Cult Incidents
Firearms
Crime Scene Investigation
Search Warrants