# ALAN HILLIARD LEGUM, P. A.
### ATTORNEYS AT LAW

ALAN HILLIARD LEGUM
KATHLEEN DUCKETT MCCANN

275 WEST STREET, SUITE 305
ANNAPOLIS, MARYLAND 21401

ANNAPOLIS: 410-263-3001
BALTIMORE: 410-269-5800
WASHINGTON: 301-261-2126
TOLL FREE: 800-218-0085
FAX: 410-267-8564

May 22, 2003

Donald E. Hoffman, Esquire
Assistant Attorney General
Maryland State Police
1201 Reisterstown Road
Pikesville, Maryland 21208

Re: **Anthony Gray v. State of Maryland, et al.**

Dear Mr. Hoffman:

Thank you for your correspondence received today with regard to the above matter. In response to your inquiry, I have spoken with Mr. Mamet and he has indicated that Mr. Signorelli, also of ECJM Consultants, would be the best person to deposed and would be the individual who would testify at trial. Therefore, I would suggest that we obtain available deposition dates from Mr. Signorelli. Please contact my legal assistant, Debbie, with available dates from yourself and Mr. Karpkinski and she will contact Mr. Signorelli and get back with you.

Plaintiff will call both ECJM Consultants (Mr. Signorelli) as well as Dr. George Kirkham at the trial of this matter.

Sincerely,

Alan Hilliard Legum

AHL/dlt
cc: Kevin Karpinski, Esquire

RECEIVED
MAY 23 2003
LEGAL COUNSEL UNIT
M.S.P.