**ALLEN, KARPINSKI, BRYANT & KARP, P.A.**
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

DANIEL KARP*
YVETTE M. BRYANT*
KEVIN KARPINSKI*
J. CHRISTOPHER BOUCHER ᐃ
VICTORIA M. SHEARER
MATTHEW D. PETER

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

OF COUNSEL
DONALD C. ALLEN

* ADMITTED IN MD AND D.C.
ᐃ ADMITTED IN MD, D.C. AND IL

June 24, 2003

The Honorable Catherine C. Blake
Chief Judge
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    322-120
             Case No: CCB-02-CV-385
             *Anthony Gray v. Calvert County, et al.*

Dear Judge Blake:

    This acknowledges receipt of my copy of Plaintiff's June 13, 2003 letter to Your Honor. I apologize for the delayed response but I was out of the office most of last week and was in trial yesterday.

    On the topic of a reasonable fee for deposition testimony, I can later in the week provide the Court with information concerning the police liability experts I have deposed for the last five (5) years. Although I have not reviewed my files to confirm the precise numbers, I do not believe I have ever paid more than approximately Two Hundred Dollars ($200.00) per hour to take the deposition of a police liability expert. If Your Honor believes that the above information would assist the Court in determining that a fee of no more than Two Hundred Dollars ($200.00) is reasonable for a police liability expert, I am happy to provide that information by Monday, June 30, 2003.[1]

---

    [1] I respectfully submit that Local Rule 104(b), addressing reasonable fees for physicians, provides clear guidance regarding what this Court views as a reasonable fee.

**ALLEN, KARPINSKI, BRYANT & KARP, P.A.**
ATTORNEYS AT LAW

The Honorable Catherine C. Blake
June 24, 2003
Page 2

Thank you for Your Honor's time and attention.

Respectfully submitted,

ALLEN, KARPINSKI, BRYANT & KARP

/s/

By: Kevin Karpinski

KK:bjap

cc:  Alan Hilliard Legum, Esquire
     Joel L. Katz, Esquire
     Donald E. Hoffman, Esquire