# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

June 24, 2003

Kevin Karpinski, Esquire
Allen, Karpinski, Bryant & Karp, P.A.
Suite 1540, 100 East Pratt Street
Baltimore, MD 21202-1089

      Re:     Anthony Gray v. Calvert County, et al., Civil No. CCB-02-385

Dear Mr. Karpinski:

      Please provide the information mentioned in your June 24, 2003 letter by **June 30, 2003**.

      Sincerely yours,

      /s/

      Catherine C. Blake
      United States District Judge

cc:    Alan H. Legum, Esquire
       Joel L. Katz, Esquire
       Donald E. Hoffman, Esquire