ALLEN, KARPINSKI, BRYANT & KARP, P. A.
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

DANIEL KARP*
YVETTE M. BRYANT*
KEVIN KARPINSKI*
J. CHRISTOPHER BOUCHER △
VICTORIA M. SHEARER
MATTHEW D. PETER

OF COUNSEL
DONALD C. ALLEN

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

* ADMITTED IN MD AND D.C.
△ ADMITTED IN MD, D.C. AND IL

June 30, 2003

**via e-filing**
The Honorable Catherine C. Blake
Chief Judge
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

RE:    322-120
       Case No: CCB-02-CV-385
       *Anthony Gray v. Calvert County, et al.*

Dear Judge Blake:

I am forwarding for Your Honor's consideration information regarding the fees charged locally for police liability experts.

We have retained an individual by the name of Paul Mazzei, Sr. Mr. Mazzei charges $150.00 per hour for deposition testimony. I am enclosing a copy of Mr. Mazzei's resume for Your Honor's consideration.

I have deposed Colonel Travers, who was the Superintendent for the Maryland State Police. I am enclosing information concerning Colonel Travers. Colonel Travers charges $125.00 per hour.

I have taken the deposition of Robert Klotz. I am enclosing Mr. Klotz's resume. Mr. Klotz charges $225.00 per hour for deposition testimony.

I have deposed Charles Key. Mr. Key charges $250.00 per hour for deposition testimony.

ALLEN, KARPINSKI, BRYANT & KARP, P. A.
ATTORNEYS AT LAW

The Honorable Catherine C. Blake
June 30, 2003
Page 2


Although some of the fee schedules reference a minimum of time, I have always only paid for actual deposition time.

I respectfully submit that Messrs. Key and Klotz's deposition fees exceed the "reasonable" requirement under the Federal Rules of Civil Procedure. However, because the fees were not exorbitant, it was not worth incurring the expense of briefing the issue for the Court. I respectfully submit that the police liability experts should not be paid more than physicians. Under the circumstances, I respectfully request the Court establish an expert witness fee of $200.00 or less for Plaintiff's experts in the above-referenced matter.

Thank you for Your Honor's time and attention.

Respectfully submitted,

ALLEN, KARPINSKI, BRYANT
& KARP

/s/

By: Kevin Karpinski

KK:bjap

Enclosures

cc:    Alan Hilliard Legum, Esquire
       Joel L. Katz, Esquire
       Donald E. Hoffman, Esquire