

# SURVIVAL MANAGEMENT SYSTEMS, INC.
LAW ENFORCEMENT AND SECURITY TRAINING CONSULTANTS

Mr. Kevin Karpinski, Esq.  
Allen, Johnson, Alexander & Karp, P.A.  
Attorneys at Law  
Suite 1540, 100 East Pratt Street  
Baltimore, Maryland 21202-1089

June 14, 2000

Kevin,
   Per our conversation, my fee schedule for litigation defense and expert witness services our as follows:

* **Retainer:** A minimum ten hour engagement at $150.00 per hour or $1,500.00 is required. This fee covers review of materials, and the rendering of a preliminary opinion.

* **Consultant Services:** A fee of one hundred fifty dollars ($150.00) per hour for services performed is charged. These services involve pre-trial conferences, research investigation, site visit.

* **Deposition and Court Appearances:** A fee of one hundred and fifty dollars ($150.00) per hour is charged port to port with a minimum of four hours or $600.00 per appearance.

* **Misc.:** All other billable hours will be at the rate of one hundred fifty dollars ($150.00) per hour.

Also you will find my current vita attached to this fee schedule.

Respectfully,

Paul M. Mazzei, Sr.

---

*Specializing in Military, Law Enforcement and Security Training Services*

12408 Kayak Drive • Suite 103 • Upper Marlboro, MD 20772  
Office: 301-627-8198 • Pager: 1-888-501-4404 • E-mail: smsinc8553@aol.com

# RESUME PRESENTATION

## Paul M. Mazzei, Sr.

### Professional Profile

A result oriented professional with excellent interpersonal and communication skills who is proficient in problem solving, particularly when success requires attention to detail, perseverance, flexibility, strong organizational and leadership abilities, and refined human relation skills. These skills combined with a comprehensive training background and operational experience in officer survival management, advanced firearms training and law enforcement are often called upon within the industry to provide training and/or expert counsel. This background is enhanced by the ability to motivate others to success by encouraging individual participation and development.

### Accomplishment Profile

- Owner and President of Survival Management Systems, Inc. Law Enforcement and Security Training Consultants, supervising over twenty associates and currently delivering ongoing training contracts to the U.S. Military, Federal, State, and local Law Enforcement, and Corporate Security Agencies.

- Deputy Director of the MPTC certified Prince George's Municipal Police Academy, developing, auditing, supervising and scheduling two 26 week basic recruit classes per year, to include coordinating and supervising over 50 adjunct instructors and 100 basic recruit level officers.

- Developed Law Enforcement Training Programs in the areas of police use of force and defensive tactics while under contract as a consultant to the Police Executive Research Forum (PERF).

- Authored, developed, and presented a multitude of training programs in the areas of police use of force/deadly force, litigation defense, defensive tactics, chemical agents, emergency services team response, high risk warrant service, civil disorder management, and officer survival skills.

- Qualified as an expert witness since 1990 on police use of force and high risk response procedures successfully represented and defended many law enforcement officers and their agency's training programs in U.S. Federal District Court in excessive use of force law suits.

### EXPERIENCE PROFILE SUMMARY

As a twenty year retired veteran of the Prince George's County Police Department and currently the Deputy Director of the Prince George's Municipal Police Academy, a certified Maryland Police Training Commission Instructor since 1980, has trained over 1000 basic recruit level and 10,000 experienced police officers to include federal, state, local and foreign police agencies through the Department of State's Anti Terrorism Assistance Program in firearms, defensive tactics, police use of force/deadly force, officer survival, emergency response procedures, civil disorder management, and judgmental use of force 'simunition' based programs. As a member of the Prince George's County Police Department's Training Services Division for five years was responsible for the development and supervision of training programs in the areas of police use of force, defensive tactics, officer survival skills, and was back-up to the Director of Judgmental Training and the Shoot Don't Shoot System.

Paul M. Mazzei, Sr.

## ASSIGNMENTS

| | |
|---|---|
| Owner and President of Survival Management Systems, Inc. Law Enforcement Training Consultants. | June 1995 - Present |
| Deputy Director of the Prince George's Municipal Police Academy / Prince George's Community College. | June 1994 - Present |
| Civilian Contract Firearms Instructor, Prince George's County Police Department/ Training Services Division. | May 1996 - April 1999 |
| Civilian Contract Firearms Instructor, Prince George's County Police Department/Training Services Division. | September 1994 - August 1995 |
| Training Coordinator / Supervisor Special Operations Division, Prince George's County Police Department. | September 1993 - June 1994 |
| Staff Instructor / Program Coordinator Training Services Division, Prince George's County Police Department. | July 1989 - September 1993 |
| Emergency Services Team Member / Counter Sniper, Special Operations Division, Prince George's County Police Department. | September 1978 - July 1989 |
| Tactical Officer / Tactical Squad, Special Operations Division, Prince George's County Police Department. | April 1978 - September 1978 |
| Patrol Officer / District III Prince George's County Police Department. | December 1976 - April 1978 |
| Recruit Officer / Session 52 Prince George's County Police Department. | July 1976 - December 1976 |
| Cadet / Prince George's County Police Department. | May 1974 - July 1976 |

---

## HONORS AND AWARDS

Silver Medal of Valor
For the Successful Resolution of Over 200 High Risk Barricade / Hostage Situations
Prince George's County Police Department

Chief's Award
Several Awards for National Recognition While Competing on the
Prince George's County Police Department's Pistol Team

Paul M. Mazzei, Sr.

# TRAINING CERTIFICATIONS

## Firearms / Instructor

| | |
|---|---|
| Sturm Ruger and Company<br>Police Carbine Instructor/Armorer Certification Course. | January 1999 |
| Maryland Police Training Commission (Recertification)<br>Semi-Automatic Pistol, Revolver, Shotgun, Sub-Machine Gun<br>Assault Rifle, Scoped Sniper Rifle. (Exp. June 2001) | June 1997 |
| Beretta USA<br>Beretta Armorer Certification Course. | July 1986 |
| United States Secret Service<br>Firearms Instructor Training Certification Course<br>Revolver, Shotgun, Uzi Sub-Machine Gun. | March 1981 |
| United States Army<br>First Army Marksman Training Unit<br>Counter Sniper Certification Course. | September 1980 |

## Chemical Agents / Instructor

| | |
|---|---|
| Defensive Tactics Institute O.C. / Chemical<br>Mace Instructor Certification Course. | October 1993 |
| FBI Chemical Agents / Crowd and Riot Control<br>Instructor Certification Course. | November 1991 |
| Maryland Police Training Commission<br>Chemical Agent Instructor Certification. | December 1985 |
| Smith and Wesson / Chemical Agents<br>Instructor Certification Course. | November 1985 |
| United States Army / Nuclear, Biological,<br>Chemical Defense School. | October 1984 |

Paul M. Mazzei, Sr.

## TRAINING CERTIFICATIONS

### Defensive Tactics / Instructor

| | |
|---|---|
| Armament Systems and Procedures, Inc.<br>ASP Baton Instructor Certification Course | December 1993 |
| Pressure Point Control Tactics, Inc.<br>Defensive Tactics, Pressure Point Control,<br>Impact Weapon Instructor Certifications. | August 1990 |
| Maryland Police Training Commission<br>Defensive Tactics, Patrol Procedures, CPR<br>Officer Survival Skills, Police Use of Force/Deadly Force,<br>Civil Disorder Management, Crisis Intervention,<br>High Risk Patrol Tactics, Emergency Services Team<br>Tactics Instructor Certifications. (Exp. June 2002) | July 1989 |

### Rappelling / Helicopter

| | |
|---|---|
| United States Park Police Department<br>Helicopter Rappel Master / Instructor<br>Certification. | May 1989 |
| United States Army Air Assault School<br>Rappel Master / Instructor Certification. | March 1986 |
| FBI Helicopter Rappel Master<br>Certification Course. | May 1979 |

### Emergency Services

| | |
|---|---|
| American Heart Association CPR<br>Instructor Certification. | October 1989 |
| Prince George's County Police Department<br>Emergency Services Teams Certification. | September 1978 |

Paul M. Mazzei, Sr.

## TRAINING CERTIFICATIONS

### Emergency Services

| | |
|---|---|
| Prince George's County Police Department Hostage Negotiator Certification Course. | March 1983 |
| FBI Hostage Negotiator Training Course. | February 1985 |
| United States Secret Service Protective Operations Training Course. | October 1984 |
| United States Secret Service Dignitary Protection Training Course. | September 1984 |
| Naval School of Explosive Ordnance Disposal Basic and Advanced Explosive Ordnance Disposal Certification. | July 1981 |
| International Association of Bomb Technicians Explosives / Terrorism Training Course. | June 1981 |
| Professional Associations of Diving Instructors: Open Water Diving Certification. | August 1979 |
| Advanced Open Water Diving Certification. | May 1982 |
| Rescue and Recovery Diving Certification. | June 1982 |
| Ocean Diving Certification. | July 1982 |
| Deep Water Diving Certification. | November 1988 |
| Scuba Equipment Specialist Certification. | November 1988 |