ORIGINAL                                    1

1       UNITED STATES DISTRICT COURT

2       FOR THE DISTRICT OF MARYLAND

3  KEITH A. LEE                  :

4       Plaintiff                :

5  V.                            :    CCB-98-399

6  ERIC FOGLE, et al.            :

7       Defendants               :

8       -------------------

9       Deposition of COL. WILBERT T. TRAVERS,

10 JR., taken on Wednesday, January 19, 2000, at

11 9:25 a.m., at Allen, Johnson, Alexander & Karp,

12 100 E. Pratt Street, Suite 1540, Baltimore,

13 Maryland, before Linda Bahur, Notary Public.

14      -------------------

20 Reported by:

21 Linda Bahur, RPR

COURT REPORTING CONCEPTS, INC.
Baltimore, Maryland
Phone (410) 821-4888    Fax (410) 821-4889

1   tell me about where you were retained by a police

2   officer or an attorney representing a police

3   officer or police department?

4       A.  No.  There are not.

5       Q.  That one case in Philadelphia is the

6   only time you offered an opinion or were in a

7   position to offer an opinion that the officer's

8   use of force was appropriate and reasonable?

9       A.  Yes.  Yes, sir.

10      Q.  Had you ever been retained to offer

11  opinions on the issue of canine scans, perimeter

12  scans by canines?

13      A.  No, sir.

14      Q.  How much do you charge an hour for

15  expert testimony?

16      A.  $125.

17      Q.  And is that for all --

18      A.  Yes, sir.

19      Q.  -- aspects, deposition time,

20  investigation, report and representation?

21      A.  Yes, sir.  Site visits.  One fee.  It

25

1   doesn't cost any more.  I know some experts
2   charge  more to do if it's a trial or deposition.
3   Mine is a  flat fee for all work I do and it's so
4   stated.  You  may not have that letter.
5       Q.   Your retainer letter?
6       A.   Yes, sir.
7       Q.   I'm going to want to take a look at your
8   file in a little while but let's get through the
9   rest  of your Notice of Deposition.
10      A.   Sure.
11      Q.   I take it if I decide that I would like
12  transcripts, deposition transcripts or reports
13  you  have prepared in connection with any
14  specific case,  are you willing to produce that
15  for me?
16      A.   Yes, sir, if you want to pay the cost of
17  reproduction.
18      Q.   Sure.  The only thing you were unwilling
19  to  produce is information related to your tax
20  forms and  your 1099s for providing expert
21  testimony; is that  correct?

COURT REPORTING CONCEPTS, INC.
Baltimore, Maryland
Phone (410) 821-4888    Fax (410) 821-4889