# ROBERT W. KLOTZ
## Consultant
3210 Havenwood Court, Edgewater, Maryland 21037
(410) 798-6868 - (410)798-0371 FAX

## FEE SCHEDULE

1. **Retainer.** A minimum engagement fee of One Thousand, Five Hundred ($ 1,500.00) is required. This fee covers the initial review of materials, discussions with the Attorney/Client and the rendering of a preliminary evaluation on the matter involved.

2. **Consultation Services.** A fee of One Hundred Fifty dollars ($150.00) per hour for services performed is charged. These services involve pretrial consultation, research investigation, report preparations and site visits.

3. **Deposition Fee.** A fee of Two Hundred twenty five dollars ($225.00) per hour with a minimum of two (2) hours is charged for the taking of a deposition.

4. **Court Appearance.** A fee of One Thousand Dollars ($1,000.00) per day is charged for appearance at court.

5. **Travel Outside the D.C. Metropolitan Area.** All travel outside the D.C. Metropolitan area will require travel days billed at $500.00 per day. This fee includes travel time, expenses for food, taxi fare, lodging, and meals. This is in addition to the fee for the activity performed, i.e. court appearance, deposition, site visits, consultation.

6. **Airfare/Railfare.** All air/rail travel outside the Washington Metropolitan Area will be paid in advance.

7. **Incidental Expenses.** All expenses, such as postage, secretarial service, telephone calls, facsimile transmissions and duplication shall be paid by the Consultant.

# ROBERT W. KLOTZ
Consultant
3210 Havenwood Court
Edgewater, Maryland 21037
(410) 798-6868
(410) 798-0371 Facsimile

## EDUCATION :

B.S. Degree, Criminology and Criminal Justice, University of Maryland (1995).

A.A. Degree, Administration of Justice, American University (1977).

## PROFESSIONAL DEVELOPMENT COURSES :

Police Civil Liability Seminar, Boston, Mass.

Police Administration Course, University of Louisville.

Labor Relations and Collective Bargaining, Northwestern University.

Police Community Relations, Michigan State University

Law Enforcement Practices, University of Maryland

Civil Disorders, U.S. Military Police, Fort Gordon Ga.

Senior Executive Management, F.B.I. Academy, Quantico, Va.

Terrorism and Hostage Negotiations, F.B. I. Academy, Quantico, Va.

Police Labor Relations, F.B. I. Academy, Quantico, Va.

Municipal Police Administration, International Association of Chiefs of Police, Washington, D.C.

Police Supervisory Course, International Association of Chiefs of Police, Washington, D.C.

1

Trends in Terrorism, U.S. Department of State, Washington, D.C.

# EMPLOYMENT HIGHLIGHTS :

1980 - Present      INDEPENDENT CONSULTANT AND EXPERT WITNESS

Provide experience based consultation to law enforcement agencies and to employer and employee organizations.

Provide expert witness testimony in civil actions in Federal, State Courts and Administrative Proceedings. Qualified as an expert in : Connecticut, Georgia, Illinois, Kansas, Maryland, Michigan, New Mexico, New York, Pennsylvania, Rhode Island, Virginia, and Washington, D.C.

Areas of expertise for either consulting or expert witness purposes include:

| | |
|---|---|
| High Speed Pursuits Policies | Human Resource Management |
| Crowd Control & Demonstrations | Union Elections |
| Internal Police Investigations | Collective Bargaining Procedures |
| Terrorist Activities | Disciplinary Procedures |
| Private Security Management | Contract Administration |
| Control of Corrupt Practices | Grievance Arbitration |
| Use of Force | Supervision and Training |
| Firearms Policy and Training | Rating and Ranking for Promotion |
| Arrest Procedures | Dispute resolution by mediation, fact-finding |
| Search and Seizures Procedures | and interest arbitration |
| Written Directives | |
| Patrol Procedures | |
| Traffic Procedures | |
| Hostage and Barricade Situations | |

1986-1988       SENIOR STAFF ANALYST

Murphy Associates, Inc. Vienna, Virginia

Responsible for on-site coordination and training of police officials from various countries worldwide, sponsored by the U.S. Department of State. Directly responsible for training in such subjects as : Security Planning,; Combating Police Corruption; Use of Deadly Force; Patrol Tactics; Personnel Allocation; criminal Justice Systems; Police Discipline; Vital Installation Security; Crowd Control; and Special Events Planning and Control.

Also responsible for coordinating and conducting comprehensive management studies of

several law enforcement agencies in the U.S. and a study of security at O'Hare Airport in Chicago, Ill.

**1955-1980    METROPOLITAN POLICE DEPARTMENT, WASHINGTON, D.C.**

The following chronology traces my twenty-five years of experience with this department.

**1977-1980    DEPUTY CHIEF OF POLICE, COMMANDER, SPECIAL OPERATIONS AND TRAFFIC DIVISION**

Responsibilities included: hostage negotiations and barricade situations; handling of parades and demonstrations; security escort for the President of the United States and foreign heads of state and dignitaries; aerial and water patrol of the District; training for members of the special (SWAT) personnel; handling all major traffic incidents in the District; maintaining liaison with U.S. Department of State, U.S. Secret Service, U.S. Attorney General's Office, U.S. Park Police, U.S. Capitol Police and Supreme Court Police.

**1974-1977    DEPUTY CHIEF FOR PERSONNEL, TRAINING AND LABOR RELATIONS**

Personnel Division: Supervised the Personnel Office. Served as Department EEO officer. Handled the allocation of personnel for the Department, including transfers and promotions. Prepared and administered promotional examinations for both uniform and plainclothes ranks. Served as Chairman of the Accident Review Board and member of the Police and Fire Department's Retirement Board.

Training Division: Supervised the preparation and instruction of new police recruits and coordinated the in-service training and specialized training courses.

Labor Relations: Developed and was responsible for the Department's Labor Relations Program, including serving as the Chief Negotiator in contract negotiations with both sworn and civilian members of the department. Handled grievances and contract administration phases. Established the Department's Labor Relations Library. Represented the Department at mediation and arbitration hearings.

**1973-1974    INSPECTOR, COMMANDING THE FOURTH POLICE DISTRICT**

Commanded 350 sworn officers and 10 civilians. Responsible for crime prevention and crime reduction, and providing police services to a geographical area of the District of Columbia.

**1972-1973    INSPECTOR, COMMANDING INTERNAL AFFAIRS DIVISION**

3

Commanded 34 sworn officials and 5 civilians. Directly responsible to the Chief of Police for department integrity. Responsible for the supervision/approval of all investigations of use of force and other allegations of impropriety made against police officers. Supervised a major corruption investigation, coordinating activities with the U.S. Attorneys Office. Served as facilitator to the Department's Service Weapon Review Board. Served also as the Deputy Commander of the Special Operations Division.

1971-1972        CAPTAIN, PLANNING AND DEVELOPMENT DIVISION

Supervised some five officers and ten civilians. Conducted various planning activities, prepared grant applications. Prepared, staffed and promulgated department orders. Revised the department's Manual and General Orders. Represented the Chief of Police at various committees including the Mayor's Task Force.

1970-1971        CAPTAIN, THIRD POLICE DISTRICT

Supervised 80 police officers, sergeants, and lieutenants performing general police duties in a geographical area of the District.

1968-1970        LIEUTENANT, SIXTH POLICE DISTRICT

Supervised some 20 police officers, sergeants performing general police duties. Acted for a time as the Administrative Aide to the District Commander, responsible for personnel scheduling, and other administrative functions.

1964-1968        SERGEANT, FOURTEENTH PRECINCT

1955-1964        OFFICER, NINTH POLICE PRECINCT

## PROFESSIONAL PROJECTS, ACCOMPLISHMENTS AND PUBLICATIONS:

## LABOR RELATIONS:

Assistant to a labor arbitrator, developing factual background for arbitration awards and conducting research and training. 1983-1996

Guest Lecturer on the subjects of Human Resource Management, Labor Relations, Contract Administration, Compensation Management, Modern Cities at the University of Baltimore, and Marymount College of Virginia. 1986-1996

Member of Tri-partite Interest Arbitration Panel that resolved the impasse between the District of Columbia and the Fraternal Order of Police. 1985

4

Prepared recommendations for changes in the collective bargaining contract between the Georgia Power Company and its plant guards. 1984

Served as a consultant to the Chesapeake Sprinkler Company, Glen Burnie, Maryland, on their hiring practices and preparation of a employee handbook. 1989

## POLICE PROCEDURES :

Retained as a Consultant by NBC4 Television Station, Washington, D.C. regarding the IMF/World Bank demonstrations. 2000

Retained as a Consultant/Expert Witness by American Civil Liberties Union of Washington State regarding the World Trade Organization disorders. 2000

Retained as a Consultant/Expert Witness by the City of New York in the civil litigation involving the disorders in the Crown Heights area. 1997-1998

Retained as a Consultant/Expert Witness by American Civil Liberties Union of Chicago regarding the Democratic National Convention policies. 1996

Federal Office of Personnel Management. Served as rating and ranking evaluator for applicants for the position of police captain, and lieutenant, U.S. Zoological Police. 1994 - 1995.

Retained by the Washington Post Newspaper to conduct the crowd estimate for the Gay Rights March on Washington. 1993

Retained as a Consultant/Expert Witness for City of New York regarding litigation of " The Olympic Parade" cases. 1989-1990.

Appointed to the Selection Committee to determine the Captain, Commanding the U.S. Zoological Police Force. 1990

Retained as a consultant to the Virginia Beach, Virginia Police Department on issues of crowd control. 1988-1990

Served as member of rating and ranking panel for positions of Sergeant, Lieutenant and Captain, Anne Arundel Police Department, Maryland (1988 -1989)

Served as Consultant on a committee composed of the Philadelphia Police Department, Sheriff's Department, and the Eagles Football Team of the NFL, to develop guidelines for handling of demonstrations and events at Veteran Stadium. 1988-1989

5

Served as member of management team evaluating security at O'Hare airport, Chicago, Illinois. 1987-1988

Served as member of commission that investigated police and fire response to a fatal house fire, Montgomery County, Maryland. 1984-1985

Served as an Instructor for the Federal Emergency Management Agency, at their Senior Executive Management Seminar. 1983

Served as a consultant to the Bridgeport, Connecticut Police Department. Conducted a training seminar on establishment and administration of an Internal Affairs Unit. 1983

Member of the special committee investigating the police response to the Air Florida airplane crash and the Metro subway crash. 1981

Served as Instructor at the Northern Virginia Police Training Academy. Instructed on Crowd Control and Demonstrations. 1981

Served as a consultant to the Arizona Law Enforcement Commission. Provided training to three police agencies on demonstration handling and crowd control issues. 1980

Served as a Instructor for the International Association of Chiefs of Police, Gaithersburg, Maryland. Conducted training at numerous sessions conducted in some 45 states, classes comprised of police officers from Federal, State and Local police departments. 1975-1987

Served as a panelist for the U.S. Commission on Human Rights, Washington D.C. 1980

## PUBLICATIONS :

"The Importance of Ground Rules in Negotiations." (IACP, 1975)

"Management Rights, Chiefs of Police and Collective Bargaining." (IACP, 1976)

"Police Management and the Police Officers' Bill of Rights." (IACP, 1977)

"Current Status of Collective Bargaining in the United States." (IACP, 1977)

"Planning for Demonstrations." (IACP, 1984)

"Handling Demonstrations." (IACP, 1984)

Article " How Can the Cops Stop Seattle From Happening Here?", Outlook Section, Washington Post Newspaper. April 9, 2000

## ORGANIZATIONAL MEMBERSHIPS:

International Association of Chiefs of Police (Life Member)

National Criminal Justice Association

Police Association of the District of Columbia

Fraternal Order of Police

Retired Police Officers of the District of Columbia

## SINGNIFICANT AWARDS:

Commendation by the President of the United States (2)

Commendation by the Chief of Police, Washington, D.C. (3)

Peace Officer of the Year, National Association of Federal Investigators

Director's Honor Award, United States Secret Service

Award from the U.S. Secretary of State

Award from the Office of Security, U.S. Department of State

Certificate of Appreciation, Catholic Church, regarding 1979 Papal Visit to Washington, D.C.

Certificate of Appreciation, United States Park Police

Certificate of Appreciation, Uniform Division, United States Secret Service

## Cases Deposed and/or Testified in Court

### 1995

James E. Deck v. D.C. et al, CA 94-4794, Superior Court for the District of Columbia, Plntf. Att. Jonathan Lowy, Corp. Cnsl. James DeVita. Testified.

Damien Campbell v. D.C. et al, CA 7170-94, Superior Court for the District of Columbia, Plntf. Att. John Carpenter, Corp. Cnsl. Kenneth A. Vance. Testified.

Jewel Clark v. D.C. et al, CA 94-9663, Superior Court for the District of Columbia, Plntf. Att. Judy Feinberg, Corp. Cnsl. Rena Schild. Deposed.

Robert Kinberg et al v. D.C. et al, 1:94CV02516, U.S. District Court for the District of Columbia, Plntf. Att. Terrell Roberts III, Corp. Cnsl. Benjamin Blustein. Deposed and testified.

Gregory S. Hines v. Mark Kornegay et al, CA PJM 94-2200, U.S. District Court for the Southern District of Maryland. Plntf. Att. Robert Hillman. Deposed.

Tyrone Fredrick v. D.C. et al, CA 94-3790, Superior Court for the District of Columbia, Plntf. Att. Jonathan Halprin, Asst. U.S. Att. Richard Reback. Deposed.

Charles Green v. U.S. A. 94-0266, U.S. District Court for the District of Columbia, Plntf. Att. Richard F. Silber, Corp. Cnsl. Kenneth A. Vance. Testified.

Eileen DeGraff v. D.C. et al, 94CVO1949, U.S. District Court for the District of Columbia, Plntf Att. Charles Wilson, Att. Eric Lipsett for Defs. Deposed.

### 1996

Marvin Jacksons v. City of New York et al, CV 93-0174, U.S. District Court, Brooklyn, N.Y. Plntf. Att. K.C. Okoli. Testified.

Hardy v. D.C. et al, CA 93-1357, Superior Court for the District of Columbia, Plntf. Att. Samuel Shapiro, Corp. Cnsl. Kenneth Vance. Testified.

Goodman v. Cheeks et al, DKC 94-4311, U.S. District Court for the District of Maryland. Plntf. Att. Christopher Hoge. Deposed.

James E. Gamble III v. Juan Martinez et al, CA 93-08817, Superior Court for the District of Columbia. Plntf. Att. Sidney Schupak. Testified.

Shaneika Hobbs v. Town of Hurlock (Md.) et al.,CA H94-2610, U.S,. District Court for Maryland. Plntf. Att. Steven Andalman. Deposed( testified 1997).

Major Anderson v. P.G. County Md., et al, CA HAR 93-365, U.S. District Court for Maryland, Plnat. Att. Douglas Datt, County Att. Jay Creech. Testified.

Quentin Young, M.D. et al. v. City of Chicago et al 96 C 4554, U.S. District Court for the Northern District of Illinois. Plntf. Att. Jane Wicher, Corp., Cnsl. Michael Forti. Deposed and Testified.

Estate of Sarah Hones v. D.C. , CA 95-8728, Superior Court for the District of Columbia, Plntf. Att. Amram Feldman, Corp. Cnsl Kaplan. Deposed.

Reynard Knight v. Rye et al, CV 93-1340 (Chas. County, Md.) Maryland Circuit Court, Plntf. Att. Christpher Hoge, Def. Att. Samual Riley. Deposed.

Bloomfield v. Glock et al, Superior Court for the District of Columbia. Plntf Att. Bynum, Corp. Cnsl. David Cleveland. Deposed.

Charles Carter et al v. Maryland State Police et al. Circuit Court for Baltimore County, Plntf Att. Duchelle, Asst. Att. Gen Donald E. Hoffman. Deposed.

## 1997

Holland et al v. O'Bryant et al, USDC CA 96-997(SS). U.S. District Court for the District of Columbia. Plntf. Att. Marvin Szympokwicz. Testified.

Phelan v. City of Mount Ranier (Md.) Et al, U.S. District Court for the District of Columbia. Plntf. Att. Mark Johnson. Deposed.

Anderson v. Prince Georges County (Md.), U.S. District Court for Maryland. Plntf. Att. Douglas Datt, Cnty Att. Creech. Deposed

Hobbs. V. City of Hurlock (Md.) Testified. (See 1996 listing).

Stephanie Lewis et al v. Catholic Archdiocese of Wash. D.C. et al, Plntf Att. Djordjevich, Def. Att. Brino. Deposed & Testified..

DeGraff v. D.C. et al (part 2) 94CVO1949, U.S. District Court for D.C., Plntf Att. Charles Wilson, Corp. Counsel Kimberly Matthews. Deposed (see 1995 listing)

## 1998

Sabir et al. V. D.C. et al., CA 95-00125, Superior Court for the District of Columbia, Plntf Att.

George Garrow, Def. Att. Corp Counsel DeVita. Testified.

Terry Williams v. D.C. et al. CA 96-00200, U.S. District Court for the District of Columbia, Plntf. Att. Charles Parsons, Corp. Counsel Steven Anderson. Deposed.

Gary Lamb et al v. City of Decatur (Illinois) et al, Plntf. Att. Jan Susler, Def. Att. Patrick J. Londrigan. Deposed.

Gillyard v. City of Philadelphia, et al, Plntf. Att. Shanin Specter, Def. Att. Mr. Jeffrey Scott, Law Dept. City of Phila. Deposed.

Walter Price v. D.C. et al, Sup. Ct. for D.C., Plntf. Att. Angela Ciccolo, Def. Att. Rena Schild, Corp. Counsel, D.C, Deposed.

Thomas v. D.C. et al, Sup. Ct. for D.C., Plntf. Att. William H. Dawe, Def. Att. Wayne C. Beyer, Corp. Counsel, Deposed.

Parker v. United States, U.S. Dist. Ct. for D.C., Plntf. Att. Steven Kiersh, U.S. Att. Merredith Manning, Deposed.

Young v. D.C. et al, U.S. District Ct. For D.C., Plntf. Att. Desmond Hogan, CC, W. Beyer, Deposed.

## 1999

Quarles v. City of Baltimore, et al. Circuit Ct., Baltimore, Plntf Att. Rabineau, Def. Att. M.Marshall, Deposed

Harrison et al v. D.C. et al., Sup. Ct For D.C., Plntf Att. Shapiro, Def. Att. CC W. Beyer, Testified

Walter Price v. D.C. et al, Sup. Ct. For D.C., Plntf. A.Ciccollo, Corp Cnsl San Felice, Testified (see 98 depo).

Roberts v. Payne, et al., Sup. Ct. For D.C., Plntf C.Griffiths, Def. R. Schrager, Deposed

Clarke et al v. U.S. et al, U.S. District Court for D.C., Plntf W. Mansulla, Def. A/USA Humphreys. Deposed

Steele v. Tiger Mkt, et al., Plntf. J. Harvill, Def. Rocco Nuncio. Deposed

Diggs v. Quick, et al., Circuit Court, Prince Georges County, Plntf.Att. Shapiro, Def. Laura Gywn. Testified.

## 2000

Kenneth Knight v. Eric Walker, et al., U.S. District Court for the District of Maryland, Plntf. Att. Dwight Sullivan, Def. Att. Daniel Karp.   Deposed.

Corrine Young v. District of Columbia et al, Superior Court for the District of Columbia, Plntf. Att. Desmond Hogan, Def. Att. Wayne Beyers.  Testified.