# Charles J. Key, Sr.
## CONSULTANT

P.O. Box 80  
Brownsburg, Virginia 24415

OFFICE   (540) 348-1063  
FAX       (540) 348-2033

www.onlinepoliceexperts.com

July 15, 2002

Steven B. Vinick, Esq.  
Joseph, Greenwald & Laake, P.A.  
6404 Ivy Lane, Suite 400  
Greenbelt, Maryland 20770

    Re:    Memorandum of Agreement  
           <u>Simms v. Prince Georges County, et al.</u>

Dear Mr. Vinick:

    Per our discussion, I will be pleased to serve as a consultant and/or expert witness in the above case subject to the following terms and conditions:

**1**    <u>**Services to Be Performed**</u>

    1.1    Charles J. Key will perform the necessary tasks related to reviewing the referenced case, write an affidavit or report setting forth his conclusions if required, and appear in court to offer expert consultation/testimony as necessary.

**2**    <u>**Compensation and Billing**</u>

    2.1    $200.00/hr. for Consultation

        2.1.1    Partial hours will be billed in fifteen minute increments. Consultation includes all activities related to the case other than time spent in court and/or time spent writing an affidavit.

               2.1.1.1 There is no charge for initial consultation.  
               2.1.1.2 There is no charge for phone conversations under five minutes.  
               2.1.1.3 Phone conversations over five minutes will be charged at my consultation rate.

    2.2    $250.00/hr. for Court or Submitting an Affidavit/Expert Report

        2.2.1    The minimum that will be charged for completing an affidavit/expert report is $1000.00 and for any time spent in court is $1000.00/day. Partial hours over the four hour minimum will be billed in fifteen minute increments. The bill for the completion of the affidavit is payable, whether or not the affidavit is submitted by counsel.

**Memorandum of Agreement**
<u>Simms v. Prince Georges County, et al.</u>
Page - 2

    2.3    $300.00/day Per Diem for Overnight Stays

        2.3.1  Suitable lodging and meal arrangements can be made in lieu of per diem if agreed upon by both parties prior to any overnight stays. Per diem is paid in addition to the activity charge (consultation or court) and is subject to prior approval by the client.

    2.4    Travel Expenses

        2.4.1  Travel will be accomplished by personal vehicle.

            2.4.1.1 Travel time will be billed from my home in Brownsburg, Virginia to Prince Georges County, Md. at the rate of $125.00 per hour.
            2.4.1.2 Round trip from Brownsburg to Prince Georges County, Md. is approximately seven (7) hours and will be billed as seven (7) hours for a total of $875.00 for one round trip from Brownsburg to Prince Georges County, Md..
            2.4.1.3 Travel time in Prince Georges County, Md. on matters related to the case will be billed at my consultation rate of $200.00 per hour.
            2.4.1.4 Travel time and time spent in Prince Georges County, Md. unrelated to the case are not compensable.

    2.5    Expenses Other than Per Diem

        2.5.1  Any expenses related to the case (tests, materials, etc.) will be the responsibility of the client and subject to prior approval by the client's counsel.

    2.6    Payment

        2.6.1  Invoices will be submitted on a monthly basis and/or at the end of any court proceeding. Expense documentation will be submitted as incurred. Payment is required within thirty days of the date of the invoice or expense documentation.

3    <u>**Deposition/Interview by Opposing Counsel**</u>

    3.1    Arrangements for depositions/interviews for opposing counsel will be accomplished by the counsel whose client retains my services. Opposing counsel must agree in writing to the terms outlined in a Memorandum of Agreement prior to scheduling a date for deposition/interview. I will provide the Memorandum of Agreement for forwarding to deposing counsel. All fees required for deposition/interview and expenses related to deposition/interview will be paid by opposing counsel in advance of the deposition/interview date.

4    <u>**Scheduling**</u>

**Memorandum of Agreement**
<u>Simms v. Prince Georges County, et al.</u>
Page - 3

    4.1    All scheduled dates and times pertinent to my participation in the case must be provided to me as soon as possible after they become known to the counsel who retains my services. Such scheduled dates and times include, but are not limited to: Deadlines for Affidavits/Reports; Depositions; Trial.

    4.2    Failure to notify me regarding dates and times pertinent to my participation in the case can result in my not participating in the scheduled activity.

**5**    <u>**Changes to This Agreement**</u>

    5.1    Changes can be made verbally but must be followed within ten days of such change with a written agreement which must be signed by both parties.

Thank you for considering me to assist you in this case. If the terms of this agreement are acceptable to you and your client, please sign below on the line provided and return the signed copy to me at the above address. Also, please forward a check for the first ten hours of consultation ($2000.00) as a non-refundable retainer, when I am named as your expert and/or when you send me materials for review.

                          Best Regards,


                          Charles J. Key

**<u>AGREEMENT AND ACCEPTANCE</u>**

I understand and agree to the terms and conditions set forth in this Memorandum of Agreement.

Seen and Agreed: _____


Date:_____

17.

I am being compensated at the rate of $200.00/hour for consultation and review, and $250.00/hour for appearing in court and/or submitting an expert report/affidavit.

I declare under the penalty of perjury that the foregoing is true and correct.

_1/29/03_  
DATE

_____  
CHARLES J. KEY