**ALLEN, KARPINSKI, BRYANT & KARP, P. A.**
ATTORNEYS AT LAW
SUITE 1540, 100 EAST PRATT STREET
BALTIMORE, MARYLAND 21202-1089

DANIEL KARP*
YVETTE M. BRYANT*
KEVIN KARPINSKI*
J. CHRISTOPHER BOUCHER ᐃ
VICTORIA M. SHEARER
MATTHEW D. PETER

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL akbklaw@aol.com

OF COUNSEL
DONALD C. ALLEN

* ADMITTED IN MD AND D. C.
ᐃ ADMITTED IN MD, D. C. AND IL

July 21, 2003

The Honorable Catherine C. Blake
Chief Judge
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE:   322-120
              Case No: CCB-02-CV-385
              *Anthony Gray v. Calvert County, et al.*

Dear Judge Blake:

      I represent two (2) of the Defendants, Lawrence Stinnett and Calvert County, in the above-referenced matter. As Your Honor may recall, the parties are currently engaged in a discovery dispute as to what constitutes a reasonable fee to be paid to Plaintiff's experts. The issue was first raised by me on June 9, 2003. The Court gave Plaintiff's counsel until June 16, 2003 to respond to what constitutes a reasonable fee to be paid to Plaintiff's experts. The Court thereafter granted defense counsel the opportunity to supply information regarding what defense counsel has paid in the past to depose police liability experts. That information was provided on June 30, 2003.

      The Court gave defense counsel until August 18, 2003 to depose Plaintiff's experts. The parties therefore have scheduled the depositions of Plaintiff's two (2) liability experts. Mr. Signorelli is scheduled to be deposed this Friday, July 25, 2003 in New York. Mr. Kirkham is scheduled to be deposed on Thursday, August 7, 2003 in Florida. If at all possible, it would be helpful to the parties (and I suspect the experts who will want to be paid and know what they are going to be paid) if we could have the Court's decision prior to the first deposition this Friday. I apologize for failing to notify the Court of the dates of depositions. If the Court does not believe it will be able to address this issue, I would appreciate it if Your Honor would so advise counsel so that we can either agree to (1) be bound by whatever the Court's determination is for a reasonable or (2) reschedule Mr.

ALLEN, KARPINSKI, BRYANT & KARP, P.A.
ATTORNEYS AT LAW

The Honorable Catherine C. Blake
July 21, 2003
Page 2

Signorelli's deposition if he is unwilling to proceed without knowing his level of compensation for the deposition.

Thank you for Your Honor's time and consideration.

        Respectfully submitted,

        ALLEN, KARPINSKI, BRYANT
        & KARP

        /s/

        By: Kevin Karpinski

KK:bjap

cc:    Alan Hilliard Legum, Esquire
        Joel L. Katz, Esquire
        Donald E. Hoffman, Esquire

