UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

July 23, 2003

Kevin Karpinski, Esquire
Allen, Karpinski, Bryant & Karp, P.A.
Suite 1540, 100 East Pratt Street
Baltimore, MD 21202-1089

    Re:    Anthony Gray v. Calvert County, et al., Civil No. CCB-02-385

Dear Mr. Karpinski:

    I regret the delay in responding to you. I have reviewed your various submissions regarding a reasonable fee to be paid by the defendants for the cost of deposing the plaintiff's experts. Considering the fees charged by other experts in the field of law enforcement; and having become aware of the $250 per hour fee charged by Mr. Key in another case before me; and considering the experience and qualifications of Dr. Kirkham and Mr. Signorelli; and applying the multi-factor test suggested by the plaintiff, it is clear to me that $250.00 per hour is the outside limit of a reasonable hourly fee for these experts.[1] See also Frederick v. Columbia University, 212 F.R.D. 176 (S.D.N.Y. 2003); Collins v. Village of Woodridge, 197 F.R.D. 354 (N.D. Ill. 1999).

    The plaintiff may pay a higher amount if he chooses, but he cannot require the defendants to pay more for the deposition time. Further, under Local Rule 104.11(a), the plaintiff is responsible for paying the expert's fee for preparation time. I understand travel time is not an issue.

---

[1] The $200.00 per hour fee for treating physicians set in Local Rule 104.11(b) is relevant but has not been recently amended and in any event serves different purposes from the rules applied to retained experts.

  Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                     Sincerely yours,

                        /s/

                     Catherine C. Blake
                     United States District Judge

cc: Joel L. Katz, Esquire
   Alan H. Legum, Esquire
   Kathleen Duckett McCann, Esquire
   Donald E. Hoffman, Esquire