IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GRAY** | * | |
| Plaintiff | * | Civil No. CCB-02-CV-385 |
| v. | * | |
| **STATE OF MARYLAND, et al.** | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff, ANTHONY GRAY, by his attorneys, Alan Hilliard Legum, Kathleen Duckett McCann, Alan Hilliard Legum, P.A., Joel L. Katz and Joel L. Katz, L.L.C., hereby requests additional time to depose Defendants' expert Lloyd Reece Trimmer for the reasons set forth below.

1. That Plaintiff's deadline to depose Defendants' experts is September 7, 2003.

2. That as of today, September 5, 2003, the parties' attorneys have not been able to agree on a mutually convenient date to take Defendants' expert, Lloyd Reece Trimmer's, deposition, due to calendar conflicts of the attorneys and this witness. Lloyd Reece Trimmer is in North Carolina. No mutually convenient dates are available until November.

3. That it is anticipated that Mr. Trimmer's deposition will take place on or before November 28, 2003.

4. That the only dates affected by an extension to depose Defendants' expert would be the deadline for Rule 26(e)(2) supplementation and request for admissions, which are due September 13 and, the dispositive motions deadline which is presently September 28, 2003.

     5.     That Plaintiffs would request that the remaining deadlines be extended as follows: Plaintiff's deadline to depose defendants' experts: November 28, 2003; Rule 26(e)(2) supplementation and request for admissions deadline: December 12, 2003; and Dispositive motions deadline: December 28, 2003.

     6.     That the Defendants consent to this Motion.

WHEREFORE, Plaintiff requests that this Honorable Court GRANT his Consent Motion for Extension of Time.

/S/
Alan H. Legum
ALAN HILLIARD LEGUM, P.A.
275 West St., Ste. 305
Annapolis, Maryland   21401
410-263-3001

Joel L. Katz
JOEL L. KATZ, L.L.C.
2060 West Street
Annapolis, Maryland 21401
410-841-5333

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___4th___ day of September, 2003 in the above mentioned matter, I caused to be served, by and through E-Filing with the United States District Court, Plaintiff's Consent Motion for Extension of Time to Joel Katz, Esquire, Donald Hoffman, Esquire and Kevin Karpinski, Esquire.

/S/
Alan H. Legum

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ANTHONY GRAY** *

   Plaintiff * Civil No. CCB-02-CV-385

v. *

**STATE OF MARYLAND, et al.** *

    *

   Defendants.

\* \* \* \* \* \* \* \* \* \* \*

ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension of Time, and Defendants' consent thereto, if any, it is, on this ___ day of September, 2003, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Plaintiff's Motion is GRANTED; and it is further

ORDERED, that the Plaintiff shall have until November 28, 2003 to depose Defendants' experts; and

ORDERED, that any Rule 26(e)(2) supplementations and request for admissions be filed by December 12, 2003; and

ORDERED, that all dispositive motions be filed no later thanDecember 28, 2003.

 

CATHERINE C. BLAKE
U.S. District Judge