IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ANTHONY GRAY**

    Plaintiff                          Civil No. CCB-02-CV-385

v.

**STATE OF MARYLAND, et al.**        *

    Defendants.

\*   \*   \*   \*       \*   \*   \*     \*    \*

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension of Time, and Defendants' consent thereto, it is, on this ___ day of September, 2003, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Plaintiff's Motion is GRANTED; and it is further

ORDERED, that the Plaintiff shall have until November 28, 2003 to depose Defendants' experts; and

ORDERED, that any Rule 26(e)(2) supplementations and request for admissions be filed by December 12, 2003; and

ORDERED, that all dispositive motions be filed no later than December 28, 2003

_____
CATHERINE C. BLAKE
U.S. District Judge