IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ANTHONY GRAY**          *

    Plaintiff          *

v.          *     Civil No.: CCB-02-CV-385

**STATE OF MARYLAND, et al.**          *

    Defendants          *

\*   \*   \*   \*   \*

## NOTICE OF FILING REQUESTS FOR ADMISSIONS

I hereby certify that Plaintiff's Request for Admissions were filed upon Defendants, by telecopier and by first-class mail on this 12th day of December, 2003.

  December 12, 2003                              *Alan Hilliard Legum*
Date

                                            Alan Hilliard Legum          0460
                                            Printed Name          Bar No.

                                            275 West Street, Suite 305
                                            Address

                                            Annapolis, Maryland 21401
                                            City/State/Zip

                                            (410 263-3001          (410) 267-8564
                                            Phone No.          Fax No.