IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY, | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: CCB-02-CV-385 |
| STATE OF MARYLAND, et al., | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANTS STATE OF MARYLAND, BRIAN NEWCOMER AND RICHARD SHELDON S MOTION FOR SUMMARY JUDGMENT

_____State of Maryland, Brian Newcomer, and Richard Sheldon, Defendants, by their attorneys J. Joseph Curran, Jr., Attorney General, and Donald E. Hoffman, Assistant Attorney General, pursuant to Fed. R. Civ. P. 56(b) hereby file their Motion for Summary Judgment and state there is no genuine issue as to any material fact and they are entitled to judgment as a matter of law and for those reasons more fully set forth in the Memorandum of Law accompanying their Motion.

 

Respectfully submitted,

J. Joseph Curran, Jr.
Attorney General

/s/ Donald E. Hoffman
Assistant Attorney General
Maryland State Police
1201 Reisterstown Road
Pikesville, Maryland 21208
410-653-4227
Federal Bar No. 23529

Attorney for Defendants
Brian Newcomer, Richard Sheldon
and State of Maryland

CERTIFICATE OF SERVICE

     I hereby certify on this _____ day of December, 2003, I caused to be served, by and through E-filing with the United States District Court for the District of Maryland, Defendants Newcomer, Sheldon, and State of Maryland s Motion for Summary Judgment and Memorandum of Law in Support Thereof to Alan Hilliard Legum, Esquire, Joel L. Katz, Esquire, and to Kevin Karpinski, Esquire.

/s/ Donald E. Hoffman
Assistant Attorney General
Maryland State Police