IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

Civil Action No. CCB-02-CV-385
_____

ANTHONY GRAY,

        Plaintiff

v.

STATE OF MARYLAND, et al.,

        Defendants

_____

MEMORANDUM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

_____

    J. JOSEPH CURRAN, JR.
    Attorney General of Maryland

    DONALD E. HOFFMAN
    Assistant Attorney General
    Maryland State Police
    1201 Reisterstown Road
    Pikesville, Maryland 21208
    410-653-4227

    Attorney for Defendants,
    Brian Newcomer,
    Richard Sheldon, and
    State of Maryland

Case 1:02-cv-00385-CCB   Document 53-3   Filed 12/23/2003   Page 2 of 2