TABLE OF CONTENTS

|  | Page |
|---|---|
| STATEMENT OF THE CASE | 1 |
| STATEMENT OF FACTS | 3 |
| STANDARD OF REVIEW | 5 |
| ARGUMENT | 7 |
| I. PLAINTIFF S CLAIM AGAINST DEFENDANTS STATE OF MARYLAND, NEWCOMER AND SHELDON IN THEIR OFFICIAL CAPACITIES, ARE BARRED BY THE ELEVENTH AMENDMENT | 7 |
|     A. State of Maryland | 7 |
|     B. All Claims Against Defendant Newcomer And Sheldon Are Barred By The Eleventh Amendment | 10 |
| II. 42 U.S.C. § 1981 CANNOT BE USED TO STATE A CLAIM FOR ALLEGED GOVERNMENTAL MISCONDUCT BASED ON RACE | 11 |
| III. COUNT EIGHT OF THE COMPLAINT FOR VIOLATION OF 42 U.S.C. § 1981 IS TIME BARRED | 13 |
| IV. PLAINTIFF S FAILURE TO ESTABLISH ALL ELEMENTS OF HIS CLAIM FOR MALICIOUS PROSECUTION REQUIRES JUDGMENT FOR DEFENDANTS SHELDON AND NEWCOMER | 15 |
|     A. Defendant Richard Sheldon | 15 |
|     B. Defendant Brian Newcomer | 16 |

| | | |
|---|---|---|
| V. | PLAINTIFF S FAILURE TO ESTABLISH THE REQUISITE ELEMENTS OF HIS CLAIM FOR VIOLATION OF 42 U.S.C. § 1983 (MALICIOUS PROSECUTION) AND MD. DECLARATION OF RIGHTS, ARTICLE 24 REQUIRES JUDGMENT FOR DEFENDANTS NEWCOMER AND SHELDON | 21 |
| | A.   42 U.S.C. § 1983 (Malicious Prosecution) | 21 |
| | B.   Md. Declaration Of Rights, Article 24 | 24 |
| VI | DEFENDANTS NEWCOMER AND SHELDON ARE ENTITLED TO QUALIFIED IMMUNITY FOR COUNTS SEVEN AND EIGHT | 26 |
| CONCLUSION | | 29 |

Exhibit No. | | Tab
---|---|---
A | Anthony Gray s Deposition Excerpt | A
A-1 | Anthony Gray s  First Statement | A-1
A-2 | Anthony Gray s Statement of August 6, 1991 | A-2
B | Sergeant Brian Newcomer s Deposition Excerpt | B
B-1 | Application for Statement of Charges | B-1
C | Lawrence Stinnett Deposition Excerpt | C
D | Richard Sheldon s Ans. to Interrogatory, Nos. 8, 15 | D
E | Sergeant Brian Newcomer s Affidavit | E
F | Docket Entries in State v. Anthony Gray, Dated 8/12/91 and 10/7/91 | F