IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY, | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: CCB-02-CV-385 |
| STATE OF MARYLAND, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits A and A-2" which are attachments to Defendants State of Maryland, Newcomer, and Sheldon's Memorandum of Law in Support of Their Motion for Summary Judgment exist only in paper format and if scanned will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

                                                    /s/
                                           Donald E. Hoffman
                                           Assistant Attorney General
                                           Maryland State Police
                                           1201 Reisterstown Road
                                           Pikesville, Maryland 21208
                                           410-653-4227 (office)
                                           410-653-4270 (fax)
                                           Federal Bar No. 23529

                                           Attorney for Defendants, State of Maryland,
                                           Brian Newcomer and Richard Sheldon