IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY, | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: CCB-02-CV-385 |
| STATE OF MARYLAND, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants Motion for Summary Judgment, and any response having been filed thereto, for good cause having been shown, it is this _____ day of _____, 20\_\_\_\_;

ORDERED that summary judgment for Defendants State of Maryland, Newcomer and Sheldon be, and it is, hereby granted.

_____
JUDGE