Exhibit "A 1"

This is the statement of Anthony Gray. Today's date is June 21, 1991. The time is 0404 AM. I'm TFC Brian Newcomer. Also, present in the room is Sheriff Lawrence Stinnett.

Newcomer: Anthony, you've already been advised of your rights, and you indicated that you understood and that you were willing to make a statement?

Gray: Yeah.

Newcomer: I want you to tell us what happened on Monday, May 13, with regards to the Pellicano murder case? Just tell us what you saw that day and what happened?

Gray: Well I was walking down Dalrymple Road heading to Christiana Parran Road. And I saw Paul Holland and Leonard Long coming down the opposite way...coming the opposite way. And then I stopped by the stop sign and they came over there where I was at. And we started talking. And they told me to watch out for them. So when they said, "watch out", I didn't really know what they were talking about. So they started walking back in the dirt road.

Newcomer: What did they say they were going to do when they wanted you to watch out for them?

Gray: They said they was going to get some money or something. And they started walking back to the dirt road.

Newcomer: Where's the dirt road located?

Gray: Down by the house that they started to build and they ain't never finished.

Newcomer: Okay, you're talking about the house where there's like a concrete block foundation?

Gray: Yeah, right, right there.

Newcomer: Could you see where they actually went?

Gray: Well they was going down there. Then they cut across.

Newcomer: And where did they go when they cut across?

Gray: I guess they was going over to the white house.

Stinnett: But you could see them go to the back of her house, right, in that direction?

Gray: Yeah. From that direction, then when they went in the back,

saw her car coming. So I left.

Newcomer: How long after they walked around the back of the house was it before her car pulled up?

Gray: Probably about fifteen minutes or twenty minutes at the most.

Newcomer: What did the car look like?

Gray: It was blue.

Newcomer: When you saw the car pull up, what did you do?

Gray: I went down Christiana Parran Road.

Newcomer: To where?

Gray: To Noonie Jones' house.

Newcomer: And, how long did you stay there?

Gray: I stayed there until about four or five o'clock that evening.

Stinnett: When you stayed there at the intersection, what was your job suppose to be?

Gray: I was just suppose to, they told me to watch out.

Stinnett: Did they tell you to yell or anything or let them know if anybody came?

Gray: They just said to watch out.

Stinnett: What did you think they were going to do?

Gray: When I seen them going around, going over towards to that house, I figured they was going to break into that house. And I didn't want to have no part to do with it.

Stinnett: Well, they talked about that before they went across the road right...cause they were talking about getting some money for crack, right?

Gray: Right.

Stinnett: So, you knew when they went across the road they were going to break into the house?

Gray: Uh hum.

-2-

Stinnett: You just didn't know what was going to happen later, right?

Gray: Right.

Stinnett: Okay, go ahead.

Gray: And then I left. I left and went down Noonie's

Stinnett: Okay, did you see them men anymore that day?

Gray: No.

Stinnett: You said, who did you say those two individuals were?

Gray: Paul Holland and Leonard Long.

Stinnett: Did you know the people that lived at the house?

Gray: I just know the son by riding the school bus with him.

Stinnett: And his name is?

Gray: I think his name is Mike.

Stinnett: Do you know his last name?

Gray: No, I don't know his last name.

Stinnett: Lives right across from Christiana Parran Road?

Gray: Right.

Stinnett: Okay, you didn't see them anymore...when was the next time you saw them?

Gray: I saw Paul one night he came up to my house

Stinnett: When did you hear what had happened at that house?

Gray: When did I hear it? The next day.

Stinnett: What did you hear happened?

Gray: I heard that a lady had got killed

Stinnett: Is that all?

Gray: That's all I heard, she had got killed

-3-

Newcomer: When you heard that, what did you think happened?

Gray: I suspected them walked over.

Newcomer: Who's them?

Gray: Paul Holland and Leonard Long.

Stinnett: When you were standing out there watching as a lookout, did anybody see you standing out there?

Gray: James Holland.

Stinnett: James Holland? Did he come by?

Gray: Yeah, he came by and blowed at me.

Stinnett: He didn't stop?

Gray: No, he didn't stop.

Stinnett: But he saw you out there?

Gray: Yeah.

Stinnett: Did he ever ask you later about you standing out there?

Gray: No.

Stinnett: He never mentioned it to you?

Gray: Uh um.

Stinnett: When you saw Paul Holland again, you say he came up to your house?

Gray: Uh hum

Stinnett: How many days was this after this happened?

Gray: That was about two or three weeks after it happened.

Stinnett: You didn't see him anymore up till then?

Gray: I didn't see him no more till then.

Stinnett: Did you see him on Bayside anywhere?

Gray: No, I ain't even seen him walking

Stinnett:  Was that unusual?

Gray:  Yeah, that was unusual.

Stinnett:  Cause, you used to see him a lot?

Gray:  Yeah.  If you go around down there, you will see him down at the store or somewhere.

Stinnett:  But, he stayed away for how long?

Gray:  It had to be about two or three weeks

Stinnett:  And what happened that night that he came up there?

Gray:  He came up there, he had been drinking.  He had been drinking.  So when he came up there, I left.  I left and went somewhere and I came back.  And my sister said, you know what Paul told me; everybody going around saying I killed that woman, I did kill that woman.

Stinnett:  What was that again?  So what did Paul tell your sister?

Gray:  He said everybody going around saying he killed that woman, that he did do it.

Stinnett:  So he told your sister that he did it?

Gray:  Yeah, he told that to my sister.

Newcomer:  Did anybody else hear him say that?

Gray:  Not that I know of.

Stinnett:  What sister is that?

Gray:  Novella Gray.

Stinnett:  And what else, what happened then, what did Novella ask you?

Gray:  She asked me if I think Paul did it.

Stinnett:  What did you say?

Gray:  I said, yeah he probably did do it.

Stinnett:  Then did you tell her what happened?

Gray:  I told her that they wanted me to watch out for them.  But I rode out on them.

-5-

Stinnett: But you told her that you saw them going to the house?

Gray: Right.

Stinnett: Did she ask you if you went in the house?

Gray: Yeah

Stinnett: What did you tell her?

Gray: I told her no.

Stinnett: When was the next time you saw Leonard Long?

Gray: It's been a while since I seen Leonard.

Stinnett: Yeah, but when was the next time you saw him after that happened?

Gray: I ain't even seen him no more. I ain't even know he was locked up.

Stinnett: He never did come back anymore to see your sister at all?

Gray: No, cause he can't come up there.

Stinnett: Yeah, but you never saw him on Bayside at all?

Gray: Nope, I haven't seen him on Bayside at

Stinnett: Did you ever hear what they got out of the house  Did you ever ask anybody what they took out of the house?

Gray: No

Stinnett: Didn't you realize when you stayed across the road acting as a lookout, you were doing wrong?

Gray: Yeah.

Stinnett: How do they usually get in houses?

Gray: I guess probably break the window or something

Stinnett: You heard of anymore houses being broke in over there?

Gray: No.

Newcomer: Have you heard about them breaking into any other houses?

-6-

Gray:  No I haven't.

Stinnett:  Now, you're sure you didn't go into the house at all?

Gray:  I'm positive that I didn't even go over there.  I didn't even go on that side of the street.

Stinnett:  Do you have any idea why Leonard Long would say that this looked like your handwriting on these checks?

Gray:  I don't know why he would say that

Stinnett:  Would you help him write a check that belonged to somebody else?

Gray:  No.

Stinnett:  Did he ask you for any help?

Gray:  No.

Stinnett:  Do you know where these checks were found?

Gray:  I heard, they said over at Mt. Hope school somewhere

Stinnett:  Who said that?

Gray:  That's what Greg told me.

Stinnett:  Do you go over to Mt. Hope school at all?

Gray:  Mostly, on a weekend to play basketball

Stinnett:  Who else goes over there?

Gray:  I go over there with my cousins and stuff

Stinnett:  Does Leonard go over there?

Gray:  He be over there every day

Stinnett:  What's he do over there every day?

Gray:  Just sit around and gone crazy.

Stinnett:  So Paul admitted to your sister, Novella, that he killed her right?

Gray:  Yes.

-7-

Stinnett: Who do you think wrote these checks? Have you ever seen either one of their handwriting?

Gray: No, I seen Leonard's handwriting before

Stinnett: Where at?

Gray: In school.

Stinnett: Your sister got any letters that Leonard wrote to her?

Gray: No, I don't think so.

Stinnett: You mean he never wrote your sister any letter?

Gray: If he did, if she do, I don't know

Newcomer: How long has Leonard been seeing her?

Gray: He's been seeing her for a long while.

Stinnett: Surely, he must have wrote her when he was in jail before?

Gray: Every time he go to jail, he just call her. He ain't even called her since he been locked up

Stinnett: Have you heard Paul Holland or anybody saying that Paul Holland or Wardell Holland say anything about this?

Gray:

Stinnett: When you left, which way did you go?

Gray: When I left?

Stinnett: When you left from over there that day, when the woman came home?

Gray: I went down Christiana Parran.

Stinnett: Did you ever hear who drove the car?

Gray: No.

Stinnett: When did you first find out about the car?

Gray: About a couple of days after that.

Stinnett: What did you hear?

Gray: I heard that they said they had parked the car up around Bayside.

Stinnett: Who said that?

Gray: My sister told me that

Stinnett: Do you know of anywhere that they might have tried to cash a check?

Gray: No, not no where around here

Stinnett: Anywhere at all?

Gray: Not around here, I don't know.

Stinnett: They go up town?

Gray: Hum?

Stinnett: Do they go anywhere out of the county?

Gray: They probably would go out the county if they had a ride.

Stinnett: They would take any stuff anywhere to sell it?

Gray: No.

Stinnett: I mean from a breaking and entering or anything?

Gray: No, not that I know of.

Stinnett: Never pawn nothing, no where?

Gray: They stole some fishing rods from somebody and pawned them one time.

Stinnett: How about something recent though?

Gray: Something what?

Stinnett: Something very recent?

Gray: No not that I know of

Stinnett: Now what else do you want to tell us about this?

Gray: That's all I know about that.

Stinnett: Why are you making a statement like this? Why are you

-9-

```
tel        thi   stu       them?
     Cause that         thi
Stinnett   Nobody   made      any    omi        anythi        that
  ght?
  ay:
    nterview        uded       hour
```