# Exhibit "C"

DEPOSITION OF LAWRENCE STINNETT
TAKEN ON APRIL 8, 2003

COPY

Page 1

1           IN THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF MARYLAND
3    ANTHONY GRAY                    *
4         Plaintiff,                 *
5         vs.                        *   Case No. CCB-02-CV-385
6    STATE OF MARYLAND, et al.       *
7         Defendants.                *
8    *   *   *   *   *   *   *   *   *   *   *
9             Pursuant to Notice the deposition of
10   LAWRENCE STINNETT, was taken on Tuesday, April 8,
11   2003, commencing at 1:00 p.m., at the law offices of
12   Joel L. Katz, 2060 West Street, Annapolis, Maryland,
13   21401, before Ann D. Agee, RPR, Notary Public.
14   APPEARANCES:
15             JOEL L. KATZ, ESQUIRE
               2060 West Street
16             Annapolis, Maryland, 21401
               (On behalf of the Plaintiff)
17
               KEVIN KARPINSKI, ESQUIRE
18             ALLEN, KARPINSKI, BRYANT & KARP
               100 E. Pratt Street, Suite 1540
19             Baltimore, Maryland, 21202
               (On behalf of the Defendant,
20             Lawrence Stinnett)
21

DEPOSITION OF LAWRENCE STINNETT
TAKEN ON APRIL 8, 2003

Page 2

1   Appearances (Continued):

2              DONALD E. HOFFMAN, ESQUIRE
               Assistant Attorney General
3              Maryland State Police
               1201 Reisterstown Road
4              Pikesville, Maryland, 21208
               (On behalf of the Defendants,
5              State of Maryland, Brian
               Newcomer, and Richard Sheldon)

6

7                    I N D E X

8   WITNESS                                    PAGE

9   LAWRENCE STINNETT

10  EXAMINATION

11      By Mr. Katz.........................3

12

13  EXHIBITS                                   PAGE

14  Exhibit No. 1.........................46

15

16

17

18

19

20

21

DEPOSITION OF LAWRENCE STINNETT
TAKEN ON APRIL 8, 2003

Page 3

1                    P-R-O-C-E-E-D-I-N-G-S

2   Whereupon,

3              LAWRENCE STINNETT,

4   the Witness herein, having been duly sworn, testified

5   as follows:

6         EXAMINATION BY ATTORNEY FOR THE PLAINTIFF

7              BY MR. KATZ:

8         Q.   Can you please state your name and

9   address for the record.

10        A.   Lawrence Stinnett, 4015 Leitches Wharf

11  Road, Prince Frederick, Maryland.

12        Q.   You live down there by the wharf

13  itself?

14        A.   I live about -- I am the second house

15  on the right past Mallow Point Road.

16        Q.   How far are you from the water?

17        A.   From Thomas?

18        Q.   Yes.

19        A.   Probably about a mile, three-quarters

20  of a mile.

21        Q.   How long have you lived there?

DEPOSITION OF LAWRENCE STINNETT
TAKEN ON APRIL 8, 2003

Page 71

1          MR. KARPINSKI: Objection.

2     A.   It was available.

3          BY MR. KATZ:

4     Q.   And it was information that was used

5  during the course of their trial?

6          MR. KARPINSKI: Objection.

7     A.   Not sure.

8          BY MR. KATZ:

9     Q.   You are not sure?

10    A.   Not sure there was. I don't recall.

11    Q.   You don't recall?

12    A.   No.

13    Q.   The jurors and the court found them

14  individually not guilty?

15         MR. KARPINSKI: Objection.

16    A.   Yes.

17         BY MR. KATZ:

18    Q.   But in your own mind after I showed

19  you all the evidence and everything, in your mind they

20  are still guilty?

21         MR. KARPINSKI: Objection.

DEPOSITION OF LAWRENCE STINNETT
TAKEN ON APRIL 8, 2003

Page 72

1        A.   Mr. Katz, you still think Anthony
2   Fleming is a white male.  He's a black male.
3             BY MR. KATZ:
4        Q.   I know what Anthony Fleming is.  I am
5   not answering questions but I know he is black.
6        A.   That's not what your charging document
7   said.
8             MR. KARPINSKI:  Mr. Stinnett let's
9   just answer the question.
10            THE WITNESS:  Okay.
11            BY MR. KATZ:
12       Q.   You are talking about the suit papers?
13       A.   Yes.
14       Q.   I'll just tell you for the record I
15  didn't prepare them.  They were prepared by other
16  counsel.
17       A.   Okay.
18       Q.   As a matter of fact, you feel so
19  strongly about Anthony Gray that you appeared on Court
20  TV to testify that he's guilty.
21            MR. KARPINSKI:  Objection.