# Exhibit "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: CCB-02-CV-385 |
| STATE OF MARYLAND, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWERS TO INTERROGATORIES

Defendant, Richard L. Sheldon, Maryland State Police, Retired, by and through his attorneys, J. Joseph Curran, Jr., Attorney General, and Donald E. Hoffman, Assistant Attorney General, in Answer to Plaintiff's Interrogatories filed in this action says:

(A)     The information supplied in these Answers is not based solely on the knowledge of the executing party, but may include the knowledge of the party, agents, representatives and attorney, unless privileged.

(B)     The responses to these interrogatories may include information that is not within the executing party's personal knowledge, either at the time of the incident that is the subject of the complaint and/or at the time this response is being filed.

(C)     The word usage and sentence structure may be that of the attorney assisting in the preparation of these Answers and thus, does not necessarily purport to be the precise language of the executing party.

in the Amended Complaint on your behalf and the result of those investigations.

**RESPONSE TO INTERROGATORY NO. 5:** Donald E. Hoffman, Esquire and any results are protected as attorney-work product.

**INTERROGATORY NO. 6:** Identify any and all persons you propose to call as expert witnesses, the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, a summary of the grounds for each opinion, and the identity of any and all reports, correspondence, records, photographs, or other documents or things produced by or used by the expert in connection with each such opinion.

**RESPONSE TO INTERROGATORY NO. 6:** Unknown.

**INTERROGATORY NO. 7:** Please state the names, addresses and telephone numbers of any person, not identified elsewhere in your responses to these interrogatories, who has personal knowledge of any fact, allegation, event, and/or happening that is relevant to the allegations in the Amended Complaint.

**RESPONSE TO INTERROGATORY NO. 7:** Unknown to this defendant

**INTERROGATORY NO. 8:** State with specificity your role in the Pellicano investigation including, but not limited to, collection of evidence in the case, interviews conducted in the case, arrests made in the case, interrogations done of the suspects in the case, and review of evidence in the case.

**RESPONSE TO INTERROGATORY NO. 8:** Maryland State Police Polygraph Examiner who interrogated plaintiff on August 6, 1991.

**INTERROGATORY NO. 9:** State with specificity the dates, source, location, nature, and extent of any and all training you received, or provided (as applicable), prior to the Pellicano case regarding interrogation of criminal suspects and the safeguarding of their civil rights.

**RESPONSE TO INTERROGATORY NO. 9:** I completed and graduated from the Maryland State Police Training Academy in 1969. A Bachelor of Arts in Sociology and Law Enforcement in 1979 from Loyola College; Maryland Institute for Criminal Justice 1982; National Polygraph Workshop at Delta College, Bay City, Michigan in 1986; and Advanced polygraph training from the Federal Bureau of Investigation in 1988.

**INTERROGATORY NO. 10:** Identify each and every occasion you, or someone in your presence, spoke to the Plaintiff during the time he was being detained in connection with the Pellicano case and, for each such occasion, state the date(s), what you and/or the third person stated to the Plaintiff what you and/or the third person did to the Plaintiff, and what the Plaintiff stated to you and/or the third person.

**RESPONSE TO INTERROGATORY NO. 10:** Records indicate that on August 6, 1991 I spoke to plaintiff. I do not recall specifics of the interrogation.

**INTERROGATORY NO. 11:** Identify and describe all evidence (physical, documentary and witness) in the Pellicano case of which you were aware during the time frame Plaintiff was

-4-

being interrogated.

**RESPONSE TO INTERROGATORY NO. 11:** I do not recall.

**INTERROGATORY NO. 12:** Identify and describe all evidence (physical, documentary and witness) in the Pellicano case which had been gathered during the time frame Plaintiff was being interrogated.

**RESPONSE TO INTERROGATORY NO. 12:** I do not recall.

**INTERROGATORY NO. 13:** Identify all persons on the premises in which Plaintiff was being detained during the time frame the Plaintiff was being interrogated.

**RESPONSE TO INTERROGATORY NO. 13:** I do not recall.

**INTERROGATORY NO. 14:** State whether you made statements to the press regarding the Pellicano case, and, if so, state when and to whom each such statement was made and describe the content of all such statements.

**RESPONSE TO INTERROGATORY NO. 14:** No.

**INTERROGATORY NO. 15:** State whether you obtained a warrant to arrest Plaintiff for the Pellicano crime and, if so, state the evidence you presented to justify the warrant and the name of the person issuing said warrant.

**RESPONSE TO INTERROGATORY NO. 15:** No.

**INTERROGATORY NO. 16:** State whether you have ever had any sort of complaint

tangible things to support a positing that you have taken or intend to take in the action, including any defense you may have, provide a brief description, by category and location, of all such documents and other tangible things, and identify all persons having possession, custody or control of them.

**RESPONSE TO INTERROGATORY NO. 21:** Objection, the questions impermissibly seeks attorney's mental impressions.

**INTERROGATORY NO. 22:** If you have ever been convicted of any crime other than minor traffic violations, state the nature of such crime, the dates of conviction, the names and locations of all courts involved, and the complete docket reference for each case.

**RESPONSE TO INTERROGATORY NO. 22:** None.

I hereby swear and affirm, under penalties of perjury, that the foregoing Answers are true and correct to the best of my personal knowledge, information and belief.

5 March 2003
Date

Richard L. Sheldon, Maryland State Police
Retired

-7-