# Exhibit "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: CCB-02-CV-385 |
| STATE OF MARYLAND, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF BRIAN NEWCOMER

I, Sergeant Brian Newcomer, Maryland State Police, state that I am over 18 years of age, have personal knowledge of the facts herein, and am competent to testify.

1. I am currently, and have been since January 8, 1979, employed as a trooper with the Maryland State Police.

2. On May 13, 1991, in my capacity as a Maryland State Trooper, I was involved in the investigation of the murder and rape of Linda May Pellicano in her home in Chesapeake Beach, Calvert County, Maryland. Through investigation certain suspects for the crimes were developed that included the Plaintiff, Anthony Gray.

3. On June 20, 1991, after developing sufficient facts to constitute a probable cause to believe Anthony Gray was involved in the murder and rape of Linda May Pellicano, I arrested him and transported him to the Prince Frederick Barracks of the Maryland State Police. Prior to this time I did not know Anthony Gray.

4. While in custody at the Maryland State Police barrack, Mr. Gray was provided with food and a separate detention cell with a bed area. Upon questioning Mr. Gray, preceded by advising him of his Miranda Warning, on June 21, 1991, he disclosed he served as a lookout on May 13, 1991, while two accomplices of his burglarized the home of Linda May Pellicano.

5. After obtaining a tape recorded statement of Mr. Gray's admissions, on June 21, 1991, I personally contacted by telephone Warren F. Sengstack, then the State's Attorney for Calvert County. I provided State's Attorney Sengstack with a full disclosure of the facts I knew at that time relating to the investigation of the aforementioned crime, including the disclosures made by Anthony Gray.

6. State's Attorney Sengstack instructed me to complete an application for statement of charges against Anthony Gray for the crimes of first degree murder, rape, and burglary. The Application for Statement of Charges/Statement of Probable Cause, attached hereto, is what I completed as per the State's Attorney's instructions.

7. At no time during the investigation or when personally interviewing Anthony Gray, did I act, speak, or address him in a manner to show prejudice against him because of his African-American race.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

_12-16-03_
Date

_Sgt. Brian Newcomer_

2