IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB-02-CV-385 |
| STATE OF MARYLAND, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CALVERT COUNTY'S AND LAWRENCE STINNETT'S
## MOTION FOR SUMMARY JUDGMENT

CALVERT COUNTY and LAWRENCE STINNETT, two of the Defendants, by ALLEN, KARPINSKI, BRYANT & KARP, KEVIN KARPINSKI and MATTHEW PETER, their attorneys, pursuant to Federal Rule of Civil Procedure 56, move for summary judgment as there are no genuine disputes of material fact and they are entitled to judgment as a matter of law. As reasons therefor, Calvert County and Lawrence Stinnett submit and incorporate fully herein the accompanying memorandum of law in support of their motion for summary judgment.

                                                  ALLEN, KARPINSKI, BRYANT
                                                  & KARP


                                            BY:     /s/
                                                 KEVIN KARPINSKI

/s/
MATTHEW PETER
100 E. Pratt Street
Suite 1540
Baltimore, Maryland 21202
(410)727-5000
Attorneys for Calvert County and
Lawrence Stinnett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December, 2003, a copy of Calvert County's and Lawrence Stinnett's Motion for Summary Judgment was sent via-electronic mail to:

Alan Hilliard Legum, Esquire
ALAN HILLIARD LEGUM, P.A.
275 West Street
Suite 305
Annapolis, Maryland 21401

Joel L. Katz, Esquire
JOEL L. KATZ, L.L.C.
2060 West Street
Annapolis, Maryland 21401
Attorneys for Plaintiff

Donald E. Hoffman
Assistant Attorney General
Maryland State Police
1201 Reisterstown Road
Pikesville, Maryland 21208
Attorney for Defendants State of Maryland, Brian Newcomer, and Richard Sheldon

/s/
Of Counsel for Calvert County and Lawrence Stinnett