IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB-02-CV-385 |
| STATE OF MARYLAND, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBITS
## AND AUDIOTAPE EXHIBIT

Exhibits A, C, H & S, which are attachments to Defendants Calvert County and Lawrence Stinnett's Motion for Summary Judgment and Memorandum in Support thereof, exists only in paper format and if scanned will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

Exhibit J, is an audiocassette tape, a copy of which will be filed with the Clerk's Office.

I CERTIFY, that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents and tape identified above.

December 29, 2003                                /s/
Date                                                       KEVIN KARPINSKI

                                                              /s/
                                                       MATTHEW PETER
                                                       100 E. Pratt Street
                                                       Suite 1540
                                                       Baltimore, Maryland 21202
                                                       (410)727-5000