It's four in the afternoon on August the 6, 1991, we're at the State Police Barrack in Prince Frederick. Present are myself, Detective R. L. Sheldon, Maryland State Police; also Corporal Charles, we'll call him Pete, Williams from the Southern Troop Maryland State Police, and is it? TFC Brian Newcomer of Maryland State Police, Prince Frederick Barrack. And also here, we're speaking with is, your full name?

A. Anthony Gray.

Q. Anthony, you don't have a middle name right?

A. No.

Q. Just Anthony Gray right?

A. Yes.

Q. Anthony, you came to the Prince Frederick Barrack today after you were transported from the County jail to talk to us about a homicide that occurred on May 13th of this year, is that correct?

A. Yes.

Q. And we began to talk about this, well we began, I have the time here, if I might refer to my notes, talking to you about this at 1:04 PM, and at that time I advised you of your rights. Anthony, what I'm going to do is read from the same form that you and I both signed back then. I'm not going to ask you to sign it again, but I'll just reiterate that if I may, okay. It says I, and it's your full name printed, Anthony Gray, you had printed that, have been advised of my constitutional rights by Detective Sergeant R. L. Sheldon, that's me, who has identified himself as a law enforcement officer of the Maryland State Police. It says, I understand that. And then it says, I have an absolute right to remain silent. Do you understand that?

A. Yeah.

Q. You said that before I checked that, that's still in effect. Anything I say can and will be used against me in court, do you understand that?

A. Yeah.

Q. I checked that before and that's still in affect. I have a right to talk to a lawyer and have him present now and anytime during the questioning. If I proceed to answer any questions without a lawyer, the questioning will stop if I should change my mind and request the presence of a lawyer; do you understand that?

A. Uh hum.



EXHIBIT

tabbies®

_L_

DEPOSITION
DV EXHIBIT 4
GRAY
3-24-03

A.  Uh hum.

Q.  I checked that before and that's still in affect.  If I cannot
    afford a lawyer, one will be furnished without cost before any
    questioning should I so desire; do you understand that?

A.  Yeah.

Q.  Pardon me?

A.  Yes.

Q.  Okay, I checked that before and that's still in affect.  I have
    read to me, or read myself, my constitutional rights, and I fully
    understand them; do you understand that?

A.  Yes.

Q.  And I checked that before and that's still in affect.  And the
    last one here, says I have elected of my own free will without
    any force, threats, or promises, to answer all questions asked;
    do you understand that?

A.  Yes.

Q.  I checked that before.  And you signed it, and I signed it as a
    witness also, and the time was 1:04 PM on today's date.  Again,
    those rights are still in affect and I'm not going to ask you to
    sign that again, but just acknowledge that you do understand
    that.  We began talking about this homicide.  Brian, what's the
    victim's name in this case?

Newcomer:  Linda Mae Pellicano.

Q.  Pellicano.  And I asked you to give me the information you had
    about that.  You told me that you had met two other friends of
    yours, one of them was...?

A.  Paul Holland.

Q.  Paul Holland and...?

A.  The other one was Leonard Long.

Q.  Leonard Long.  And you met them that day, earlier that day,
    whereabouts did you meet them?

A.  At the stop sign on Christiana Parran Road.

Q.  And, how far is that away from the victim's house?

-2-

A.  Well that's right across the street from her house.

Q.  Is it, okay.  And what took place, what conversation?

A.  They told me they was going to get some money, did I want to
come.  And I said yeah.

Q.  So the three of you then went over to the house?

A.  And we went over to the house.

Q.  How did you get in, did you go to the front or the back of the
house?

A.  Back of the house.

Q.  And what happened then?

A.  Paul Holland pulled out a screwdriver and popped the screen out.
Then pried the window open and we went in the house.

Q.  Now you say, he popped the screen out, did he do anything with
the screen once he popped it out?

A.  No not then he didn't.

Q.  But, he did do something later on?  Why don't you jump ahead and
tell me what he did with the screen?

A.  Yes.  He threw it down in the woods in back of the house.

Q.  How far down?

A.  It wasn't that far in the woods.

Q.  And how did he throw it?  Did he throw it like this or what did
he do with it?

A.  He just took his hand and threw it like that.

Q.  Okay, just threw it like that in the woods?

A.  Yeah.

Q.  That was later on though?

A.  Yeah.

-3-

Q. Let's get back to when you first went in the house. He popped the screen, and Paul opened the window you said, and then what happened?

A. Then we went in the house.

Q. Which room or window was this that you entered?

A. Through the girl's room.

Q. Girl's room?
A. Yeah.

Q. Would this be the girl's bedroom?

A. Yeah, it was the girl's bedroom.

Q. Okay, and then what happened? Where did you go?

A. Then we started searching the house.

Q. Where did you go first?

A. Where did I go, I went in the boy's bedroom.

Q. And you were searching for what?

A. Some money.

Q. So how did you search, what did you do?

A. We searched through things, drawers, underneath the bed, in the closet.

Q. And where did Paul and Leonard go?

A. Paul, he was in I guess that was her bedroom.

Q. The bedroom that you had come into?

A. (unintelligible.)

Q. The victim's bedroom?

A. Yeah...

Q. The lady's bedroom?

A. Yeah.

Q. Okay, and where was Leonard?

A. He was in the girl's bedroom.

Q. The girl being the one that you come in through the window?

A. Right.

Q. Okay, there were only three bedrooms in the house?

A. Yeah.

Q. Okay, so you're in the boy's bedroom searching, you describe Paul as being in the victim, where the adult, the mother's bedroom, searching, and then Leonard was in the little girl's room searching?

A. Yes.

Q. And then what happened?

A. We were in there searching, then I left out the bedroom, I went to the living room.

Q. Why did you do that?

A. Cause I heard a, I heard a car coming.

Q. So when you went in the living room what did you?

A. I looked out the window and I saw her car coming up.

Q. You say her, is this the lady that lived there?

A. Yeah.

Q. The victim?

A. The lady that lived there.

Q. Mrs. Pellicano?  I guess you saw Mrs. Pellicano's car pulling up?

A. And then I hollered and told them that she's coming up, and they ran out there, and Paul he told us to hide over there behind the couch.  And he was standing behind the door where she come in at.

Q. Who was standing behind the door?

A. Paul Holland.

-5-

Q. And where were you?

A. Me and Leonard we was over there behind the couch.

Q. Which door did she come in?

A. Well the door where you come into the kitchen.

Q. Okay, so Paul was hiding behind the doorway there by the kitchen?

A. Right.

Q. And what happened then?

A. When she came through the door he grabbed her, grabbed her around the neck and started choking her and she started yelling.

Q. What was she yelling?

A. She was yelling, like please don't hurt me, please don't hurt me.

Q. What did you and Leonard do then?

A. We were just like, we really didn't know what he was going to do, so you know we was like panicking.

Q. Like panicking you said?

A. Yeah.  And she started yelling real loud.  So Leonard, he went into the kitchen and got a knife.

Q. Okay, what kind of knife did Leonard get?

A. It was a butcher knife.

Q. Now did he get this on his own or did someone tell him to get this?

A. He got it on his own.

Q. Okay, so he went in and got a knife, where did he get it from the kitchen?

A. From the drawer.

Q. From a drawer in the kitchen?

A. Yeah.

Q. And then what did he do?

-6-

A.  What did he do, he gave it to Paul.

Q.  He gave it to Paul?

A.  Yeah.

Q.  And then...?

A.  He took his hand from around her neck and grabbed the knife.

Q.  So, Paul had both hands on her neck?

A.  Yeah, at first he had both hands on her.

Q.  And he took one hand off and grabbed the knife from Leonard?

A.  Yeah.

Q.  And then what did he do with the knife?

A.  Then he stabbed her.

Q.  And where did he stab her?

A.  Up in her chest somewhere up in her chest.

Q.  How many times did he stab her?

A.  Once.

Q.  And then what happened?

A.  And she fell in the floor and like jumping around, then she stopped.

Q.  When she fell to the floor, what part of her body fell. I mean wash she ...did she fall on her stomach, or her back, or her side or what?

A.  Well she fell on her back.

Q.  On her back?

A.  Right.  She fell backwards.

Q.  You say her body was jumping, like shaking?

A.  Yeah.

Q.  Okay, and then what happened?

A.  Then she stopped shaking.

Q.  Was the knife still in her chest while she was shaking on the floor?

A.  Yeah.

Q.  Okay, then what happened?

A.  Then she stopped shaking, and he pulled the knife out.

Q.  He pulled the knife out, who is he?

A.  Paul.

Q.  Okay, did he do anything else with her body after he pulled the knife out?

A.  Well, he pulled down her pants.  And started to have sex with her.

Q.  Okay was she moving at all when he was having sex with her?

A.  No.

Q.  Okay did there come a time that he put anything around her face or her neck or anything?

A.  I didn't see him put nothing around her face.

Q.  Did you see him put anything around her neck?

A.  A rope like.

Q.  Where did he get that?

A.  From the bedroom.

Q.  And when did he do that?

A.  When did he do that?

Q.  Uh huh.

A.  He did that after he had finished having sex with her.

Q.  Alright, so I'm sorry, I jumped ahead, then so as soon as she fell he pulled her pants down and he had sex with her?

A.  Right.

Q. Okay when he had sex with her, tell me about that, was he, did he pull his pants down, or take his pants off?

A. He pulled his pants down, he didn't take them off.

Q. And by sex, you mean you saw him put his penis in her vagina?

A. Right.

Q. Okay, did he do anything to her upper part of her body, like her breasts and all?

A. He just pulled her shirt off.

Q. Could you see her breasts?

A. Yeah.

Q. Alright, could you describe her breasts, were they large or small?

A. They was like small.

Q. Did you see her nipples?

A. Yeah.

Q. Were they dark or light?

A. They were dark.

Q. Could you see anything unusual about her breasts at all?

A. No, not as far as I could see.

Q. Do you know if she had a bra on?

A. Yeah, I think so.

Q. And what color was that?

A. I think it was white.

Q. Okay, do you know if she had on, what clothes she had on beneath, was it pants, slacks or a skirt?

A. It was pants.

Q. Pants, what kind of pants were they?

A.  Like blue jeans.

Q.  Blue jeans.  Could you see if she had underpants on?

A.  Not really, cause when he pulled down her pants, you could see everything.

Q.  You could see her vagina?

A.  Yeah.

Q.  Okay, could you see what color her hair she had on her..., did she have hair on her vagina?

A.  Yeah.

Q.  What color was it?

A.  It was like a brownish.

Q.  Was it a lot or very little?

A.  A lot.

Q.  A lot?  Okay, so you saw him put his penis in her vagina, and then what happened?  He had sex with her?

A.  Uh hum.

Q.  Do you know if he ejaculated?

A.  No.

Q.  Do you know what that means, ejaculated, cum?

A.  Yeah.

Q.  You say you don't know if he cum, or he didn't cum?

A.  I don't think he cum.

Q.  Why don't you think he came?  Why don't you think he ejaculated?

A.  Cause he was like, working real fast, or like shaking.

Q.  He didn't act like he did?

A.  No, he didn't act like he did.

Q.  How long do you think he had his penis in her vagina?

-10-

A.   Maybe, five or ten minutes.

Q.   Okay, did he have any conversation with you or with Leonard while he was doing that?

A.   He asked us if we wanted some.

Q.   How did he say that?

A.   He said, "Do you all want some", like that.  And we said no.

Q.   Where were you at while he was doing this?

A.   In the living room.

Q.   About how far away from him?

A.   About ten feet away.

Q.   About ten feet away?

A.   Yeah.

Q.   Okay, so you could see everything clearly?

A.   Yeah.

Q.   Okay, after he had sex with her, you said he tied her up, how did he do that?

A.   He tied her hands behind her back, rolled her over, and tied her hands behind her back.

Q.   What did he use for that?

A.   String or rope or something.

Q.   Do you know where he got this string or rope?

A.   I guess he got it out the bedroom.

Q.   Did you see him go into a bedroom and get something?

A.   Yeah, well I seen him go into the bedroom, cause when he came out he had it in his hand.

Q.   And he tied her up?

A.   Yeah.

-11-

Q.  And then what did he do?

A.  Then he, I didn't see him do nothing after that.  He went through her purse to get the keys,  well she looked in her purse and got keys out her purse.

Q.  Who looked in her purse?

A.  Paul.  And then we left.

Q.  When you left, which part of the house did you leave out of?

A.  Which part of the house did we leave out of, the side door.

Q.  Is this the same door she had come in?

A.  Yeah.

Q.  Kitchen door?

A.  Yeah.
Q.  All three of you went out there?

A.  Yeah.

Q.  Okay, well, at what point did Paul throw the screen back in the woods then?

A.  At what point?

Q.  Yeah, at what point?

A.  What point, after he took it out.

Q.  Oh, okay...

A.  After he took it out, then he got the window open, before we went in, he threw it back in the woods.

Q.  Oh okay.  So all three of you went out the kitchen door, and you got into the car?

A.  Yeah.

Q.  Who was where in the car?

A.  Well, I was in the, I was in the back seat on the passenger's side.  Paul was in the front seat on the driver's side, and Leonard was in the front seat on the driver's side.

-12-

Q.  So who was driving?

A.  Paul was driving.

Q.  So, Paul was in the front seat on the driver's and Leonard was in the front seat on the passenger's side?

A.  Right.

Q.  Okay, and what did you do then?

A.  We went down past his house about a quarter of a mile, and he parked the car.

Q.  Where did he park the car at?

A.  In this turn.

Q.  About a quarter of mile from where?

A.  From where he, where Paul lives.

Q.  Alright, did you take anything out of the car at all or do anything special or different to the car?

A.  No.

Q.  Just parked it and got out?

A.  Yes.

Q.  Did you leave the keys in the car or take them with you?

A.  No, he took the keys out of the ignition and put them in his pocket.

Q.  Who is he?

A.  Paul Holland.

Q.  Okay, and what did you do?

A.  And then we left walking.

Q.  Where did you walk?

A.  We walked to his house.

Q.  All three of you?

-13-

A. Yeah.  And he went in the house for about five minutes, he changed his pants and his shirt and we left.  And went and sat on the guardrail.

Q. Why do you think he changed his pants and his shirt?  Why do you think Paul changed his clothes?  Did he have any blood on his clothes?

A. Cause he had blood on his shirt.

Q. He did?

A. Yeah.

Q. So you went and sat on the guardrail?  What did you do there?

A. They was talking about checks and stuff.

Q. What checks were they?

A. The victim's checks.

Q. Who had the victim's checks?

A. Leonard Long.
Q. Do you know how many checks Leonard had?

A. It was about five or ten.

Q. You saw them?

A. Yeah.

Q. What color were they?

A. Green.

Q. Were there any pictures on them?  Were they plain checks or did they have pictures on them?

A. They was like plain checks.

Q. Plain green checks?

A. Uh hum.

Q. Could you see the name on the checks?

A. I think her name was on the check.

-14-

Q. The victim's name?

A. Yeah.

Q. Okay, they were talking about the checks, what were they saying about the checks?

A. They was going to try to forge them.

Q. Did they say how they were going to try to forge them?

A. No, they didn't say how they was going to forge them.

Q. Did they say where they were going to cash them?

A. No.

Q. Did they say anything about the crime at all, about, you know, killing her or anything like that?

A. They said, they just wanted everybody to keep cool.

Q. Keep cool?

A. Yeah.

Q. Other than the screwdriver and the knife that you say that Leonard got out of the kitchen drawer, did anybody else have any other weapons?

A. Paul had a tobacco stick.

Q. A tobacco stick, what kind of stick, what did it look like?

A. Well a tobacco stick is brown and it's square.

Q. Brown and square?

A. Yeah.

Q. How big was it?

A. It was broken in half so might be three foot long.

Q. It was broken in half and maybe three foot long?

A. Uh hum.

Q. Where did he get that, do you know?

A.  No, he had that when I saw him.

Q.  Did he take that into the house with him?

A.  Yes.

Q.  Did he have it when he left?

A.  No.

Q.  He didn't have it when he left?

A.  No.

Q.  So, you're telling me he left it in the house?

A.  Yeah.

Q.  Do you know where he left it in the house?

A.  No, I don't remember where he left it in the house.

Q.  Were there any other weapons?

A.  No.

Q.  Is there anything else that you want to tell me?

A.  I done told you everything.

Brian can you fill in any other questions at all?

Newcomer:  Do you know about what time it was when you first saw them?

A.  I guess it was about 10:30 or 11:00 o'clock.

Q.  In the morning?

A.  Yeah.

Q.  Can you tell me about clothing?  You know you told me pretty much what Paul was wearing, what were you wearing that day?

A.  I was wearing a blue short outfit.

Q.  A blue short outfit?

A.  Yeah.

Q.  What is that?  Shorts?

-16-

A.   Shorts and a shirt.

Q.   And they were both blue?

A.   Yeah.

Q.   Was your shirt short sleeve?

A.   Yeah.

Q.   Like a polo shirt, just a regular top?

A.   Just a regular top.

Q.   Was it dark blue or light blue?

A.   It was dark blue.

Q.   And did you have on shoes?

A.   Yeah.

Q.   What kind of shoes?

A.   Reeboks.

Q.   Reeboks?  Did you have socks on?

A.   Yeah.

Q.   Okay, what kind of clothes was Leonard wearing?

A.   He was wearing shorts too.

Q.   What color shorts?

A.   He was wearing green shorts.

Q.   Green shorts?  Dark green or light green?

A.   Light green.

Q.   Light green?

A.   Yeah.

Q.   And what kind of shirt did Leonard have on?

A.   A black shirt.

-17-

Q. Was it also short sleeve, light, black?

A. It was shaped like a tank top.

Q. Tank top? So he had a black tank top and light green....?

A. Shorts.

Q. Short, and, did he have shoes on?

A. Yeah.

Q. What kind?

A. He had black sandals on.

Q. Sandals?

A. Yeah.

Q. He wasn't wearing tennis shoes, he was wearing sandals, so I guess he didn't have socks on?

A. Yeah.

Q. He did or he didn't?

A. No he didn't have them on.

Q. He just had sandals?

A. Yeah.

Q. What color clothes was Paul wearing?

A. He was wearing like cut-off blue jeans shorts.

Q. And what color shirt?

A. And a white shirt.

Q. Was it short sleeve also?

A. Yeah.

Q. And did he have on shoes?

A. Yeah, he had his shoes on.

Q. What kind?

-18-

A.  He had tennis shoes on.

Q.  Tennis shoes with socks?

A.  Yeah.

Q.  Did any of you wear gloves at all?

A.  No.

Q.  Alright, did any of you try to do anything to cover up fingerprints up in the house?

A.  No.

Q.  You didn't wipe anything off or anything like that?

A.  No.

Q.  Was anything done by you or Leonard or Paul to try to hide evidence?

A.  No.

Q.  Nothing at all?

A.  No.

Q.  Did anybody try to cook something while you were in the house?

A.  Well Leonard he turned on the gas.

Q.  What gas?

A.  The gas on the stove, he turned the stove on.

Q.  Oh he did.  Why did he do that?

A.  He was going to try to burn the house down.

Q.  Is that what he said?

A.  Yeah.

Q.  Okay, so tell me how he did that?

A.  He left from the living room and went to the kitchen and turned the burners on.  He said he was going to burn the house down.

Q. Oh okay, alright, how about the electricity, did anybody do anything with the electricity in the house?

A. Well, before we went in there, he went down on the side, Paul went around on the side and shut the electricity off.

Q. How did he do that?

A. I ain't go around on the side with him.

Q. How do you know that's what he did?

A. I guess there's something around there to turn it off.

Q. What side of the house was that?

A. What side of the house?

Q. Yeah, if you're looking from the back of the house and you're looking directly at the window that you went in, what side would it be, right or left?

A. The right side.

Q. Right side?  And who went around and did that?

A. Paul.

Q. And did Leonard go with him?

A. No.

Q. Okay, but you know the electricity was turned off?

A. Yeah.

Q. Is that what he said he would do?
A. Yeah.

Q. Okay, and who was it you said turned the gas on?

A. Leonard.

Q. And Leonard tried to blow the house up, or burn the.....

A. Burn the house down.

Q. Okay, did he light any matches in the gas or just leave the gas on?

A.   He just left it on.

Q.   Could you smell the gas?

A.   Yeah, you could smell gas coming out.

Q.   What kind of, was it just the top ranges or was it the oven too?

A.   It was the oven too.

Q.   He opened the oven up?

A.   Yeah.

Q.   Did he leave the oven open?

A.   Not that I remember, I think he closed it.

Q.   Okay, anything else?

A.   That's it.

Brian is that it?

Okay, we're going to terminate the tape, it's exactly 4:00 PM, on the same date, August 6, 1991.

Before I turn the tape off, is there anything else you want to add?

A.   No.

Q.   Is everything you've said the truth?

A.   Yes.

Okay, we're going to terminate the tape then.