)                                    )



EXHIBIT

M

IN THE CIRCUIT COURT FOR CALVERT COUNTY, MARYLAND

STATE OF MARYLAND                          :

   -VS-                                    : CRIMINAL C-91-409

ANTHONY GRAY                               :

PLEA AGREEMENT

TO THE HONORABLE, THE JUDGES OF SAID COURT;

Comes now the State of Maryland, by and through Warren F. Sengstack, State's Attorney for Calvert County, Maryland, and pursuant to Rule 4-243 of the Maryland Rules of Procedure, and by other applicable law or rules of Court, hereby enters into a plea agreement with the defendant, Anthony Gray, who is represented by M. Cristina Gutierrez, Esquire. The respective parties agree as follows:

1.  That the defendant waives his right to a trial by court or jury.

2.  That the Defendant freely and voluntarily offers a plea of guilty to Count One (1) of Criminal Case C-91-409 i.e. first degree murder of Linda M. Pellicano, said offense being a violation of the common law of Maryland, the maximum penalty being life imprisonment.

3.  That the Defendant knowing that the Court under Article 27, Section 462 of the Annotated Code of Maryland, or under the common law of Maryland, may impose a sentence of life imprisonment, freely and voluntarily offers a plea of guilty to Count Two (2) of Criminal Case C-91-409, first degree rape.

PLEA AGREEMENT                                              PAGE TWO

ANTHONY GRAY

    4.   That the State upon the Court's acceptance of the
Defendant's plea of guilty to Count One (1) and Count Two (2)
of Criminal Cases C-91-409, and upon the Defendant's being
sentenced, will abandon its right to prosecute the remaining
counts of Criminal Case C-91-409.

    5.   That the State agrees to recommend to the Court and
the Court agrees to be bound that the sentences for Count One
(1) and Count Two (2) shall run concurrently.

    6.   The Defendant agrees to testify against the Co-
Defendants, Paul Marcello Holland and Leonard L. Long.

    7.   That after the Court accepts the plea in this case,
the State agrees to withdraw the State's Notice Of Intention
To Seek Sentence Of Imprisonment for Life Without Possibility
of Parole.

    8.   That by signing this document the State and the
Defendant acknowledge the above to be a full and complete
statement of the plea agreement.

STATE OF MARYLAND                               DEFENDANT


_____        _____
Warren F. Sengstack              Anthony Gray
State's Attorney


                                 _____
                                 M. Cristina Gutierrez
                                 Attorney for Defendant


Filed: Oct.    , 1991