```
1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
2

    ANTHONY GRAY
3
                Plaintiff
4
        vs.                          CASE NO. CCB-02-CV-385
5
    STATE OF MARYLAND, et al.
6
         /      Defendants
7   _____/

8           The deposition of BARBARA A. STINNETT was

9   held on Monday, April 28, 2003, commencing at 10:15

10  A.M., at the Law Offices of Allen, Karpinski, Bryant &

11  Karp, P.A., Suite 1540, 100 East Pratt Street,

12  Baltimore, Maryland, 21202, before Chuck Peppler,

13  Notary Public.

14  APPEARANCES:

15           KATHLEEN DUCKETT MCCANN, ESQUIRE
                On behalf of Plaintiff
16
             SHARON B. BENZIL, ESQUIRE
17              On behalf of Defendants State Of
                Maryland, Brian Newcomer And Richard
18              Sheldon

19           MATTHEW D. PETER, ESQUIRE
                On behalf of Defendants Calvert County
20              And Lawrence Stinnett

21  REPORTED BY:  Chuck Peppler
```

EXHIBIT u

STIPULATION

It is stipulated and agreed by and between counsel for the respective parties that the filing of this deposition with the Clerk of Court be and the same are hereby waived.

- - - - - - -

Whereupon,

BARBARA A. STINNETT,

called as a witness, having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION BY MR. PETER:

Q   Good morning, ma'am. My name is Matthew Peter. We had a chance to introduce ourselves a little while ago. I want to lay some general ground rules for the deposition today. Have you ever been deposed before?

A   Not that I really recall. Oh, I was, yes, once with Calvert County.

Q   Do you remember what kind of case that was?

1  Lawrence Stinnett?

2    A    He would be a very distant, distant
3  relative of my husband's. I know him from being a
4  policeman down in Calvert County. That's about it.

5    Q    How long have you known him for?

6    A    Oh, gosh, I would say since probably about
7  30 years, 35 years.

8    Q    Where did you first meet Mr. Stinnett?

9    A    In the county somewhere. I just don't
10  know where, but I'm sure at some function or
11  something.

12    Q    You indicated he's related to some degree
13  to your deceased husband.

14    A    Like fourth cousin removed, that type of
15  situation, and way down the line. At one time, I
16  think everybody in Calvert County is related to you
17  far enough. It was a very small isolated county.

18    Q    Would you describe generally the nature of
19  your relationship with Lawrence Stinnett?

20    A    Pass him on the street.

21    Q    Other than passing him on the street, have

1    Q    Do you recall what year that was?

2    A    No, I don't, actually.

3    Q    Do you remember approximately how long ago
4  that was?

5    A    Well, it wasn't in the last thing.  It had
6  to be at least four years back.

7    Q    Do you ever recall speaking with Mr.
8  Stinnett after he lost to Mr. Ward in that campaign?

9    A    Yes.

10   Q    How many times did you speak with
11 Mr. Stinnett after he lost to Mr. Ward, to the best of
12 your recollection?

13   A    I don't recall speaking to him except
14 maybe one time.  I didn't speak much at that time.

15   Q    Can you please tell me when that one time
16 was?

17   A    I can't tell you the date.  He approached
18 me.  I was at a friend's house returning a table that
19 was used for the campaign.  He was sitting in his car.
20 When he pulled up, he pulled up behind me sitting in
21 his car.  He started yelling.  I guess that's the only

```
 1        Q    Do you recall what it was that he was
 2   yelling?
 3        A    He was angry about the election.
 4        Q    Do you recall specifically anything he
 5   said?
 6        A    All that is behind me.  I wrote it all
 7   down and made a complaint about it.  He was very upset
 8   about losing, frankly.  I assumed that.  I can't talk
 9   for him.  I don't recall a lot of what he said.
10        Q    Do you recall any specifics?
11        A    He kept screaming when he backed out of
12   the driveway and started towards the main road, what I
13   would say the main road.  He said see what that N
14   would do for you.  That's the only one I remember
15   specifically.
16        Q    When you say N, what do you mean by N?
17        A    Nigger.  He used the N word.  But, he was
18   just very, very angry about the election, about
19   losing, I guess.
20        Q    Have you ever heard Mr. Stinnett use that
21   word at any time prior to that conversation?
```

1   A   Right at the end of the road, and that's
2 when he yelled it and started off.
3   Q   Is that a distance of about three car
4 lengths, you said?
5   A   Yes.
6   Q   You never had occasion to hear him use
7 that word previously?
8   A   No, I was never in his company.
9   Q   Have you ever heard him refer to African
10 Americans in a derogatory manner other than hearing
11 him use what you described as the N word on that
12 occasion?
13   A   One time. No, that's it.
14   Q   Have you had any contact with Mr. Stinnett
15 since that incident?
16   A   I didn't for quite a while. I have had
17 contact with him through the office, through the
18 commissioner's office.
19   Q   What was the nature of that contact?
20   A   They were trying to condemn his property,
21 negotiate to buy it, and then condemn his property to

1   that during this incident at Ms. Trott's home, you

2   heard Mr. Stinnett use the word nigger, correct?

3       A   Yes.

4       Q   That is the first and only time that you

5   have heard him use that word?

6       A   That's it.

7       Q   Did you ever hear him use any other words

8   that were derogatory towards an African American?

9       A   No.  I have never been in his company to

10  hear anything like.

11      Q   Ever hear any words that were derogatory

12  toward any other nationality or race or anything?

13      A   No.

14          MR. PETER:  No further questions.

15          MS. BENZIL:  I have nothing.

16          MS. MCCANN:  I have a couple of follow-up

17  questions.

18          EXAMINATION BY MS. MCCANN:

19      Q   Ms. Stinnett, do you know why he would

20  have been directing his anger to you?

21      A   He indicated that I had supported him.