IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GRAY** | * | |
| Plaintiff | * | |
| v. | * | Civil No.: CCB-02-CV-385 |
| **STATE OF MARYLAND, et al.** | * | |
| Defendants | * | |

\* \* \* \* \*

**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, Anthony Gray, requests an extension to file his Oppositions to Defendants Motions for Summary Judgment in the above entitled case and for reasons therefore, states:

1. Plaintiff's Opposition to Defendants Newcomer, Sheldon and State of Maryland's Motion for Summary Judgment is currently due on January 9, 2004.

2. Counsel for Defendants Newcomer, Sheldon and State of Maryland, Donald E. Hoffman, has consented to an extension of January 23, 2004 in which to file his Opposition to said Motion.

3. Plaintiff's Opposition to Defendants Stinnett and Calvert County's Motion for Summary Judgment is currently due on January 15, 2004.

2. Counsel for Defendants Stinnett and Calvert County, Kevin Karpinski, has consented to an extension of January 30, 2004 in which to file his Opposition to said Motion.

WHEREFORE, the Plaintiff, Anthony Gray, prays that the Court grant him extensions to file his Oppositions to Defendants' Motions for Summary Judgment as follows: a) Plaintiff's Opposition to Defendants' Necomer, Sheldon and State of Maryland's Motion for Summary

Judgment be due on January 23, 2004; and b) Plaintiff's Opposition to Defendants' Stinnett and Calvert County's Motion for Summary Judgment be due on January 30, 2004.

*Kathleen Duckett McCann*
_____
Kathleen Duckett McCann
ALAN HILLIARD LEGUM, P.A.
275 West Street, Suite 305
Annapolis, Maryland 21401
(410) 263-3001
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of January, 2004, a copy of the foregoing was e-filed, with copies going to the following individuals through e-filing, to Donald E. Hoffman, Esquire, 1201 Reisterstown Road, Pikesville, Maryland 21208; and to Kevin Karpinski, Esquire, 100 E. Pratt Street, Suite 1540, Baltimore, Maryland 21202.

*Kathleen Duckett McCann*
_____
Kathleen Duckett McCann

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GRAY** | * | |
| Plaintiff | * | |
| v. | * | Civil No.: CCB-02-CV-385 |
| **STATE OF MARYLAND, et al.** | * | |
| Defendants | * | |

\* \* \* \* \*

O R D E R

Upon consideration of Plaintiff's Consent Motion to Extend Time to File Oppositions to Defendants' Motions for Summary Judgment, and after consideration of same and any response or opposition filed thereto, it is this _____ day of January, 2004, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion is hereby granted; and it is further hereby

**ORDERED**, that Plaintiff shall have until January 23, 2004 in which to file his Opposition to Defendants' Newcomer, Sheldon and State of Maryland's Motion for Summary Judgment; and

**ORDERED**, that Plaintiff shall have until January 30, 2004 in which to file his Opposition to Defendants' Stinnett's and Calverty County's Motion for Summary Judgment.

_____
JUDGE, United States District Court
for the District of Maryland

Copies To:

    Kathleen Duckett McCann, Esquire
    Donald E. Hoffman, Esquire
    Kevin Karpinski, Esquire