IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ANTHONY GRAY** | * | |
| Plaintiff | * | |
| v. | * | Civil No.: CCB-02-CV-385 |
| **STATE OF MARYLAND, et al.** | * | |
| Defendants | * | |

\* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhbit 1 (Anthony Gray Deposition Excerpts), Exhibit 4 (Brian Newcomer Deposition Excerpts) and Exhibit 8 (Gray's August 6, 1991 Statement), which are attachment to Plaintiff's Opposition to Defendants' Motions for Summary Judgment, exists only in paper format and if scanned will be larger than 1.5MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

  January 30, 2004                              *Kathleen Duckett McCann*
Date

                                                Kathleen Duckett McCann     25332
                                                Printed Name                Bar No.

                                                 275 West Street, Suite 305
                                                Address

                                                 Annapolis, Maryland 21401
                                                City/State/Zip

                                                 (410 263-3001     (410) 267-8564
                                                Phone No.          Fax No.