# EXHIBIT 2

Case 1:02-cv-00385-CCB   Document 59-3   Filed 01/29/2004   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY GRAY | * | |
| Plaintiff | * | Civil No. CCB-O2-CV-385 |
| v. | * | |
| STATE OF MARYLAND, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS STATE OF MARYLAND, BRIAN C. NEWCOMER AND RICHARD SHELDON'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

Defendants State of Maryland, Brian C. Newcomer and Richard Sheldon, by and through their attorneys, J. Joseph Curran, Jr., Attorney General, and Donald E. Hoffman, Assistant Attorney General, in Answer to Plaintiff's Requests for Admissions filed in this action says:

(A)  The information supplied in these responses is based on the knowledge of the above-named parties.

(B)  The responses may include information that is not within the executing party's personal knowledge, either at the time of the incident that is the subject of the complaint and/or at the time these responses are being filed.

(C)  The word usage and sentence structure may be that of the attorney assisting in the preparation of these responses and thus, does not necessarily purport to be the precise language of the above-named parties.

### REQUESTS FOR ADMISSIONS

**REQUEST NO. 1:** The murder in question was committed on May 13, 1991 between 11:30 a.m. and 12:30 a.m.

**REQUEST NO. 32:** That Plaintiff Anthony Gray has limited intelligence.

**RESPONSE TO REQUEST NO. 32:** Admit.

**REQUEST NO. 33:** That Plaintiff Anthony Gray has a below normal IQ.

**RESPONSE TO REQUEST NO. 33:** Unable to admit or deny after reasonable inquiry due to information being insufficient or unknown.

**REQUEST NO. 34:** That, while Plaintiff Anthony Gray was being interrogated, Sheriff Stinnett perceived that he was of limited intelligence.

**RESPONSE TO REQUEST NO. 34:** Deny.

**REQUEST NO. 35:** That, prior to the time when Plaintiff Anthony Gray was interrogated, Sheriff Stinnett knew that he was of limited intelligence.

**RESPONSE TO REQUEST NO. 35:** Deny.

**REQUEST NO. 36:** That, while Plaintiff Anthony Gray was being interrogated, Tfc. Newcomer perceived that he was of limited intelligence.

**RESPONSE TO REQUEST NO. 36:** Deny.

**REQUEST NO. 37:** That Plaintiff Anthony Gray has a low IQ.

**RESPONSE TO REQUEST NO. 37:** Unable to admit or deny after reasonable inquiry due to information being insufficient or unknown.

Gray is innocent of involvement with the crime.

**RESPONSE TO REQUEST NO. 64:** Admit.

**REQUEST NO. 65:** That Lloyd Reece Trimmer, police expert for the State of Maryland, et al. in this case, indicated at his deposition in this case that he felt Plaintiff Anthony Gray was innocent.

**RESPONSE TO REQUEST NO. 65:** Admit.

**REQUEST NO. 66:** That at his deposition in this case, Tfc. Newcomer stated that he presently felt that Plaintiff Anthony Gray was guilty of the crime.

**RESPONSE TO REQUEST NO. 66:** Admit.

**REQUEST NO. 67:** That at his deposition in this case, former Sheriff Stinnett stated that he presently felt that Plaintiff Anthony Gray was guilty of the crime.

**RESPONSE TO REQUEST NO. 67:** Admit.

**REQUEST NO. 68:** That the opinions expressed by Stinnett and Newcomer at their depositions in this case are contrary to the opinions rendered by all of the experts in this case.

**RESPONSE TO REQUEST NO. 68:** Admit.

**REQUEST NO. 69:** That the opinions expressed by Stinnett and Newcomer at their depositions in this case are contrary to the opinions of the Maryland State Police after State's Attorney Robert Riddle opened an investigation as to the guilt or innocence of Plaintiff Anthony Gray.