# EXHIBIT 6

```
NAME   Gray          Anthony    (NMN)              CASE NO.      W-83-03382
       -----------------------------------         ------------------------
       (LAST)        (FIRST)    (MIDDLE)           POLYGRAPH NO. CSW-91-080-42
                                                   ------------------------
ADDRESS  PO Box 52 Dalrymple Rd.
         --------------------------    POLYGRAPH   DATE          June 20, 1991
         Sunderland, Maryland          EXAMINATION ------------------------
         --------------------------    RESULTS     REQ. AUTH.    Tfc. Newcomer
DESC.    B       M       06-17-67                  ------------------------
         --------------------------                DEPT. MSP Prince Frederick
         (COLOR) (SEX)   (DOB)                     ------------------------

ISSUE    Murder/B&E/Auto Theft
         --------------------------

COUNTY   Calvert
         --------------------------
```

    With reference to the polygraph examination given to the above named subject, herewith is a CONFIDENTIAL brief analysis of the Polygraph Examiner's report. This information is for OFFICIAL POLICE USE ONLY and should not be publicly disseminated.

( )   INDICATED TRUTHFUL                     ( )   CONFESSION
( )   INDICATED DECEPTION                    ( )   OTHER
(X)   INCONCLUSIVE REACTION

Case Brief:
    The above subject is a suspect in the Murder, B&E and Auto Theft that occurred at the Pellicano residence 3610 Dalrymple Road, Chesapeake Beach, Maryland.

Pre Test:
    Gray requested a polygraph test to prove his veracity. He reported to the polygraph room at the Prince Frederick Barrack June 20, 1991. He waived his rights under Miranda and signed the consent forms. During conversation Gray said that he has never been to the Pellicano house and that he was not involved in the death of Mrs. Pellicano in any way.

Test:
    A General Question Test was constructed using the following relevant questions.

Did you cause the death of Mrs. Pellicano ?

Reply: No.

Were you at the Pellicano house that day ?

Reply: No.

Were you physically present when Mrs. Pellicano die ?

Reply: No.

Do you know who cause the death of Mrs. Pellicano ?

Gray, Anthony
CSW-91-080-42
Page #2

Careful analysis of the polygrams collected during this test indicated that this subject did produce strong consistent physiological responses indicative of deception when answering the above relevant questions. It is therefore, the opinion of this polygraph examiner that Anthony Gray was being deceptive when answering all of the relevant questions utilized during this test.

This examination utilized equipment which indicated and recorded on a moving chart, relative changes in blood pressure rate and strength of pulse beat, psychogalvanic response and breathing pattern. Standard polygraph test questions were utilized in conjunction with procedures recognized by the American Polygraph Association. There were sufficient relevant and control questions used to enable good analysis on the polygraph tracings.

Post Test:
Gray was confronted with the finding and questioned in an effort to resolve the issue. During conversation Gray continluously denied ever being at the Pellicano residence or being involved in the death of Mrs. Pellicano in any way.

Cpl. Charles S. Williams
Polygraph Examiner
Southern Troop