# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ANTHONY GRAY**              *

    Plaintiff              *       Civil No. CCB-02-CV-385

v.                            *

**STATE OF MARYLAND, et al.** *

                               *

    Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF ANTHONY GRAY

I, Anthony Gray, Plaintiff herein, state that I am over 18 years of age, have personal knowledge of the facts herein, and am competent to testify.

1. I was not involved, in any way, in the crimes committed against Linda Mae Pellicano on May 13, 1991.

2. I have never had any first hand knowledge of any aspect of the crimes committed against Linda Mae Pellicano on May 13, 1991.

3. All of my knowledge about the crimes committed against Linda Mae Pellicano on May 13, 1991 (except the fact that "a lady" had been murdered, which I learned from my sister) I learned after being taken into custody from Sheriff Lawrence Stinnett ("Stinnett"), Trooper Brian Newcomer ("Newcomer"), and Officer Richard Sheldon ("Sheldon"), the defendants in this case.

4. I was questioned frequently off and on by Stinnett and Newcomer from the time I was taken into custody at approximately 6:00 p.m. on June 20, 1991, through approximately 4:00 a.m. on June 21, 1991. I asked for an attorney each time they questioned me. They would not let me talk to an attorney.

5. Stinnett told me repeatedly that I would get the electric chair if I did not confess to

the crime even though I told him that I was not involved. Newcomer was present in the room with Stinnett when Stinnett said this to me.

6. Stinnett and Newcomer were telling me that Paul Holland and Leonard Long were saying that I did the crime so I lied and said they did the crime. I gave the statement on June 21, 1991 because I was scared. I really did not know anything about who did the crime.

7. I was questioned again on August 6, 1991 by Newcomer and Sheldon and I again asked for an attorney but they would not let me talk to an attorney.

8. Sheldon and Newcomer kept telling me to remember what Stinnett told me would happen to me if I did not confess, even though I told them that I did not do the crime.

9. All of the information in my August 6, 1991 statement I was told by Sheldon and Newcomer. They told me the details of the crime and what to say in my statement. I had no personal knowledge of the facts of the crime. While they were taking my statement, they turned the tape recorder off and on many times in order to tell me what to say so I would get it right.

I SOLEMNLY AFFIRM, under the penalties of perjury and upon personal knowledge, that the contents of the foregoing paper are true.

_1-21-04_
Date

_Anthony Gray_
Anthony Gray