# EXHIBIT 11

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

| | |
|---|---|
| ANTHONY GRAY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CIVIL NO. |
| | ) CCB-02-CV-385 |
| STATE OF MARYLAND, ET AL, | ) |
| | ) |
| DEFENDANT. | ) |

**COPY**

DEPOSITION OF:

<u>LLOYD REECE TRIMMER</u>

* * * * * * * *

SCHEDULED TO BE TAKEN ON:

November 6, 2003

* * * * * * * *

TAKEN AT:

Offices of Starkings Court Reporting
302 Mason Street
Fayetteville, North Carolina

STARKINGS COURT REPORTING AND VIDEO SERVICES, INC.
302 MASON STREET
POST OFFICE BOX 1345
FAYETTEVILLE, NORTH CAROLINA  28302
TELEPHONE:  910-323-4232 OR 1-800-328-3747

5

```
 1        A.   Over.  And --
 2        Q.   Well, we'll get to that later.
 3        A.   Probably 20, 25, 25, 30, somewhere in there
 4   over the last 18 years.
 5        Q.   The main reason I'm asking you that is I
 6   just want to make sure that there is no confusion about
 7   your ability as to your rights on a deposition.  If you
 8   don't understand anything I ask you, feel free to ask
 9   me to stop, and I'll repeat it.
10        A.   Certainly.  I have a hearing impairment.
11        Q.   I have a speech impairment.  We'll both get
12   along well.
13        A.   Well, I may have to ask you to repeat
14   yourself, and that's no reflection on your speech.
15   It's a reflection on my hearing.
16        Q.   That's all right.  Don't worry about it.
17   Do you have an opinion within a reasonable degree of
18   probability whether or not Anthony Gray was guilty of
19   this crime of the Pellicano murder?
20             MR. KARPINSKI:              Objection.
21             MR. HOFFMAN:                Objection.  You
22   may answer.
23        A.   Do I have that opinion?  Yes, I have that
24   opinion.
25        Q.   What is your opinion?
```

Starkings Court Reporting & Video, Inc., 1-800-328-3747

6

1    A.    Not guilty.

2    Q.    What is that based upon?

3         MR. HOFFMAN:                  Objection. You
4 may answer.

5         MR. KARPINSKI:                Objection.

6    A.    All the evidenced that was educed that led
7 up to the grant of a new trial and dismissal of the
8 charges against him.

9    Q.    What kind of evidence?

10   A.    Beg pardon?

11   Q.    What type of evidence?

12   A.    Well, I use the totality of circumstance.
13 The totality of evidence approach.  And if you consider
14 the disposition of the cases against his co-defendants
15 and the lack of physical evidence to implicate him or
16 any of his co-defendants in the actual commission of
17 that crime, together with the fact that the eventual
18 person convicted of that crime -- and I can't think of
19 his name.  It was --

20   Q.    Fleming?

21   A.    Fleming.  That they had a positive DNA
22 match on Fleming.  And I think all of those factors
23 together, added together, would be sufficient.

24   Q.    I want you, for the purposes of this
25 question, hypothetically to assume that there were no

Starkings Court Reporting & Video, Inc., 1-800-328-3747