# EXHIBIT 13

LOCATED AT (COURT ADDRESS)
Main St., Prince Frederi    Md. 20678

RELATED CB/TR CASE

*00407003*

00407003

00407003 | GRAY, Anthony (NMN)

DIST./LOC.
04/01

RELATED CASES

TRACKING NUMBER
00407003

| COMPLAINANT | | | DEFENDANT | | | | |
|---|---|---|---|---|---|---|---|
| NAME (LAST, FIRST, M.I.) NEWCOMER, Brian C. | | TITLE | NAME (LAST, FIRST, M.I.) GRAY, Anthony (NMN) | | | | TITLE |
| AGENCY MSP | SUB-AGENCY 9083 | I.D. NO. (POLICE) 2416 | I.D. NO. U-3826 | RACE black | SEX M | HT. 5'10" | WT. 180 | D.O.B. (MM/DD/YY) 06/13/67 |
| | | | OCA | HAIR black | OTHER DESCRIPTION | | |
| WORK TELEPHONE ( ) | HOME TELEPHONE ( ) | | WORK TELEPHONE ( ) | | HOME TELEPHONE ( ) | | |
| ADDRESS | | APT. NO. | ADDRESS Box 52 Dalrymple Road, | | | | APT. NO. |
| CITY | STATE | ZIP CODE | CITY Sunderland, Md. 20689 | | STATE | | ZIP CODE |

COMMITMENT / PROBATION
00407003                    00407003                              00407003

THE DEFENDANT HAS BEEN ARRESTED UPON THE FOLLOWING INFORMATION OR OBSERVATION: (MAKE A PLAIN, CONCISE AND DEFINITIVE STATEMENT OF ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED)

On 05/13/91, I, along with other members of the Prince Frederick Barrack Investigation Section responded to the residence of Linda Mae Pellicano, located at 3610 Dalrymple Road, Chesapeake Beach, Calvert County, Maryland.  Mrs. Pellicano was found murdered in the residence by her sixteen year old daughter, who arrived home from school.  The cause of death was found to be a knife wound along with strangulation.  Investigation further indicated that the victim's

(CONTINUED ON ATTACHED SHEET CR701A OR DC/CR1A)

| 1 | MDCCS 2-0900 | AR | ON OR ABOUT (DATE) 05/13/91 | AT (PLACE) 3610 Dalrymple Road, Chesapeake Beach, Calvert County, |
|---|---|---|---|---|

Maryland, did feloniously, wilfully, deliberately and maliciously kill and murder Linda Mae Pellicano.

IN VIOLATION OF:
☒ MD ANN. CODE. ART. 27    SEC. 407    ☐ COMMON LAW OF MD ;    ☐ PUB. LOCAL LAW, ART.    SEC.

☐ COMAR OR AGENCY CODE NO.    ☐ ORDINANCE NO.    AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE.

☒ CONTINUED ON ATTACHED SHEET DC/CR 3A

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THIS FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF

DATE 06/21/91    ARRESTING OFFICER Tfc. B. C. Newcomer /2416/

I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT
☒ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT CT 1 - ONLY
☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE.

DATE 6-21-91    JUDGE/OFFICER    COMMISSIONER ID NO. 4007

FORM DC/CR 2 (REV. 8/90)

COURT COPY



# DISTRICT COURT OF MARYLAND FOR CALVERT COUNTY

LOCATED AT (COURT ADDRESS)
COURT HOUSE, PRINCE FREDERICK, MD

| STATE OF MARYLAND - VS - | DEFENDANT<br>GRAY, Anthony NMN | DOB<br>06/13/67 | TRACKING NUMBER<br>00407003 |
|---|---|---|---|

**STATEMENT OF CHARGES (CONTINUED)**

UPON THE FACTS CONTAINED IN THE SWORN APPLICATION OF (NAME AND ADDRESS OF APPLICANT)
TFC B. C. Newcomer, Maryland State Police, 210 Main Street, Prince Frederick, Maryland 20678

| MDCCS | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|
| 2 1 1103 | | 05-13-91 | 3610 Dalrymple Road, Chesapeake Beach, Calvert Co., MD |

did engage in vaginal intercourse with Linda Mae Pellicano, against the will and without

the victim's consent and did inflict serious physical injury upon Linda Mae Pellicano.

IN VIOLATION OF:
[X] MD ANN. CODE, ART. **27**   SEC. **462**   ; [ ] COMMON LAW OF MD.   [ ] PUB. LOCAL LAW, ART.   SEC.

[ ] COMAR OR AGENCY CODE NO.   ; [ ] ORDINANCE NO.   AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE.

| MDCCS | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|
| 3 1 2203 | | 05/13/91 | 3610 Dalrymple Road, Chesapeake Beach, Calvert Co., MD |

did break into the Pellicano residence located at 3610 Dalrymple Road, Chesapeake Beach,

Maryland, with intent to commit a felony therein to steal, take and carry away the personal

property of Linda Mae Pellicano having a value of $300.00 or more.

IN VIOLATION OF:
[X] MD ANN. CODE, ART. **27**   SEC. **32**   ; [ ] COMMON LAW OF MD.   [ ] PUB. LOCAL LAW, ART.   SEC.

[ ] COMAR OR AGENCY CODE NO.   ; [ ] ORDINANCE NO.   AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE.

| MDCCS | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|
| | | | |

IN VIOLATION OF:
[ ] MD ANN. CODE, ART.   SEC.   ; [ ] COMMON LAW OF MD.   [ ] PUB. LOCAL LAW, ART.   SEC.

[ ] COMAR OR AGENCY CODE NO.   ; [ ] ORDINANCE NO.   AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE.

| MDCCS | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|
| | | | |

IN VIOLATION OF:
[ ] MD ANN. CODE, ART.   SEC.   ; [ ] COMMON LAW OF MD.   [ ] PUB. LOCAL LAW, ART.   SEC.

[ ] COMAR OR AGENCY CODE NO.   ; [ ] ORDINANCE NO.   AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE.

[ ] CONTINUED ON ATTACHED SHEET (FORM DC/CR 3A)

| DATE<br>06-21-91 | TIME<br>0800 | JUDICIAL OFFICER/PEACE OFFICER<br>TFC B/ C. Newcomer /2416/ |
|---|---|---|

DC/CR 3A (7/83)

**COURT COPY**

Defendant's Name .. GRAY, Antnony, (NMN) ............. Case No. .. 004020003 ..........

CONTINUATION SHEET

**APPLICATION FOR STATEMENT OF CHARGES/STATEMENT OF PROBABLE CAUSE**

residence had been forcibly entered and that the victim had apparently walked in on the
perpetrators as they ransacked the residence. Taken from the residence were five blank
checks, Account #01460050020207, belonging to the victim and her husband. Additionally,
the suspects left the residence in a 1988 Ford Escort, owned by the victim. On 05/13/91,
at 1650 hours, the victim's vehicle was located 1.3 miles from the residence and one
tenth mile from a co-defendant's residence [Paul Holland]. Followup investigation at
the crime scene indicated that entry was made into the residence through a rear window. A
canvass of the surrounding neighborhood revealed that the defendant, Gray, was in the area
of the crime on the date of the crime. On 05/14/91, the defendant was stopped during a
roadblock in front of the scene of the crime and questioned concerning his whereabouts on
the date of the crime and if he had seen anything unusual on the date & time of the crime.
He stated he was travelling with Veronica Gray to the laundry mat on the date of the crime
at approximately 1000 hours and passed the victim's residence. He advised that he was
with Veronica Gray at 1200 hours and at 1400 hours, travelling with her in the vehicle
and passed the victim's residence on each of those times also. On 05/19/91, Paul Holland
was arrested for an unrelated crime that occurred in Calvert County and was advised of the
Miranda Warnings at approximately 1500 hours. Holland advised he was willing to be
interviewed at that time without the presence of an attorney. Initially, he denied any

.............................................................
06/21/91                                          Tfc. C. Newcomer /2416/
Date                                              Applicant's Signature

DC/CR 1A (Rev. 5/85)

COURT COPY

Defendant's Name........... GRAY, Anthony NMN ....................... Case No...... 00407003 ...........

## CONTINUATION SHEET

# APPLICATION FOR STATEMENT OF CHARGES/STATEMENT OF PROBABLE CAUSE

involvement in the crime. Holland was re-interviewed in a subsequent interview, and
Holland advised that on 5/13/91, he was with two co-defendants, Anthony Gray and Leonard
Long. Sometime after 1200 PM, he and the co-defedants smoked Crack Cocaine together
and walked north on Dalrymple Road towards the victim's residence. Once at the victim's
residnce, Holland stated he observed Gray and Long go to the rear of the residence and
"probably" enter the residence through a rear window. Holland stated he remained on
the side of the road, but later stated that he hid in the bushes. Holland positioned
himself to be a lookout and when the victim arrived home in her vehicle, Holland stated
he walked away. On 5/16/91, two of the stolen checks were recovered, partially forged
and torn, behind the Mount Hope Community Center. Holland looked at a photocopy of
the recovered checks and stated that Long had carried the checks to that location.
On 6/19/91, Leonard Long was arrested for an unrelated crime and was advised of the
Miranda Warnings. He agreed to submit to an interview without the presence of an attorney.
Long advised that he had went to school with Anthony Gray, the defendant, and because
of that was very familiar with the hand writing of Anthony Gray. When presented with
a photocopy of the recovered checks, Long stated that the writing on the checks was
identifical to the handwriting he knew of Anthony Gray. Gray was advised of the Miranda
Warnings and agreed to submit to an interview without the presence of an attorney.

..... 6-21-91 ..............................
Date

..... TFC B. C. Newcomer-2416 ...........
Applicant's Signature

**DC/CR 1A (Rev. 5/85)**

Defendant's Name  GRAY, Anthony NMN ................................... Case No. ..... 00407003 ...........

CONTINUATION SHEET

# APPLICATION FOR STATEMENT OF CHARGES/STATEMENT OF PROBABLE CAUSE

Gray initially denied involvement in the crime, however, he later admitted to walking down the roadway of Dalrymple Road towards the victim's residence. He advised he was contacted at the intersection of Dalrymple Road and Christiana Parran Road at approximately 1100 hours on the date of this incident. Gray further stated that Holland and Long were the persons that had contacted him and they told him that they were going to get some money and wanted him to act as a lookout. Gray said that he stood near the stop sign at the intersection, and observed Holland and Long walk around the north end of the victim's residence and go to the rear of the residence. He stated he stood lookout at that location approximately 15 minutes and observed the victim's vehicle pull into the driveway. He then ran down Christiana Parran Road away from the victim's residence. The defendant has a history of criminal activity to include breaking and enterings, and a CDS violation.

......... 6-21-91 ...............................        .. TFC B. C. Newcomer /2416/ ..............
            **Date**                                                        **Applicant's Signature**

DC/CR 1A (Rev. 5/85)

COURT COPY