# EXHIBIT 14

# C E R T I F I C A T I O N

STATE OF MARYLAND, CALVERT COUNTY, TO WIT:

    I HEREBY CERTIFY, That the above and a foregoing is a true and correct copy of

_____ **docket entries in case C 91 409.  State of Maryland  vs.** _____

    **Anthony Gray.** _____

_____

_____

_____

_____

_____

_____

_____ as taken from the Records of the Circuit Court for Calvert

County, Maryland.

IN TESTIMONY WHEREOF,  hereunto
set my hand and affix the seal of the
Circuit  Court for Calvert County,
Maryland, this  **11th**  day of
**December** _____, 20**03**__

_Kathy P. Smith_, CLERK

*Kathy P. Smith, Clerk*
Circuit Court for Calvert County

# IN THE CIRCUIT COURT
## FOR CALVERT COUNTY, MARYLAND

CRIMINAL TRIAL No. C-91-409

| COUNSEL | TITLE | COSTS |
|---|---|---|
| W. Sengstack<br><br><br>Maria Gutierrez | STATE OF MARYLAND<br><br>VS<br><br>ANTHONY GRAY | |

### DOCKET ENTRIES

| | |
|---|---|
| 8-12-91 | (1) Presentment and Indictment filed.  Charges:<br>(1) First Degree Murder, (2) First Degree Rape,<br>(3) First Degree Rape, (4) First Degree Rape, (5)<br>First Degree Rape, (6) Armed Robbery, (7) Robbery,<br>and (8) Daytime Breaking & Entering.<br>Summons issued for Defendant with copy of summons<br>and pleadings for service.  Set for Initial<br>Appearance 8/27/91 at 10:00 AM.<br>(2) Record from District Court filed. |
| 8-20-91 | (3) Sheriff's return filed.  Summoned Defendant. |
| 8-26-91 | (4) Petition For Bail Hearing filed. |
| 8-26-91 | (5) Answer To Petition For Bail Hearing filed. |
| 8-27-91 | Counsel for deft. appearing and enters her appearance<br>in open court.  Waives IA.  Advised of 10/18/91 and<br>11/13/91 motion dates and 12/10/91 trial date.<br>(Judge Rymer - Bates Rep) |
| 8-27-91 | (6) State's Notice of Intention to Seek Sentence of<br>Imprisonment for Life Without Possibility of<br>Parole filed.  Copy to Sheriff for service on<br>Defendant. |
| 8-27-91 | (7) Motion for Discovery and Inspection filed. |
| 8-30-91 | (8) Sheriff's return filed.  Defendant served with<br>Notice. |
| 8-30-91 | (9) Correspondence from SA Office filed.<br>(10) Notice of Open File Discovery filed.<br>(11) Set for Trial 12/10/91 at 10:00 AM.  Notice<br>filed.<br>(12) Set for Motions Hearing 10/8/91 at 10:00 AM.<br>Notice filed. |
| 9-13-91 | (13) Correspondence from SA Office filed. |

NO. _____C=91=409_____FORWARD

| | |
|---|---|
| 9-24-91 | 14) Correspondence filed. |
| 9-30-91 | (15) Defendant's Omnibus Motion Under Rule 4-252 filed. (16) Request For Jury Trial filed. |
| 10-1-91 | (17) Correspondence from SA filed. |
| 10-7-91 | Deft. appeared with counsel. Deft. offers a plea of guilty to cts. 1 & 2. Plea offered pursuant to rule 4-242. Plea Agreement filed and accepted in open court. PSI ordered. State withdraws its right to file |
| notice of | intention to seek the death penalty. (Judge Rymer - Spear Rep.) P&P notified. (18) Plea Agreement filed. |
| 10-8-91 | (19) Answer To Defendant's Omnibus Motion filed. |
| 11-6-91 | (20) Correspondence from defendant filed. (21) Correspondence from the Court filed. |
| 11-13-91 | Deft. appeared with counsel on motion for Protective Order. Motion heard and granted. Correspondence from defendant to be sealed with Motion for Protective Order (Judge Rymer - Bates Rep) |
| 11-22-91 | (22) Protective Order and Defendant's correspondence to the court sealed and filed.(Also Motion for Protect. Order |
| 11-26-91 | Protective order rescinded per Court at request of attorneys as to sealing of items. (Judge Rymer) (23) Correspondence from the Court filed. |
| 12-12-91 | (24) Order filed. Michael Kent is enjoined from having any contact with the deft. Copies to: SA, M. Kent, M. Gutierrez, and CCJ. |
| 12-20-91 | (25) Order filed. Michael Kent is enjoined from having any contact with the deft. Copies to: SA, CCJ, M. Kent, and C. Buchheister. (26) Correspondence from deft. filed. |
| 12-23-91 | (27) Sheriff's return filed. Summoned Micnael Kent. |
| 12-17-91 | (28) Sheriff's return filed. Summoned Michael Kent. |
| 12-16-91 | Defendant appeared. Court strikes appearance of Ms. Gutierrez upon agreement of defendant. Carl Buchheister is appointed by the court to represent defendant. Protective order is continued. (Judge Rymer,Bates,Rep). (29) Daily sheet filed. |
| 12-24-9 | (30) Line filed entering appearance of Michael Kent as attorney for defendant. (31) Request to Withdraw Guilty Plea filed. |
| 12-26-91 | (32) Correspondence to States Atty from Mr. Kent filed |
| 12-30-91 | (33) Answer To Request To Withdraw Guilty Plea filed |
| 1-13-92 | (34) Sheriff's return filed. Summoned M. Gutierrez. |
| 1-20-92 | Deft. appeared with counsel, Michael Kent. M. Kent withdraws his appearance and L. Lamson enters his appearance on behalf of deft. short on the record and moves for continuance of Motion to withdraw guilty plea. Motion for continuance is granted. (Judge Rymer Spear Rep) |
| 1-22-92 | (35) Reporter's Official Transcript filed. (36) Line filed entering the appearance of Larry D. Lamson as attorney for defendant. |
| 2-7-92 | (37) Hearing on Motion to Withdraw Plea on 2/21/92 at 10:00 a.m. Notice filed. |
| 2-18-92 | (38) Letter from Defendant dated 10/31/91 removed from co-defendant's case and filed. (39) Letter from Defendant received 11/25/91 removed from co-defendant's case and filed. |
| 2-18-92 | (40) Sheriff's return filed. Summoned Maria C. Gutierrez, Esq. |
| 2-20-92 | (41) Copy of Maryland Rules and cited cases filed. |
| 2-20-92 | (42) Amended Request to Withdraw Guilty Plea and (43) Memorandum of Law filed. |
| 2-20-92 | (44) Answer to Amended Request to Withdraw Guilty Plea filed. |



# IN THE CIRCUIT COURT
## FOR CALVERT COUNTY, MARYLAND

CRIMINAL TRIAL No. C-91-409

| COUNSEL | TITLE | COSTS |
|---|---|---|
| W. Sengstack | STATE OF MARYLAND | |
| | VS | |
| Larry Lamson<br>Robyn Hammel | ANTHONY GRAY | |

Page 2

## DOCKET ENTRIES

| | |
|---|---|
| 2-21-92 | Defendant appeared with counsel.  Deft. moves to rule on witnesses – granted. Hearing held on Defendant's motion to withdraw guilty plea.  Motion DENIED. (Judge Rymer-Spear Rep.)<br>(45) Daily Sheet filed.<br>Exhibits in separate envelope. |
| 2-24-92 | (46) Motion for Leave to Withdraw Appearance and Entry of Appearance filed. |
| 2-26-92 | (47) Set for Sentencing 2/27/92 at 8:45 AM. Notice filed. |
| 2-27-92 | Defendant appeared with counsel for sentencing. Committed to DOC for life as to Ct. #1 and for life as to Ct. #2, Ct. 2 to run concurrent with Ct. 1.  Deft. to be given credit for time served prior to sentencing.  (Judge Rymer-Bates Rep.)<br>(48) PSI sealed and filed.  Guidelines distributed, (49) copy filed. |
| 3-16-92 | (50) Order filed.  Leave to withdraw appearance of Larry Lamson and RobynHammel is granted.  Michael Kent is granted leave to enter his appearance.<br>Copies to: SA, L. Lamson, R. Hammel, and M. Kent. |
| 1-16-98 | (51)  Petition for Writ of Habeas Corpus Ad Testicandum filed.<br>(52)  Order for Writ filed.  Writ issued.<br>(53)  Copy filed. |
| 3-13-98 | (54) Transcript of Proceedings of July 20, 1992, filed. |

NO. C-91-409 _____ FORWARD

| | |
|---|---|
| 4-28-98 | (55) Petition for Writ of Habeas Corpus Ad Testificandum filed. |
| | (56) Order for Writ filed. Writ issued. |
| | (57) Copy filed. |
| | |
| 4-14-99 | State appeared. Pursuant to outcome in Post Conviction case the State moves to nolle pros case - granted. (Judge Krug - Spear Rep.) |

