**EXHIBIT C**

## IN THE CIRCUIT COURT
## FOR CALVERT COUNTY, MARYLAND

CRIMINAL TRIAL No. C-91-409 P

| COUNSEL | TITLE | COSTS |
|---|---|---|
| Michael Kent<br><br>W. Sengstack | ANTHONY GRAY<br>VS<br>STATE OF MARYLAND | CRIMINAL  50.00<br>#8002 C124 R01 T09:13<br>09/08/92<br><br>True Copy Test<br><br>*Kathy P. Smith*<br><br>Clerk of Circuit Cou[rt] |

### DOCKET ENTRIES

| Date | Entry |
|---|---|
| 3-13-92 | (1) Petition For Post Conviction Relief filed. Copy to States Attorney. |
| 3-26-92 | (2) Answer to Petition for Post Conviction Relief filed. |
| 3-31-92 | (3) Set for Post Conviction Hearing 6/17/92 at 9:00 AM. Notice filed. |
| 4-9-92 | (4) Petition for Writ of Habeas Corpus Ad Testificandum filed.<br>(5) Order for Writ filed. Writ issued.<br>(6) Copy filed. |
| 5-5-92 | (7) Sheriff's return filed. Summoned Larry Lamson. |
| 6-17-92 | Case taken out of assignment due to Court docket. (P. Baker) |
| 6-18-92 | (8) Post Conviction Hearing set for 7/20/92 at 10:00 a.m. Notice filed. |
| 6-29-92 | (9) Petition for Writ of Habeas Corpus filed.<br>(10) Order for Writ filed. Writ issued.<br>(11) Copy of Writ filed. |
| 7-6-92 | (12) Sheriff's return filed. Summoned C. Gutierrez. |
| 7-8-92 | (13) Sheriff's return filed. Summoned Larry Lamson. |
| 7-20-92 | Petitioner Anthony Gray appeared with counsel for Post Conviction Hearing. Petition heard and denied. Order to be submitted. (Judge Ahalt- Bates Rep.)<br>(14) Daily Sheet filed.<br>(15) Exhibits filed. |
| 8-17-92 | (16) Order filed denying Post Conviction Relief. Copies mailed by court. |

NO. C-91-409 PC _____ FORWARD

| Date | Entry |
|---|---|
| 8-18-92 | (17) Application for Leave to Appeal Denial of Post Conviction Relief to the Court of Special Appeals filed. |
| 8-31-92 | Case transmitted to the Court of Special Appeals. |
| 3-2-93 | Case received from the Court of Special Appeals. Petition for Leave to Appeal Post Conviction is denied. |
| 10-26-98 | (18) Petition to Re-open Post-Conviction Relief, filed. |
| 11-4-98 | (19) Order of Court, Post Conviction Proceedings assigned to Judge Graydon S. McKee, III, filed. |
| 12-3-98 | (20) Assignment Notice, hearing on Post Conviction Relief set 2-8-99 at 10:00 a.m, filed. |
| 12-4-98 | (21) Answer to Petition for Post Conviction Relief, filed. |
| 12-9-98 | (22) Petition for Writ of Habeas Corpus Ad Testificandum, filed. |
| 12-9-98 | (23) Order to issue Writ, filed. |
| 12-9-98 | Writ issued and sent to DOC. (24) Copy, filed. |
| 2-8-99 | Defendant present with counsel Hearing on Defndant's Motion to re-open Petition for Post Conviction Relief. Motion-granted. Hearing on Petition for Post Conviction Relief. Motion for reconsideration-inappropriate and Motion for New Trial granted. Defendant hereby released forthwith from the Division of Corrections. Opinion and Order to be transcribed by the Court Reporter. (Judge McKee-Spear, Reporter) (25) Daily Sheet, filed. |