UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

August 5, 2004

Alan H. Legum, Esquire
275 West Street, Suite 305
Annapolis, MD 21401

Joel L. Katz, Esquire
Joel L. Katz, LLC
2060 West Street
Annapolis, MD 21401

Donald E. Hoffman, Esquire
Maryland State Police Headquarters
Office of the Attorney General
Legal Counsel Unit
1201 Reisterstown Road
Pikesville, MD 21208

Kevin B. Karpinski, Esquire
Allen, Karpinski, Bryant & Karp, P.A.
100 E. Pratt Street, Suite 1540
Baltimore, MD 21202-1089

    Re:    <u>Anthony Gray v. State of Maryland, et al., Civil No. CCB-02-385</u>

Dear Counsel:

    This will confirm that a motions hearing in this case has been scheduled for **Friday, September 17, 2004** at **3:00 p.m.** in Courtroom 7D.

    Sincerely yours,

    /s/

    Catherine C. Blake
    United States District Judge

cc: Court File