IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY GRAY  :

v.  :  Civil No. CCB-02-0385

STATE OF MARYLAND, et al.  :

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **Ordered** that :

1. the defendants' Motions for Summary Judgment (docket nos. 53, 54) are **GRANTED**; and

2. judgment is entered in favor of all defendants on all counts;

3. copies of this Order and the accompanying Memorandum shall be sent to counsel of record; and

4. the clerk of the court shall **CLOSE** this case.

  September 24, 2004        /s/
      Date        Catherine C. Blake
      United States District Judge